# EXHIBIT A



# Protect Your Family From Lead in Your Home



**EPA** United States Environmental Protection Agency



United States Consumer Product Safety Commission



United States Department of Housing and Urban Development

June 2017

## Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint**? Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- How lead affects health
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right*, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



---

## Simple Steps to Protect Your Family from Lead Hazards

**If you think your home has lead-based paint:**

- Don't try to remove lead-based paint yourself.
- Always keep painted surfaces in good condition to minimize deterioration.
- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.
- Talk to your landlord about fixing surfaces with peeling or chipping paint.
- Regularly clean floors, window sills, and other surfaces.
- Take precautions to avoid exposure to lead dust when remodeling.
- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.
- Before buying, renting, or renovating your home, have it checked for lead-based paint.
- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.
- Remove shoes or wipe soil off shoes before entering your house.

## Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).
- Swallow lead dust that has settled on food, food preparation surfaces, and other places.
- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**

- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.



**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

1

☑ Blue Moon eSignature Services Document ID: 213850303

## Health Effects of Lead

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**

- Nervous system and kidney damage

- Learning disabilities, attention-deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

3

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

4

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

5

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 40 micrograms per square foot ($\mu$g/ft$^2$) and higher for floors, including carpeted floors

- 250 $\mu$g/ft$^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

---

[3] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead–safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

☑ Blue Moon eSignature Services Document ID: 213850303

### Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot (µg/ft²) for floors, including carpeted floors
- 250 µg/ft² for interior windows sills
- 400 µg/ft² for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead, or call 1-800-424-LEAD.

### Renovating, Repairing or Painting a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program
- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination
- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*



**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects, visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right.*

---

### Other Sources of Lead

**Lead in Drinking Water**

The most common sources of lead in drinking water are lead pipes, faucets, and fixtures.

Lead pipes are more likely to be found in older cities and homes built before 1986.

You can't smell or taste lead in drinking water.

To find out for certain if you have lead in drinking water, have your water tested.

Remember older homes with a private well can also have plumbing materials that contain lead.

**Important Steps You Can Take to Reduce Lead in Drinking Water**

- Use only cold water for drinking, cooking and making baby formula. Remember, boiling water does not remove lead from water.

- Before drinking, flush your home's pipes by running the tap, taking a shower, doing laundry, or doing a load of dishes.

- Regularly clean your faucet's screen (also known as an aerator).

- If you use a filter certified to remove lead, don't forget to read the directions to learn when to change the cartridge. Using a filter after it has expired can make it less effective at removing lead.

Contact your water company to determine if the pipe that connects your home to the water main (called a service line) is made from lead. Your area's water company can also provide information about the lead levels in your system's drinking water.

For more information about lead in drinking water, please contact EPA's Safe Drinking Water Hotline at 1-800-426-4791.  If you have other questions about lead poisoning prevention, call 1-800 424-LEAD.*

Call your local health department or water company to find out about testing your water, or visit epa.gov/safewater for EPA's lead in drinking water information. Some states or utilities offer programs to pay for water testing for residents. Contact your state or local water company to learn more.

### Other Sources of Lead, continued

- **Lead smelters** or other industries that release lead into the air.

- **Your job.** If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

- **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.

- Old **toys** and **furniture** may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead.[4]

- Food and liquids cooked or stored in **lead crystal** or **lead-glazed pottery or porcelain** may contain lead.

- Folk remedies, such as **"greta"** and **"azarcon,"** used to treat an upset stomach.

---

[4] In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint. In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products.

---

\* Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

☑ Blue Moon eSignature Services Document ID: 213850303

## For More Information

**The National Lead Information Center**
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/safewater and hud.gov/lead, or call **1-800-424-LEAD (5323).**

**EPA's Safe Drinking Water Hotline**
For information about lead in drinking water, call **1-800-426-4791**, or visit epa.gov/lead for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772,** or visit CPSC's website at cpsc.gov or saferproducts.gov.

**State and Local Health and Environmental Agencies**
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/safewater, or contact the National Lead Information Center at **1-800-424-LEAD.**

Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at **1-800-877-8339.**

## U. S. Environmental Protection Agency (EPA) Regional Offices

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)
Regional Lead Contact
U.S. EPA Region 1
5 Post Office Square, Suite 100, OES 05-4
Boston, MA 02109-3912
(888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)
Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)
Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)
Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)
Regional Lead Contact
U.S. EPA Region 5 (DT-8J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 886-7836

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)
Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)
Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
WWPD/TOPE
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)
Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)
Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)
Regional Lead Contact
U.S. EPA Region 10
Solid Waste & Toxics Unit (WCM-128)
1200 Sixth Avenue, Suite 900
Seattle, WA 98101
(206) 553-1200

15

16

## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

**CPSC**
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

**HUD**
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/offices/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460
U. S. CPSC Bethesda MD 20814
U. S. HUD Washington DC 20410

EPA-747-K-12-001
June 2017

# IMPORTANT!

**Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly**

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies.

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).

17

**Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards**

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (*check (i) or (ii) below*):

    (i) ☒ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

       __Housing built before 1978 may contain lead-based paint.__
       _____
       _____
       _____
       _____
       _____
       _____

    (ii) ❑ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

    (i) ❑ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

       _____
       _____
       _____
       _____
       _____
       _____

    (ii) ☒ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgement** (*initial*)

(c) *DL*_____ Lessee has received copies of all information listed above.

(d) *DL*_____ Lessee has received the pamphlet Protect Your Family from Lead in Your Home.

**Agent's Acknowledgement** (*initial*)

(e) *DMW*_____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

__Berkshire Apartments, LLC, 4201 Massachusetts Avenue, Nw #4015__

_____     __Washington_____

Apartment Name & unit number OR street address of dwelling     City

| *Dasha Long*      04/09/2020 | |
|---|---|
| Lessee (Tenant)      Date | Lessee (Tenant)      Date |
| Lessee (Tenant)      Date | Lessee (Tenant)      Date |
| Lessee (Tenant)      Date | Lessee (Tenant)      Date |

__Berkshire Apartments, LLC__

_____

_____

Lessor (Owner)                      *Dawn Wunderle*

                              Agent

                              04/09/2020

Date

☑ Blue Moon eSignature Services Document ID: 213850303

# APARTMENT LEASE CONTRACT



Date of Lease Contract: **April 9, 2020**
(when the lease contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In—General Information

**1. PARTIES.** This Lease Contract is between the following tenants, as tenants *(list all people signing the Lease Contract)*:

**Dasha Long**

and **Berkshire Apartments, LLC**

as owner *(name of owner or agent of owner)*. The terms "you" and "your" refer to all tenants listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). By this Lease Contract, you agree to lease from us, and we agree to lease to you, Apartment No. **4015** (the "Apartment"), at **4201 Massachusetts Avenue, Nw**

_____ *(street address)* in Washington, D.C., _____ **20016** _____ *(zip code)* for use as a private residence only. Written or electronic notice to or from owner or agent constitutes notice to or from both owner and agent. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached to this Lease Contract.

**READ THIS PARAGRAPH BEFORE SIGNING THIS LEASE: PRIOR TO THE EXECUTION OF THIS LEASE, YOU WERE NOTIFIED THAT THIS APARTMENT** *[CHECK ONE]***:**

☒ is subject to rent control.

☐ is not subject to rent control and you acknowledge that, prior to execution of this Lease Contract by you, we have advised you that, pursuant to Section 205 of the District of Columbia Rental Housing Act of 1985, rent increases for the Apartment are NOT regulated by the Rent Stabilization Program (i.e., rent control program) of that Act, and that the Apartment is exempt from the Rent Stabilization Program.

**2. OCCUPANTS.** The Apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*

W███ Long, M█████ Long

as permissive occupant(s). No one else may occupy the Apartment. No family member of yours over the age of eighteen (18) years old (except a full-time student) or other person over the age of eighteen (18) years old may be listed as an "occupant," but rather must be qualified as, and be listed above as, a resident/tenant. No guest(s) of yours may stay in the Apartment for more than seven (7) consecutive days during a 30-day period, without our prior written consent.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **9th** day of **April 2020** (the "Commencement Date"), and ends at midnight the **30th** day of **April 2021**.

**4. SECURITY DEPOSIT.** Tenant has paid to Landlord the sum of $ **500.00** **(the "Security Deposit")**, the receipt of which is hereby acknowledged, which sum does not exceed one (1) month's Rent. The Security Deposit shall be held as collateral security and applied on any rent or unpaid utility bill or other charge payable by Tenant that may remain due and owing at any time during or at the expiration of this Lease, any extension thereof or holding over period, or applied to any damages to the Premises in excess of ordinary wear and tear caused by Tenant, Tenant's family, guests, employees, trades people, or pets, or other damages and expenses suffered by Landlord as a result of a breach by Tenant of any covenant or provision of this Lease. Tenant may not utilize the Security Deposit as Rent and Tenant shall not apply the same as the last month's Rent. Landlord shall not withhold the security deposit for the replacement value of apartment items that are damaged due to ordinary wear and tear. Any promise by the Tenant to leave, restore, surrender, or yield the Apartment in good repair does not obligate the Tenant to make substantial repairs, replace obsolete materials, or fix other defects without negligence or fault on the Tenant's part. For the purposes of this Section, the term "ordinary wear and tear" means deterioration that results from the intended use of the Apartment, including breakage or malfunction due to age or deteriorated condition. The term does not include deterioration that results from negligence, carelessness, accident, or abuse of the Apartment, fixtures, equipment, or other tangible personal property by the Tenant, immediate family member, or a guest.

**5. KEYS.** You will be provided **4** apartment key(s), **4** mailbox key(s) and **1** other access devices for **Bldg Access**.
A fee of $ **25.00** will be charged for replacing any lost or damaged keys. A fee of $ **50.00** will be charged for replacing any lost or damaged electronic entry fobs.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay to us $ **3100.00** per month for rent for the Apartment, payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☒ at **4201 Mass Ave NW**

In addition, prorated rent is due from you to us on execution of this Lease in the amount of $ **2273.33** for payment in advance of rent from the date of possession through the Commencement Date.

You must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must pay your rent via cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. If you don't pay all rent on or before the fifth (5th) day of the month a late charge of **5** percent (%) of the full amount of the monthly rent will be payable by you to us. This charge is not a penalty but the cost to us of auditing your account and, if necessary, sending you a rent deficiency notice. A charge of $ **25.00** will be payable by you to us for each returned check or rejected electronic payment. In the event of non-payment of any rent(s), this Lease Contract shall cease and terminate, and you hereby expressly waive any right to a Notice to Quit for nonpayment of rent pursuant to DC Code §42-3505.01(a) (2001 ed.), codifications thereafter, or under any other D.C. Law or Regulation.

Landlord shall not impose on Tenant a mandatory fee for any service or facility that has not been approved pursuant to section 211 or section 215 of the Rental Housing Act of 1985, if the Apartment is subject to rent control.

**7. RENT INCREASES AND LEASE CONTRACT CHANGES.** Rent may be increased by us at any time or time(s) permitted by law. You will receive notices of rent increases, in writing, in accordance with District of Columbia law.

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**8. UTILITIES.**   Utilities for the Apartment (and related deposits, charges, fees, or services) shall be paid as follows:

(1) By you:

☐ Gas                ☒ Cable
☐ Electricity        ☒ Phone
☐ Water/Sewer        ☒ Internet

(2) By us:

☒ Gas                ☐ Cable
☒ Electricity        ☐ Phone
☒ Water/Sewer        ☐ Internet

You must not allow utilities to be disconnected during your tenancy for any reason, including disconnection for not paying your bills. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all tenants. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting, not candles or open flames. If any utilities are submetered for the apartment, or prorated by an allocation formula for water/sewer, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance. Failure to pay any utilities shall be deemed a breach of this Lease Contract.

**9. INSURANCE.**   We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any tenant, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other tenants, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance throughout your tenancy, including any renewal periods and/or lease extensions, may be an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

You acknowledge that no portion of the rent paid by you under this Lease Contract will be applied to the owner's structural fire insurance on your behalf, and that you are in no way a co-insured or additional insured under any such policy. You are solely responsible for obtaining renter's insurance, or other desired insurance coverage, which may cover you for losses relating to a casualty in the Apartment, including but not limited to: replacement premises, bodily injury, and/or losses for personal possessions–irrespective of whether we require you to obtain any such insurance(s) as a condition of this Lease Contract above.

**10. LOCKS AND LATCHES.**   Keyed lock(s) will be rekeyed after the prior tenant moves out. The rekeying will be done before you move into your apartment.

You may at any time ask us to change or rekey locks or latches during the Lease Term with our standard locks or latches. You must pay for any such change or rekeying, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.**   You must pay for all repairs or replacements arising from misuse or damage to devices by you or your occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

## Special Provisions

**11. SPECIAL PROVISIONS.**   The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

**See special provisions on the last page**

_____
_____
_____
_____

See any additional special provisions.

**12. DAMAGES AND REIMBURSEMENT.**
You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the Apartment and apartment community due to a violation of the Lease Contract or community rules, improper use, negligence, or intentional conduct by you or your fellow Tenants, occupants, guests or visitors. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for and except for normal wear and tear, you must pay for—repairs, replacement costs, and damage to the following that result from your or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. DELAY OF OCCUPANCY.**   If initial occupancy of the Apartment by you is or will be delayed for construction, repairs, cleaning, or a previous tenant's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate

this Lease Contract as set forth below. Termination notice from you to us must be in writing. After termination, you are entitled only to refund of deposit(s) and any pre-paid rent. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that do not prevent you from occupying the apartment.

If there is a delay, and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later. Otherwise:

(1) If we give you written notice of a delay, after the initial term of this Lease Contract is scheduled to begin on the Commencement Date (as set forth in Paragraph 3 - Lease Term), and the notice states that occupancy has been delayed because of construction, or because of a previous tenant's holding over, and that the apartment will be ready on a specific date-you may terminate the Lease Contract within three (3 calendar days after you have received the notice, but not later.

(2) If we give you written notice of a delay, before the initial term of this Lease Contract is scheduled to begin on the Commencement Date (as set forth in Paragraph 3 - Lease Term), and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within seven (7) calendar days after you received the notice, but not later. In the event of such delay, the Commencement Date of the term of this Lease Contract will be deemed, by agreement hereunder and for all purposes, to be the date on which occupancy of the Apartment is available to you, and this Lease Contract nonetheless shall terminate on the date previously set forth in Paragraph 3 (Lease Term) above. This new Commencement Date may not be moved to an earlier date unless we and you agree to the same, in writing.

## While You're Living in the Apartment

**14. COMMUNITY POLICIES OR RULES.**   You, any occupants, and your guests and visitors shall comply with any and all written apartment rules and community policies, including instructions for care of our property, which may be attached to this Lease Contract as a written addendum. We reserve the right to change any written apartment rules and community policies at any time, and such amendments shall become effective and binding hereunder, as of the date the owner has sent a copy of them to you via first class mail. You, any occupants, and your guests and visitors shall comply with any

amended apartment rules and community policies at all times after mailing, as set forth above. Any violation of any written apartment rules and community policies (or amendments thereof or thereto) shall be a violation of this Lease Contract and such apartment rules and community policies are incorporated herein, by reference.

**15. LIMITATIONS ON CONDUCT.**   The apartment and other areas reserved for your private use must be kept clean by you. Trash must be disposed of by you at least weekly in appropriate receptacles in

☑ Blue Moon eSignature Services Document ID: 213850303

accordance with local ordinances. Passageways may be used by you only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas (if any of the foregoing exist in the apartment community) must be used by you with care in accordance with apartment rules and posted signs. Your access to amenities, such as swimming pools, exercise or meeting rooms, saunas, spas, tanning beds, storerooms, laundry rooms, or the like is not as a matter of right and may be terminated by us, should you fail to comply with applicable rules and regulations governing the same, or in the event that there is loud, boisterous, objectionable, or damaging behavior/occurrence(s) by you, your occupants, your guests or visitors, in or to such amenities. Glass containers are prohibited in or near pools and all common areas. You, your occupants, guests or visitors may not anywhere in the apartment community: use candles or use kerosene lamps; cook on balconies or anywhere outside of the Apartment; or solicit business or contributions. Conducting any kind of business (including child care services) in your Apartment or in the apartment community is prohibited-except that any lawful and properly licensed business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your Apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas.

We may exclude from the apartment community guests, visitors or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules and community policies, or disturbing other tenants, neighbors, visitors, or owner representatives. If any on-site management personnel or security personnel is provided by us to the apartment community, it is for the benefit us only, and is not a part of nor an amenity appurtenant to your tenancy interest hereunder. We're not responsible for obtaining criminal-history checks on any tenants, occupants, guests, visitors, or contractors in the apartment community. If you or any occupant, visitor or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You also must furnish us with the law-enforcement agency's incident report number upon request.

**PROHIBITED CONDUCT.** You and your occupants, guests or visitors may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; possessing any firearm whether or not in compliance with all laws and regulations; discharging a firearm in the Apartment or apartment community; displaying or possessing a gun, knife, or other weapon in the Apartment or common area; storing anything in closets having gas appliances; tampering with utilities or telecommunications; or bringing hazardous materials into the apartment community.

16. **PARKING.** Parking *[check one]* ❏ is ☒ is not provided to you under this Lease Contract. If parking is checked as provided, we may regulate the time, manner, and place of parking all cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles. We may charge a fee for any such parking, under a month-to-month commercial license separate from this Lease Contract, and may terminate your license to park upon providing you with thirty (30) days' written notice. Your obligations under this Lease Contract will not be amended or modified in any way in the event we terminate parking. Any termination of a parking license may be with, or without, cause and at our sole discretion. Any parking provided hereunder shall be deemed a commercial tenancy, not appurtenant to, nor a part of your residential tenancy under this Lease Contract. Motorcycles or motorized bikes shall be parked inside an apartment unit or on sidewalks, under stairwells, or in handicapped parking areas. We may have unauthorized or illegally parked vehicles towed. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a tenant or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or

(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other tenant(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a tenant or occupant and is parked in a visitor or retail parking space.

17. **NO RELEASE OF TENANT/HEIRS & ASSIGNS.**
Unless you're otherwise entitled to terminate your tenancy as a matter of law, or by an express provision herein, you won't be released from this Lease Contract for any reason-including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of Co-Tenants, loss of employment, bad health, or death. This Lease Contract inures only to the benefit of the named Tenants in Section 1 of this Lease Contract. In the event that the Tenant(s) listed herein should die at any time during the tenancy, there is no right of survivorship, inheritance, or assignment of this Lease Contract or the Apartment. In the event that the named Tenant(s) dies, all occupants must immediately vacate the Apartment. The tenant(s) hereunder hereby direct their personal representative and estate to promptly pay all unpaid rents or other financial obligations due hereunder to us, and to vacate and surrender the Apartment to the us within thirty (30) days after the Tenant(s) date of death, or in such time as is provided by a Court of competent jurisdiction in a probate or similar proceeding.

18. **MILITARY PERSONNEL CLAUSE.** You may terminate your tenancy if you enlist in or are drafted or commissioned into active duty in the U.S. Armed Forces (Army, Navy, Air Force, Marines, Coast Guard). You also may terminate your tenancy if:

(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*

(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

(3) You may NOT terminate this lease hereunder by reason of quasi-military service (including, but not limited to services in, or working for the Department of State, as a diplomat, as a foreign service worker or similar occupation or profession).

After you deliver to us your written termination notice, your tenancy will be terminated under this military clause thirty (30) days after the date on which your next rental payment is due. You must pay all rent and other charges under this Lease Contract through the date of termination. You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for relocation to base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the Tenant who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such Tenant's spouse or legal dependents who are living in the Tenant's household. A Co-Tenant who is not your spouse or dependent cannot terminate their obligations under this Lease Contract under this military clause. Unless you state otherwise, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate your tenancy under this paragraph, damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received by us in mitigation. You must immediately notify us if you are called to active duty, or receive deployment or permanent change-of-station orders.

19. **TENANT DUE CARE AND PROPERTY LOSS.** You and all occupants, guests and visitors must exercise due care for you own and others' safety, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and access control devices. You acknowledge and agree that living in an urban environment, such as Washington, D.C., has risks and dangers that are beyond our control. We cannot be, and are not responsible, legally nor otherwise to protect you from these risks and dangers, unless otherwise compelled to do so under law, and you agree to assume all such risks and dangers as part of your tenancy.

☑ Blue Moon eSignature Services Document ID: 213850303

**Smoke detectors:** We will furnish smoke detectors to you as part of your Apartment rental, and will test them for working order. You must immediately report smoke detector malfunctions to us in writing. Smoke detectors shall not be disabled by you, your occupants, guests or visitors. If you damage or disable the smoke detector or remove power supply without replacing it, you may be liable to us for the costs of any fine incurred by us via a Notice of Infraction issued by the District of Columbia government due to such damage or disabling of the smoke detector, plus our actual damages. If you disable or damage the smoke detector, or fail to report known smoke detector malfunctions to us, you will likewise be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any tenant, occupant, guest or visitor for bodily injury or death, or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, interruption of utilities, theft, or vandalism unless due to our negligence. During freezing weather, you must ensure that the temperature in the apartment is sufficient to make sure that the pipes do not freeze (we suggest at least 50 degrees). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your apartment, you'll be liable for damage to our and other's property. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for these services.

In the event the Apartment, or any part thereof, is taken by condemnation by any government agency or authority, your tenancy will be terminated at our option. You hereby specifically assign to us any portion of the award payable as damages for the taking of the property, and you waive any right to participate or make any claim in such condemnation proceedings.

**Crime or Emergency.** You agree to dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity, or other emergency involving imminent harm. You agree to contact our representative. Unless otherwise provided by law, we're not liable to you or any occupants, visitors or guests for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We are not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute or regulation. We do not provide any security measures or devices. If we provide any access control devices or security measures upon the property, they are not an obligation of us to prevent crime or to reduce the risk of crime on the property. You agree that no access control devices or security measures can eliminate all crime and that you will not rely upon any provided access control devices or security measures as a warranty or guarantee of any kind. We disclaim any express or implied warranties of security, crime prevention or access control. You won't treat any of our security measures as an express or implied warranty of security, nor as a guarantee against crime nor of reduced risk of crime. We're not responsible for obtaining criminal-history checks on any tenants, occupants, guests, visitors or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You also must furnish us with the law-enforcement agency's incident report number upon request.

20. **CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the Apartment, fixtures, and furniture as is, except for conditions required by law to be fixed by us. You will be given an Inventory and Condition form on or before move-in. You must sign and note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, sanitary, and good working condition.

You must use customary diligence in maintaining the Apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter the Apartment or our property. No holes or stickers are allowed inside or outside the Apartment. But we will permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our apartment community rules and policies state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless we have consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the Apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the Apartment (whether or not we consent) become ours unless we agree otherwise in writing.

21. **REQUESTS BY YOU.** IF YOU NEED TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request does not waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; mold; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the Apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are normally not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We will act with reasonable efforts to make repairs and reconnections, taking into consideration when casualty insurance proceeds are received. Unless otherwise required by law, rent will not abate in whole or in part.

22. **ANIMALS.** No animals (including, without limitation, mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the Apartment or apartment community unless we have so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, fees or other charges. You agree that an animal deposit is not a general security deposit. You must remove an unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. We will authorize service and/or support animals for you, your guests, and occupants pursuant to the parameters and guidelines established by the Fair Housing Act and the HUD regulatory guidelines, and any applicable state laws, if any. We may require a written statement from a qualified professional verifying the need for the service and/or support animal, to the extent permitted by law. You must not harbor or feed stray or wild animals.

If you or any occupant, guest or visitor violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the Apartment at any time during your term of occupancy (with or without our consent), we will charge you for and you agree to pay for defleaing, deodorizing, and shampooing the Apartment. Initial and daily animal-violation charges are payment of damages for our time, inconvenience, and overhead in enforcing animal restrictions and rules. We may remove an unauthorized animal by following the procedures of paragraph 24 (Multiple Tenants or Occupants) and 28 (Miscellaneous). We are not liable for loss, harm, sickness, or death of the animal unless due to our negligence. We will return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

23. **WHEN WE MAY ENTER.**

A. Except in the event of an emergency for the protection or preservation of the Apartment, or for the protection and safety of the tenants or other persons, the Landlord may enter the Apartment during the Tenant's tenancy only for a reasonable purpose, at a reasonable time, and after having provided the Tenant with reasonable notice.

B. "Reasonable notice" means written notice provided to the Tenant at least 48 hours before the time the Landlord wishes to enter the Apartment or a shorter period of time as agreed to by the Tenant in writing. Written notice may include electronic communication including email and mobile text messaging, provided that if the Tenant fails to furnish a written acknowledgment, the Landlord will provide a paper notice.

☑ Blue Moon eSignature Services Document ID: 213850303

C. "Reasonable time" means a time between the hours of 9 a.m. and 5 p.m., and not on a Sunday or federal holiday, or at another time agreed upon by the Tenant.

D. "Reasonable purpose" means a purpose that is directly related to the Landlord's duty to keep the Apartment Community safe from damage, to inspect the Apartment, make necessary or agreed repairs, decorations, alteration, renovations or improvements, supply necessary or agreed services, maintenance, or exhibit the Apartment to prospective or actual purchasers, mortgagees, tenants, workmen or contractors or to gain entry for work ordered by a governmental agency.

E. Upon the allegation of a Housing Code violation by the Tenant, the Tenant may not unreasonably prevent the Landlord from accessing the Apartment for assessment and abatement of the alleged violation and the Tenant must provide access to the Apartment within 48 hours of the written request by the Landlord for access.

You hereby expressly permit our access to your Apartment by the owner, management, or by its/their agent(s) in circumstances which may include, but are not limited to the following: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized locks or security devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials), or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected and you fail to remove them; retrieving property owned or leased by former tenants; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law enforcement officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective tenants (after move-out or vacate notice has been given); or showing apartment to government inspectors, fire marshals, lenders, appraisers, contractors, prospective buyers, or insurance agents.

24. **MULTIPLE TENANTS OR OCCUPANTS.** Each Tenant named in Section 1 of this Lease Contract as a tenant is jointly and severally liable for all Lease Contract obligations. If you, any occupant, guest or visitor violates the Lease Contract or the Community Policies/ Rules, all Tenants named in Section 1 of this Lease Contract as tenant shall be deemed to have violated the Lease Contract. Our requests and notices (including sale notices) to any Tenant shall be addressed as notice to all Tenants and occupants. Notices and requests from any Tenant or occupant (including notices of termination, repair requests, and entry permissions) constitute notice from all Tenants. Security deposit refunds will only be issued via one check, and any deduction itemizations will be mailed to one Tenant only.

## Replacements

25. **REPLACEMENT TENANTS AND SUBLETTING.** Replacing a Tenant, subletting, or assignment is not permitted, except with the prior written consent of Landlord in Landlord's sole and absolute discretion. If departing or remaining Tenants find a replacement tenant acceptable to us before moving out, and we expressly consent to the replacement, subletting, or assignment, then:

(1) a reletting charge *will not* be due;
(2) an administrative (paperwork) and/or transfer fee *will* be due, and a rekeying fee *will* be due if rekeying is requested or required; and
(3) you, the departing Tenant, *will* remain jointly and severally liable for all Lease Contract obligations for the remainder of the tenancy created hereby and any extensions thereof, until such date as the apartment is surrendered back to us vacant and is accepted by us, whether voluntarily, or by legal process.

**Procedures for Replacement Tenant:** If we approve a replacement tenant, then, at our option: (1) the replacement tenant must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement tenants must sign an entirely new Lease Contract. The departing Tenant will no longer have a right of occupancy of the Apartment, but will remain liable for all obligations under this Lease Contract, as provided above.

## Responsibilities of Owner and Tenant

26. **RESPONSIBILITIES OF OWNER.** We will comply with the Housing Regulation requirements to:

(1) keep common areas reasonably clean and maintained;
(2) maintain fixtures, furniture, hot water, heating and A/C equipment which we have installed and own; and
(3) make all reasonable requested repairs required by this Lease Contract, subject to your obligation to pay for damages for which you are liable.

Owner is not responsible, as a matter of law in the District of Columbia, to make any repair(s) that it has not been informed of.

27. **DEFAULT BY TENANT.** You'll be in default of this Lease Contract if you or occupant, guest or visitor violates any terms of this Lease Contract including but not limited to the following violations: (1) you do not pay any rent or other amounts that you owe when due; (2) you or any occupant, visitor or guest violate any other provision of this Lease Contract; (3) you or any occupant, guest or visitor violates the apartment community rules and policies, or fire, safety, health, or criminal laws; (4) you abandon the Apartment; (5) you give incorrect or false answers in a rental application; (6) you or any occupant is arrested, convicted, or given deferred adjudication for a criminal offense in the Apartment involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia as defined in the District of Columbia Code; (7) any illegal drugs or paraphernalia are found in your Apartment, irrespective of who brought the same into the Apartment, or whether you had actual knowledge of the same; or (8) you or any occupant, guest or visitor engages in any of the prohibited conduct otherwise described in this Lease Contract. Timely payment of rent hereunder is a covenant of, and an integral part of this Lease Contract. Late payment of rent is a default hereunder, irrespective of whether the rent is ultimately paid, with or without a late charge.

**Eviction.** If you fail to pay rent, or any other charge hereunder otherwise defined as rent, we or our agents/attorney(s) may forthwith file a non-payment suit for possession of the Apartment. Any Notice to Quit/Correct or Vacate in the event of non-payment of rent is hereby expressly waived by you and all occupants. In the event of any default hereunder other than with respect to payment of rent, you will be provided with a thirty (30) day Notice to Correct or Vacate, as provided for under District of Columbia Law, prior to suit.

**Liability for Rent and Damages.** All rent and other charges payable by you for the period prior to termination of tenancy due to your default shall be and remain payable by you even if you are evicted, and all monthly rent and other charges for the remainder of the Lease Contract term or renewal period will be payable by you to us as damages incurred by us, and will be immediately due and delinquent if, without our written consent (1) you move out or give oral or written notice (by you) of intent to move out before the Lease Contract term or renewal period ends; and (2) you've not paid all rent for the entire Lease Contract term or renewal period. Such conduct is considered a default for which we need not give you notice. Remaining rent also will be payable by you to us as damages even if you are judicially evicted or move out when we demand because you have defaulted. Your liability for damages is subject to our mitigation obligations, if any are required by law.

**Holdover.** You or any occupant, invitee, or guest or visitor must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) if you hold over after the date contained in your move-out notice, rent for the holdover period, either (a) as provided by D.C. Law, will be increased by 100% over the then-existing rent if the Apartment is exempt from rent control, without notice, or (b) will be increased as provided by law over the then-

☑ Blue Moon eSignature Services Document ID: 213850303

existing rent, if the Apartment is subject to rent control; and; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new tenant who can't occupy because of the holdover.

**Remedies Cumulative.**   Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

**Mitigation of Damages.**   If you move out early, you will be subject to all of the provisions set forth herein. We will exercise customary diligence to re-let the Apartment and mitigate damages, to the extent required by law. We will credit all subsequent rent that we actually receive from subsequent tenants under a new lease against your liability for past-due and future rent and other sums due.

## General Clauses

**28. MISCELLANEOUS.**   Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and **us.** Our representatives (including management personnel, employees, and agents) have not authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance.

Our not enforcing or belatedly enforcing any right hereunder, including but not limited to written-notice requirements, rental due dates, acceleration, is not a waiver of such rights, under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax and electronic signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Insurance subrogation is waived by all parties. All remedies are cumulative**.** No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents provided hereunder will be in English, unless otherwise mandated by law. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option.

**Consent to Release of Information.**   You hereby expressly and irrevocably authorize us and our representative(s) to provide to any collection agency or debt collector any and all information in your application to us for this Lease and any other information in our possession concerning you, and you irrevocably authorize us, our representative(s), and any collection agency or debt collector (hereinafter collectively referred to as the "Authorized Entities") to communicate with you for any reason related to amounts due and owing under this Lease. You further irrevocably promise to immediately notify the Authorized Entities if any telephone number, address, or email address or other unique electronic identifier or mode that you provided to any Authorized Entity changes or is no longer used by you.

**29. JURY TRIAL.**   In the District of Columbia, you have the right to a jury trial in any legal proceeding. It is your obligation to ascertain the circumstances for seeking and securing a jury trial, and your right thereto may be waived should you not proceed in accordance with District of Columbia law. We have no obligation to provide you with any such information, and in no instance will the owner nor its/his/her employee, agent, or management company give you legal advice.

**30. FORCE MAJEURE.**   If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond our control, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the Apartment or apartment community to materially affect its habitability by some or all tenants, we reserve the right to vacate any and all tenants and suspend or terminate tenancy, and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**31. PAYMENTS.**   Payment of all sums by you is an independent covenant. At our option and without notice, we may apply money received first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due as provided in this Lease Contract and if not so provided then upon our demand. After the due date, we do not have to accept the rent or any other payments. Should any payment be returned to us marked for insufficient or uncollected funds, we have the right to require you to make subsequent payments, for the following six (6) months, via certified funds.

**32. ASSOCIATION MEMBERSHIP.**   We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## When Moving Out

**33. MOVE-OUT NOTICE.**   Before moving out, either at the end of the lease term, any extension of the lease term as specified in paragraph 3 (Lease Term), or prior to the end of the lease term, you must give our representative not less than _____ ( **60** )days advance written notice of your intention to vacate. If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract.   You will still be liable for the entire Lease Contract term if you move out early under paragraph 17 (No Release of Tenant/Heirs & Assigns) except if you are able to terminate your tenancy under the statutory rights explained under paragraphs 17 & 18 (No Release of Tenant/Heirs & Assigns, or the Military Personnel Clause). All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of this paragraph 3 (Lease Term), even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover Tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

**34. MOVE-OUT PROCEDURES.**   The move-out date you state in your move-out notice cannot be changed unless we and you both agree in writing. You won't move out before the Lease Contract term or renewal period ends unless all rent for the entire Lease Contract term or renewal period is paid in full. Early move-out may result in re-letting charges and acceleration of future rent. You're prohibited by law from applying any security deposit to rent you won't stay beyond the date you state in your move-out notice. All Tenants, guests, and occupants must abandon the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each Tenant's forwarding address.

**35. CLEANING.**   You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

☑ Blue Moon eSignature Services Document ID: 213850303

**36. DEPOSIT RETURN, SURRENDER.** The Security Deposit will be deposited in an escrow account devoted to Security Deposits in a federally insured banking or savings institution in Washington, D.C. Within forty-five (45) days after termination of the tenancy, Landlord must either (a) provide to Tenant, by certified mail directed to Tenant's last known address, a written list of any damages to the Premises together with a statement of costs properly incurred or Rent unpaid that will form the basis of a deduction from Tenant's Security Deposit; or (b) tender payment to Tenant of the Security Deposit funds, plus applicable interest as required by law if there are no deductions to be made. If Landlord notifies Tenant that deductions will be made from the Security Deposit, then Landlord has thirty (30) days from the date the notice of deductions was served to tender a refund to Tenant of any balance remaining of the Security Deposit (with interest as required by law) after all appropriate deductions have been made, together with an itemized list of expenses incurred or repairs made with the Security Deposit funds. Tenant's obligations under this Lease may not end when Tenant ceases to occupy the Apartment. Repairs required may be so substantial or of such a nature that work will not be completed within the forty-five (45) day period following the termination of the tenancy. In such event, Landlord reserves the right to pursue Tenant for reimbursement for damages and costs.

In order to determine the amount of the Security Deposit or other payment to be returned to the Tenant, the Landlord may (but shall not be required to) inspect the Apartment within three (3) days, excluding Saturdays, Sundays, and holidays, before or after the termination of the tenancy. The Landlord shall conduct the inspection, if the inspection is to be conducted, at the time and place of which notice is given to the Tenant. The Landlord shall notify the Tenant in writing of the time and date of the inspection. The notice of inspection shall be delivered to the Tenant, or at the Premises, at least ten (10) days before the date of the intended inspection.

Upon vacating the Premises, Tenant must furnish to Landlord, in writing, a forwarding address. If Tenant fails to leave a forwarding address, it is understood that any communication from Landlord will be sent to Tenant at Tenant's last known address; i.e., the Apartment vacated.

In the event of a sale of the property upon which the Apartment is situated or the transfer or assignment by Landlord of this Lease, Landlord has the obligation to transfer the Security Deposit to the purchaser or assignee. It is agreed that the foregoing will apply to every transfer or assignment made of the Security Deposit to a new Landlord.

It is expressly understood that Landlord's application of the Security Deposit shall not be Landlord's sole remedy in the event of Tenant's default. SHOULD THE COSTS OF REPAIRS, REPLACEMENTS, AND/OR LANDLORD'S OTHER DAMAGES EXCEED THE SECURITY DEPOSIT, TENANT SHALL PAY LANDLORD FOR SUCH EXCESS COSTS AND DAMAGES.

You have surrendered the apartment when: All apartment keys and access devices have been returned to us. If we request that you sign a form indicating that you have surrendered the apartment, you hereby expressly agree to do so. Should you fail to sign such a form, you will be held liable for all rents and other charges which accrue; 1) Until the date such form is signed, or 2) Until the last day of the month in which the US Marshal's Service has executed a Writ of Restitution for the apartment.

## Severability, Originals and Attachments, and Signatures

**37. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the Lease Contract and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**38. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated via e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This Lease Contract is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations.

**Name and address of locator service** *(if applicable)*

_____
_____
_____
_____

You are legally bound by this document. Please read it carefully.

Before submitting a rental application or signing a Lease Contract, you may take a copy of these documents to review and/or consult an attorney.

Additional provisions or changes may be made in the Lease Contract if agreed to in writing by all parties.

**Tenant or Tenants** *(all sign below)*

*Dasha Long*
_____
_____
_____
_____
_____

**Owner or Owner's Representative** *(signing on behalf of owner)*

*Dawn Wunderle*

**Address and phone number of owner's representative for notice purposes**

4201 Massachusetts Ave NW

Washington, DC 20016

████████████

**Date form is filled out** *(same as on top of page 1)*
04/09/2020

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2) After giving Manager two checks that are returned for nonpayment, Resident shall thereafter be required to pay all future rent and redemption of any such returned checks by cashier's check or money order throughout the lease term. It shall be irrefutably presumed, for purposes of this Apartment Lease Contract, that Resident has not paid rent or any of the charges unless Resident can produce a canceled check, money order, or documentation of electronic payment proving that rent has been paid. Resident represents that Resident has supplied information to Manager by means of a rental application or similar instrument upon which Manager based its decision to approve occupancy of the apartment, and Resident convents that all such information is truthful and accurate. Providing false, incomplete, misleading or inaccurate information on the rental application constitutes a non-curable material breach of this Lease, for which Manager shall have the right to terminate the lease or Resident's right of possession. A $100 fee will be assessed for any changes made to the lease and/or addendums during the term of this lease.

_____
_____
_____
_____
_____
_____

☑ Blue Moon eSignature Services Document ID: 213850303

## ADDITIONAL SPECIAL PROVISIONS



**DWELLING UNIT DESCRIPTION.** Unit No. _____4015_____, 4201 Massachusetts Avenue, Nw
_____ *(street address)* in Washington, D.C.,
_____20016_____ *(zip code).*
**LEASE CONTRACT DESCRIPTION.** Lease Contract date: _____April 9, 2020_____
Owner's Name:  **Berkshire Apartments, LLC**

Tenants *(list all tenants):* Dasha Long

Paragraph 12 is revised to include the following provision: tenant must also reimburse for the cost of replacement light bulbs when requested by tenant. Upon request, we will provide, as required by law, a smoke alarm capable of alerting a person with a hearing-impairment disability.

| **Tenant(s)** | **Date of Signing Addendum** |
|---|---|
| *(All tenants must sign)* | |
| *Dasha Long* | 04/09/2020 |
| | |
| | |
| | |
| | |
| **Owner or Owner's Representative** | **Date of Signing Addendum** |
| *Dawn Wunderle* | 04/09/2020 |

Washington, D.C./National Apartment Association Official Form, September 2018
© 2018, National Apartment Association, Inc.



☑ Blue Moon eSignature Services Document ID: 213850303

# UTILITY ADDENDUM FOR WATER, SEWER, GAS, TRASH AND ELECTRIC SERVICE



This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated _____ **April 9, 2020** _____ between **Berkshire Apartments, LLC** _____

_____ ("We") and

**Dasha Long** _____

_____
_____
_____
_____
_____

("You") of Unit No. _____ **4015** _____ located at **4201 Massachusetts Avenue, Nw** _____

_____ *(street address)* in

_____ **Washington, DC 20016** _____ and is in addition to all terms and conditions in the Lease.

To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, shall be as follows:
   a) **Water** service to your dwelling will be paid either:
      - ☒ by Us, because the payment for water service is included in your rent charged, pursuant to Paragraph 8 of your Lease Contract; or
      - ☐ by You directly to the utility service provider (NOTE: CHECK THIS ONLY IF THE DWELLING IS SEPARATELY METERED AND THE UTILITY COMPANY ACCOUNT IS IN THE TENANT'S NAME); or
      - ☐ by You when water bills are billed by the service provider to us and then allocated to you based on the following formula:
      _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable _____
   b) **Sewer** service to your dwelling will be paid either:
      - ☒ by Us, because the payment for sewer service is included in your rent charged, pursuant to Paragraph 8 of your Lease Contract; or
      - ☐ by You directly to the utility service provider (NOTE: CHECK THIS ONLY IF THE DWELLING IS SEPARATELY METERED AND THE UTILITY COMPANY ACCOUNT IS IN THE TENANT'S NAME); or
      - ☐ by You when sewer bills are billed by the service provider to us and then allocated to you based on the following formula:
      _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable _____
   c) **Gas** service to your dwelling will be paid either:
      - ☒ by Us, because the payment for gas service is included in your rent charged, pursuant to Paragraph 8 of your Lease Contract; or
      - ☐ by You directly to the utility service provider (Note: CHECK THIS ONLY IF THE DWELLING IS SEPARATELY METERED AND THE UTILITY COMPANY ACCOUNT IS IN THE TENANT'S NAME)
   d) **Trash** service to your dwelling will be paid either:
      - ☒ by Us, because the payment for trash service is included in your rent charged, pursuant to Paragraph 8 of your Lease Contract; or
      - ☐ by You directly to the utility service provider (NOTE: CHECK THIS ONLY IF THE DWELLING IS SEPARATELY METERED AND THE UTILITY IS IN THE TENANT'S NAME); or
      - ☐ by You when trash bills are billed by the service provider to us and then allocated to you based on the following formula:
      _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable _____
   e) **Electric** service to your dwelling will be paid either:
      - ☒ by Us, because the payment for electric service is included in your rent charged, pursuant to Paragraph 8 of your Lease Contract; or
      - ☐ by You directly to the utility service provider (NOTE: CHECK THIS ONLY IF THE DWELLING IS SEPARATELY METERED AND THE UTILITY COMPANY ACCOUNT IS IN THE TENANT'S NAME)

2. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all   costs. Under any allocation method, Tenant may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Tenant and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Tenant. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

   If a flat fee method for trash or other utility service is used, Tenant and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills by the due date stated on the bill. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent permitted by law, to the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| New Account Fee: | $_____ 0.00 _____ | (not to exceed $_____ 0.00 _____) |
| Monthly Administrative Billing Fee: | $_____ 0.00 _____ | (not to exceed $_____ 0.00 _____) |
| Late Fee: | $_____ 0.00 _____ | (not to exceed $_____ 0.00 _____) |
| Final Bill Fee: | $_____ 0.00 _____ | (not to exceed $_____ 0.00 _____) |

   If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

☑ Blue Moon eSignature Services Document ID: 213850303

4. For utilities which you are to pay (as stated above) you will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services which are your responsibility, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $_____0.00_____.

5. When you move out, you will receive a final bill which you must pay by the due date stated on the bill.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees.

7. You agree not to tamper with, adjust, or disconnect any utility metering or sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease and this Utility Addendum.

8. In the event we are using a ratio utility billing system, any dispute relating to the computation of your bill is between you and us and not a third party billing agent.

9. In the event we are using a ratio utility billing system, you have the right to receive information from us to verify the water and sewer utility bill.

10. This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this Addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

11. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| | | | |
|---|---|---|---|
| Tenant Signature | *Dasha Long* | Date | 04/09/2020 |
| Tenant Signature | | Date | |
| Tenant Signature | | Date | |
| Tenant Signature | | Date | |
| Tenant Signature | | Date | |
| Tenant Signature | | Date | |
| Management | *Dawn Wunderle* | Date | 04/09/2020 |

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

# BED BUG ADDENDUM



Date: _____ **April 9, 2020** _____
(when this Addendum is filled out)

> *Please note: It is our goal to maintain a quality living environment for our tenants. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

1. **DWELLING UNIT DESCRIPTION.**
Unit No. _____ **4015** __, **4201**
**Massachusetts Avenue, Nw** _____
_____ *(street address)* in
Washington, D.C., _____ **20016**
*(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **April 9, 2020**
Owner's name: **Berkshire Apartments, LLC**
_____
_____
_____
_____

Tenants *(list all tenants)*:
**Dasha Long**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3. **PURPOSE.** This Addendum modifies the Lease Contract and addresses situations related to bed bugs *(cimex lectularius)* which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum.

4. **INSPECTION.** You agree that you: *(Check one)*
❑ have inspected the dwelling prior to move-in and that you did not observe any evidence of bed bugs or bed bug infestation; OR
☒ will inspect the dwelling within 48 hours after move-in/ renewal and notify us of any bed bugs or bed bug infestation.

5. **INFESTATIONS.**
You agree that you have read all of the information on this addendum about bed bugs and:
*(Check one)*
☒ you are not aware of any infestation or presence of bed bugs in your current or previous apartments, home or dwelling. You agree that you are not aware of any bed bug infestation or presence in any of your furniture, clothing, personal property or possessions. You agree that you have not been subjected to conditions in which there was any bed bug infestation or presence. OR

❑ you agree that if you previously lived anywhere that had a bed bug infestation that all of your personal property (including furniture, clothing and other belongings) has been treated by a licensed pest control professional. You agree that such items are free of further infestation. If you disclose a previous experience of bed bug infestation, we can review documentation of the treatment and inspect your personal property and possessions to confirm the absence of bed bugs. You agree that any previous bed bug infestation which you may have experienced is disclosed here:
_____
_____
_____
_____
_____

6. **ACCESS FOR INSPECTION AND PEST TREATMENT.**
You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants,

guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation even if those dwellings are not the source or cause of the known infestation. You are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed bug infestation on your own.

7. **NOTIFICATION.** You must promptly notify us:
• of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture or personal property.
• of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the dwelling.
• if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

8. **COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

9. **RESPONSIBILITIES.** You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your dwelling, you may be responsible for the cost of cleaning and pest control treatments. If we must move other tenants in order to treat adjoining or neighboring dwellings to your dwelling unit, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring tenants and to clean and perform pest control treatments to eradicate infestations in other dwellings. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the dwelling. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

10. **TRANSFERS.** If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

☑ Blue Moon eSignature Services Document ID: 213850303

**11. SPECIAL PROVISIONS.** The following special provisions control over the conflicting provisions of this printed form:

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

## BED BUGS — A Guide for Rental Housing Tenants

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

### Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing tenants, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

### Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

### Identifying bed bugs

_Bed bugs can often be found in, around and between:_

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors
- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed.

However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.

- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

### Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

### Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a tenant's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, tenants should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing tenants who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.

**You are legally bound by this document. Please read it carefully.**

| Tenant or Tenants | Owner or Owner's Representative |
|---|---|
| _(All tenants must sign)_ | _(Signs below)_ |
| _Dasha Long_ | _Dawn Wunderle_ |
| _____ | _____ |
| _____ | |
| _____ | **Date of Signing Addendum** |
| _____ | |
| _____ | 04/09/2020 |
| _____ | _____ |

_You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place._

Washington, D.C./National Apartment Association Official Form, September, 2018
© 2018, National Apartment Association, Inc.



☑ Blue Moon eSignature Services Document ID: 213850303

**MOLD INFORMATION AND PREVENTION ADDENDUM**



*Please note: It is our goal to maintain a quality living environment for our tenants. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

**1. DWELLING UNIT DESCRIPTION.**
Unit. No. **4015** , **4201**
**Massachusetts Avenue, Nw**
_____ *(street address)* in
Washington, D.C., _____ **20016**
*(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **April 9, 2020**
Owner's name: **Berkshire Apartments, LLC**
_____
_____
_____
_____
_____

Tenants *(list all tenants)*:
**Dasha Long**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3. ABOUT MOLD.**  Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

**4. PREVENTING MOLD BEGINS WITH YOU.**  In order to minimize the potential for mold growth in your dwelling, you must do the following:

- Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen *before* you start showering or cooking with open pots. When showering, be sure to keep the shower curtain *inside* the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture

on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.

- Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.

- Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

**5. IN ORDER TO AVOID MOLD GROWTH**, it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;

- overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

- washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

- leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

- insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

**6.** IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON NON-POROUS SURFACES (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. **Be sure to follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from porous items, such as fibers in sofas, chairs, drapes and carpets—provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

☑ Blue Moon eSignature Services Document ID: 213850303

**7. DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on porous surfaces, such as sheetrock walls or ceilings, or (2) large areas of visible mold on non-porous surfaces. Instead, notify us in writing, and we will take appropriate action.

**8. COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.

**9. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Tenant or Tenants**
*(All tenants must sign here)*

*Dasha Long*
_____

_____

_____

_____

_____

**Owner or Owner's Representative**
*(Signs here)*

*Dawn Wunderle*
_____

**Date of Lease Contract**

April 9, 2020
_____

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

Page 2 of 2

☑ Blue Moon eSignature Services Document ID: 213850303

## APARTMENT LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA



Under a Federal Communications Commission (FCC) order, you as our tenant have a right to install a transmitting or receiving satellite dish or antenna on the leased dwelling, subject to FCC limitations. As a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

**1. DWELLING UNIT DESCRIPTION.**
Unit. No. _____**4015**_____, **4201**
**Massachusetts Avenue, Nw**
_____ *(street address)* in
Washington, D.C., _____**20016**_____
*(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **April 9, 2020**
Owner's name: **Berkshire Apartments, LLC**
_____
_____
_____
_____

Tenants *(list all tenants)*:
**Dasha Long**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3. NUMBER AND SIZE.** You may install ____**1**____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

**4. LOCATION.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other tenants are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

**5. SAFETY AND NON-INTERFERENCE.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

**6. SIGNAL TRANSMISSION FROM EXTERIOR DISH OR ANTENNA TO INTERIOR OF DWELLING.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door

jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

**7. SAFETY IN INSTALLATION.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

**8. MAINTENANCE.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

**9. REMOVAL AND DAMAGES.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

**10. LIABILITY INSURANCE.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $____**50000.00**____, which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

**11. SECURITY DEPOSIT.** An additional security deposit of $____**0.00**____ will be charged. We *(check one)* ❏ will consider or ❏ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ❏ does or ❏ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish is attached (nails,screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**12.  WHEN YOU MAY BEGIN INSTALLATION.**   You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 11; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

**13.  MISCELLANEOUS.**   If additional satellite dishes or antennas are desired, an  additional lease addendum must be executed.

**14.  SPECIAL PROVISIONS:**   The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Tenant or Tenants**
*(All tenants must sign here)*

*Dasha Long*_____

_____

_____

_____

_____

_____

**Owner or Owner's Representative**
*(signs here)*

*Dawn Wunderle*_____

**Date of Lease Contract**
April 9, 2020
_____

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**LEASE CONTRACT ADDENDUM FOR
ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT**



1. **DWELLING UNIT DESCRIPTION.**
Unit. No. __4015__ , __4201__
__Massachusetts Avenue, Nw__
_____ *(street address)* in
Washington, D.C., _____ __20016__
*(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: __April 9, 2020__
Owner's name: __Berkshire Apartments, LLC__
_____
_____
_____
_____

Tenants *(list all tenants)*:
__Dasha Long__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3. **GARAGE, CARPORT, OR STORAGE UNIT.**
Carport Space Number: _____
Garage Number: _____
Storage Unit Number: _____
The Monthly charge for the *(check one)* ❏ carport ❏ garage ❏ storage unit is $_____.

This is a month-to-month commercial license, and we may terminate your license to park in, or to otherwise utilize the carport/garage/storage unit, upon providing you with thirty (30) days' written notice to quit. Any termination of this license may be with, or without, cause and at our sole discretion. Any license created hereby shall be deemed a commercial tenancy, not appurtenant to, nor a part of your tenantial tenancy under your Lease Contract.

4. **SECURITY DEPOSIT.** An additional security deposit of $_____ will be charged for the checked areas above. We *(check one)* ❏ will consider or ❏ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ❏ does or ❏ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **USE RESTRICTIONS.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or community policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed as a tenant or occupant in the Lease Contract may not use the areas covered by this addendum. No plants may be grown in such areas.

6. **NO DANGEROUS ITEMS.** Items that pose an environmental hazard or a risk to the safety or health of other tenants, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from

such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

7. **NO SMOKE, FIRE, OR CARBON MONOXIDE DETECTORS.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

8. **GARAGE DOOR OPENER.** If an enclosed garage is furnished, you ❏ will ❏ will not be provided with a ❏ garage door opener and/or ❏ garage key. You will be responsible for maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

9. **ACCESS CONTROL.** Always remember to lock any door of a garage or storage unit and any door between a garage and the dwelling. When leaving, be sure to lock all keyed deadbolt locks.

10. **INSURANCE AND LOSS/DAMAGE TO YOUR PROPERTY.** You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We are not responsible for pest control in such areas.

11. **COMPLIANCE.** We may periodically open and enter garages and storerooms to ensure compliance with this addendum. In the event we enter the garage or storerooms, we will comply with the notice provisions set forth in the Lease Contract.

12. **NO LOCK CHANGES, ALTERATIONS, OR IMPROVEMENTS.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this addendum will be paid for by you.

13. **MOVE-OUT AND REMEDIES.** Any items remaining after you have vacated the dwelling will be removed, sold, or otherwise disposed of according to the Lease Contract, which addresses disposition or sale of property left in an abandoned or surrendered dwelling. All remedies in the Lease Contract apply to areas covered by this addendum.

14. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

☑ Blue Moon eSignature Services Document ID: 213850303

**Tenant or Tenants**
*(All tenants must sign here)*

**Owner or Owner's Representative**
*(signs here)*

*Dasha Long*
_____

*Dawn Wunderle*
_____

_____

**Date of Lease Contract**

_____

**April 9, 2020**
_____

_____

_____

_____

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**LEASE ADDENDUM REGARDING**
**LIMITED WAIVER AND MODIFICATION OF RIGHTS UNDER**
**U.S. SERVICEMEMBERS CIVIL RELIEF ACT**

**NAA**
NATIONAL APARTMENT ASSOCIATION
We Lead the Way Home

**1. DWELLING UNIT DESCRIPTION.**
Unit. No. 4015 , 4201
Massachusetts Avenue, Nw
_____ *(street address)*
in Washington, D.C., 20016
*(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: April 9, 2020
Owner's name: Berkshire Apartments, LLC
_____
_____
_____
_____

Tenants *(list all tenants):*
Dasha Long
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

For purposes of this addendum, "you" means a servicemember as defined by the "U.S. Servicemembers Civil Relief Act" (SCRA).

**3. REASON FOR ADDENDUM.** Congress has enacted into law the "U.S. Servicemembers Civil Relief Act"(SCRA). This law, among other things, modifies the rights of military personnel to terminate a lease in certain cases and provides that military personnel may waive their rights under the SCRA in certain circumstances. There are different interpretations of how the SCRA affects dependents' and occupants' rights to terminate a lease in the event of a deployment. This addendum clarifies your rights and our obligations in the event of a deployment. This addendum provides for a limited waiver of the terms of the SCRA. However, we agree to grant individuals covered by the SCRA and their spouses all of the rights described in this addendum.

**4. WAIVER AND MODIFICATION OF THE LEASE CONTRACT.** The language of the Military Personnel Clause of the NAA Lease Contract is entirely replaced by the language of this addendum. A tenant who is a servicemember on active military duty at the time of signing this Lease Contract and such tenant's spouse waive for the purposes of this Lease Contract all rights under the SCRA, and shall instead have the rights and obligations set forth below.

**5. MILITARY PERSONNEL RIGHT TO TERMINATE.** Except as provided in paragraphs 6 or 12 below, you or your spouse may terminate the Lease Contract if you enlist or are drafted or commissioned in the U.S. Armed Forces during the original or renewal Lease Contract term. You or your spouse also may terminate the Lease Contract if:

(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for

more than 30 days in response to a national emergency declared by the President; and

(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, or (iii) are relieved or released from active duty.

If you or your spouse terminates under this addendum, we must be furnished with a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or letter. Military permission for base housing does not constitute permanent change-of-station orders.

**6. EXCEPTION FOR TERMINATION UPON DEPLOYMENT ORDERS.** If you or your spouse are terminating the Lease Contract due to deployment orders, you or your spouse may terminate the Lease Contract only on the condition that during the remainder of the original or renewal Lease Contract term neither you nor your spouse will accept an assignment for or move into base housing, or move into other housing located within 45 miles of the dwelling unit described above.

If you or your spouse terminate the Lease Contract and violate this paragraph, the Lease Contract shall be deemed to have not been legally terminated and you and your spouse shall be in default under the Lease Contract. In that event, we will have all legal remedies, including those described in the Lease Contract, such as charging a reletting fee and accelerating rent.

**7. EFFECT OF HOUSING ALLOWANCE CONTINUATION.** The fact that the servicemember continues to receive a housing allowance for the servicemember's spouse and/or dependents after deployment does not affect the right of the servicemember or the servicemember's spouse to terminate unless otherwise stated in paragraph 12 of this addendum.

**8. OTHER CO-TENANTS.** A co-tenant who is not a spouse of a servicemember may not terminate under this addendum. Your and your spouse's right to terminate the Lease Contract under this addendum only affect the Lease Contract as it applies to you and your spouse—other tenants' rights and obligations under the Lease Contract remain unchanged.

**9. TERMINATION DATE.** If you or your spouse terminates under this addendum, all rights and obligations of you and your spouse under the Lease Contract will be terminated 30 days after the date on which the next rental payment is due, with the exception of obligations arising before the termination date and lawful security deposit deductions.

**10. REPRESENTATIONS.** Unless you state otherwise in paragraph 12 of this addendum, you represent when signing this addendum that: (1) you have not already received deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term

☑ Blue Moon eSignature Services Document ID: 213850303

of your enlistment or obligation will not end before the Lease Contract term ends. Liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under the Lease Contract. You must immediately notify us if you are called to active duty or receive deployment or permanent change of station orders.

**11. OTHER RIGHTS UNCHANGED.** All other contractual rights and duties of both you and us under the Lease Contract remain unchanged.

**12. ADDITIONAL PROVISIONS.** The following provisions will supersede any conflicting provisions of the Lease Contract and this addendum.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Tenant or Tenants**
*(All tenants must sign here)*

*Dasha Long*
_____

_____

_____

_____

_____

**Owner or Owner's Representative**
*(signs here)*

*Dawn Wunderle*
_____

**Date of Lease Contract**

April 9, 2020
_____

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

## 101        CIVIL ENFORCEMENT POLICY

101.1    The maintenance of leased or rental habitations in violation of the provisions of this subtitle, where those violations constitute a danger to the health, welfare, or safety of the occupants, is declared to be a public nuisance.

101.2    The abatement of the public nuisances referred to in subsection 101.1 by criminal prosecution or by compulsory repair, condemnation, and demolition alone has been and continues to be inadequate.

101.3    The public nuisances referred to in subsection 101.1 additionally cause specific, immediate, irreparable and continuing harm to the occupants of these habitations.

101.4    The public nuisances referred to in subsection 101.1 damage the quality of life and the mental development and well-being of the occupants, as well as their physical health and personal property, and this harm cannot be fully compensated for by an action for damages, rescission or equitable set-off for the reduction in rental value of the premises.

101.5    It is the purpose of this section to declare expressly a public policy in favor of speedy abatement of the public nuisances referred to in subsection 101.1, if necessary, by preliminary and permanent injunction issued by Courts of competent jurisdiction.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2901, Commissioners' Order 55-1503 (August 11, 1955).

## 106        NOTIFICATION OF TENANTS CONCERNING
##             VIOLATIONS

106.1    After an inspection of a habitation, the Director shall provide the tenant of the habitation a copy of any notification with respect to that habitation issued to the owner pursuant to this subtitle.

106.2    The notification to the tenant shall state plainly and conspicuously that it is only for the tenant's information; Provided, that if the notice places duties on the tenant, it shall state those duties.

106.3    In any instance where a violation of this subtitle directly involves more than one habitation, the Director shall post a copy of any notification issued to the owner pursuant to this chapter for a reasonable time in one or more locations within the building or buildings in which the deficiency exists. The locations for posting the notification shall be reasonably selected to give notice to all tenants affected.

106.4    No person shall alter, modify, destroy, or otherwise tamper with or mutilate a notification posted under this section.

106.5    Any tenant directly affected by the violation(s) shall, upon request to the Director, be sent a copy of the posted notification.

106.6    This section shall not be subject to any notice requirement of this subtitle.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2903(b), Commissioners' Order 55-1503 (August 11, 1955).

## 300     NOTICE TO TENANTS OF HOUSING CODE PROVISIONS

300.1     The owner of each habitation shall provide to each existing tenant, and shall at the commencement of any tenancy provide to the tenant, a copy of the provisions of this chapter and a copy of the following sections of chapter 1 of this subtitle:

    (a)          Chapter 1, § 101 (Civil Enforcement Policy); and

    (b)          Chapter 1, § 106 (Notification of Tenants Concerning Violations).

AUTHORITY: Unless otherwise noted, the authority for this chapter is contained at paragraphs 28 and 46 of section 7 of An Act Making appropriations to provide for the expenses of the government of the District of Columbia for the fiscal year ending June thirtieth, nineteen hundred and three, and for other purposes ("Act of 1902"), Public, No.218, 32 Stat. 590, approved July 1, 1902, as amended by: An Act approved July 1, 1932 to amend section 7 [of the Act of 1902], Public, No. 237, 47 Stat. 550; and An Act approved July 22, 1947, Public Law 215, 61 Stat. 402.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2904, Commissioners' Order 55-1503 (August 11, 1955).

## 301        IMPLIED WARRANTY AND OTHER REMEDIES

301.1     There shall be deemed to be included in the terms of any lease or rental agreement covering a habitation an implied warranty that the owner will maintain the premises in compliance with this subtitle.

301.2     The rights, remedies, and duties set forth in this chapter shall not be deemed to be exclusive of one another unless expressly so declared or to preclude a court of law from determining that practices, acts, lease provisions and other matters not specifically dealt with in this chapter are contrary to public policy or unconscionable or otherwise unlawful.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR §§ 2902, 2913, Commissioners' Order 55-1503 (August 11, 1955).

## 302        VOIDING LEASE FOR VIOLATION OF REGULATIONS

302.1     The leasing of any habitation which, at the beginning of the tenancy, is unsafe or unsanitary due to violations of this subtitle in that habitation or in the common space of the premises (whether or not those violations are the subject of a notice issued under this subtitle) of which the owner has knowledge or reasonably should have knowledge, shall render void the lease or rental agreement for the habitation.

302.2     After the beginning of the tenancy, if the habitation becomes unsafe or unsanitary due to violations of this subtitle in that habitation or in the common space of the premises (whether or not the violations are the subject of a notice issued under this subtitle), the lease or rental agreement for the habitation shall be rendered void if both of the following apply:

    (a)          The violations did not result from the intentional acts or negligence of the tenant or his or her invitees; and

    (b)          The violations are not corrected within the time allowed for correction under a notice issued under this subtitle (or, if a notice has not been issued, within a reasonable time

after the owner has knowledge or reasonably should have knowledge of the violations).

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2902, Commissioners' Order 55-1503 (August 11, 1955).

## 303 SIGNED COPIES OF AGREEMENTS AND APPLICATIONS

303.1   In each lease or rental of a habitation entered into after June 12, 1970, the owner shall provide to the tenant upon execution (or within seven (7) days after execution) an exact, legible, completed copy of any agreement or application which the tenant has signed.

303.2   This section shall not be subject to any notice requirement of this subtitle.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2905, Commissioners' Order 55-1503 (August 11, 1955).

## 304 PROHIBITED WAIVER CLAUSES IN LEASE AGREEMENTS

304.1   Any provision of any lease or agreement contrary to, or providing for a waiver of, the terms of this chapter, or § 101 or § 106 of chapter 1, shall be void and unenforceable.

304.2   No person shall cause any of the provisions prohibited by this section to be included in a lease or agreement respecting the use of the property in the District of Columbia, or demand that any person sign a lease or agreement containing any such provision.

304.3   No owner shall cause to be placed in a lease or rental agreement any provision exempting the owner or premises from liability or limiting the liability of the owner or the residential premises from damages for injuries to persons or property caused by or resulting from the negligence of the owner (or the owner's agents, servants, or employees) in the operation, care, or maintenance of the leased premises, or any facility upon or portion of the property of which the leased premises are a part.

304.4   No owner shall place (or cause to be placed) in a lease or rental agreement a provision waiving the right of a tenant of residential premises to a jury trial, or requiring that the tenant pay the owner's court costs or legal fees, or authorizing a person other than the tenant to confess judgment against a tenant. This subsection shall not preclude a court from assessing court or legal fees against a tenant in appropriate circumstances.

304.5   The provisions of this section shall not be subject to any notice requirement of this subtitle.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR §§ 2906, 2907, and 2912, Commissioners' Order 55-1503 (August 11, 1955).

## 305 INSPECTION OF PREMISES AFTER BREACH OF WARRANTY OR VOIDED LEASE

305.1    Following a judicial determination that the owner has breached the implied warranty of habitability applying to the premises (under § 301 of this chapter), or following a judicial determination that a lease or rental agreement is void, the owner shall obtain a certificate from the Director that the habitation is in compliance with this subtitle prior to the next reletting of the habitation.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2911, Commissioners' Order 55-1503 (August 11, 1955).

## 306    WRITTEN RECEIPTS FOR PAYMENTS BY TENANT

306.1    In each lease or rental of a habitation, the owner shall provide written receipts for all monies paid to him or her by the tenant as rent, security, or otherwise, unless the payment is made by personal check.

306.2    Each receipt issued under this section shall state the following:

(a)    The exact amount received;

(b)    The date the monies are received; and

(c)    The purpose of the payment.

306.3    Each receipt shall also state any amounts still due which are attributable to late charges, court costs, or any other such charge in excess of rent.

306.4    If payment is made by personal check, and there is a balance still due which is attributable to late charges, court costs, or any other such charge in excess of rent, the owner shall provide a receipt stating the nature of the charges and the amount due.

306.5    The provisions of this section shall not be subject to any notice requirement of this subtitle.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2909, Commissioners' Order 55-1503 (August 11, 1955).

## 307    PROHIBITION OF RETALIATORY ACTS AGAINST TENANTS

307.1    No action or proceeding to recover possession of a habitation may be brought against a tenant, nor shall an owner otherwise cause a tenant to quit a habitation involuntarily, in retaliation for any of the tenant's actions listed in § 307.3.

307.2    No demand for an increase in rent from the tenant, nor decrease in the services to which the tenant has been entitled, nor increase in the obligations of a tenant shall be made in retaliation against a tenant for any of the tenant's actions listed in § 307.3.

307.3    This section prohibits the taking of any of the actions set forth in this section in retaliation against the tenant for any of the following actions by a tenant:

(a)    A good faith complaint or report concerning housing deficiencies made to the owner or a governmental authority, directly by the tenant or through a tenant organization;

☑ Blue Moon eSignature Services Document ID: 213850303

(b)      The good faith organization of a tenant organization or membership in a tenant organization;

(c)      The good fait assertion of rights under this subtitle, including rights under §§ 301 and 302 of this chapter, or § 101 of chapter 1.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2910, Commissioners' Order 55-1503 (August 11, 1955).

## 308      SECURITY DEPOSITS

308.1     For purposes of this chapter, the term "security deposit" shall mean all monies paid to the owner by the tenant as a deposit or other payment made as security for performance of the tenant's obligations in a lease or rental of the property.

308.2     On or after February 20, 1976, any security deposit or other payment required by an owner as security for performance of the tenant's obligations in a lease or rental of a dwelling unit shall not exceed an amount equivalent to the first full month's rent charged that tenant for the dwelling unit, and shall be charged only once by the owner to the tenant.

308.3     All monies paid to an owner by tenants for security deposits or other payment made as security for performance of the tenant's obligations shall be deposited by the owner in an interest bearing escrow account established and held in trust in a financial institution in the District of Columbia insured by a federal or state agency for the sole purposes of holding such deposits or payments.

308.4     All monies held by an owner on February 20, 1976 for security deposits or other payments covered by this section shall be paid into an escrow account within thirty (30) days.

308.5     The owner of more than one residential building may establish one (1) escrow account for holding security deposits or other payments by the tenants of those buildings.

308.6     For each security deposit or other payment covered by this section, the owner shall clearly state in the lease or agreement or on the receipt for the deposit or other payment the terms and conditions under which the payment was made.

308.7     The housing provider shall post in the lobby of the building and rental office at the end of each calendar year, the following information: Where the tenants' security deposits are held and what the prevailing rate was for each 6-month period over the past year. At the end of a tenant's tenancy, the housing provider shall list for the tenant the interest rate for each 6-month period during the tenancy.

308.8     The provisions of this section shall not be applicable to Federal or District of Columbia agencies' dwelling units leased in the District of Columbia or to units for which rents are Federally subsidized.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2908, Commissioners' Order 55-1503 (August 11, 1955); as amended by: section 3 of the Security Deposit Act, D.C. Law 1-48, 22 DCR 2823 (November 28, 1975); and section 2 of the Adjustment of Interest Rates Paid on Rental Security Deposits Amendment Act of 1992, D.C. Law 9-212, §§ 2908.1(b) and 2908.5, 40 DCR 2204 (March 17, 1993), incorporating by reference the text of D.C. Act 9-341, 40 DCR 23 (December 21, 1992); as amended by D.C. Act 16-633 at 54 DCR 889 (February 2, 2007).

### 309     REPAYMENT OF SECURITY DEPOSITS TO TENANTS

309.1     Within forty-five (45) days after the termination of the tenancy, the owner shall do one of the following:

    (1)     Tender payment to the tenant, without demand, any security deposit and any similar payment paid by the tenant as a condition of tenancy in addition to the stipulated rent, and any interest due the tenant on that deposit or payment as provided in paragraph (4)(a) and (a-1) (14 DCMR § 311); or

    (2)     Notify the tenant in writing, to be delivered to the tenant personally or by certified mail at the tenant's last known address, of the owner's intention to withhold and apply the monies toward defraying the cost of expenses properly incurred under the terms and conditions of the security deposit agreement.

309.2     The owner, within 30 days after notification to the tenant pursuant to the requirement of paragraph (2)(a)(2) (14 DCMR § 309.1(b)), shall tender a refund of the balance of the deposit or payment, including interest not used to defray such expenses, and at the same time give the tenant an itemized statement of the repairs and other uses to which the monies were applied and the cost of each repair or other use.

309.3     Failure by the owner to comply with § 309.1 and § 309.2 of this section shall constitute prima facie evidence that the tenant is entitled to full return, including interest as provided in § 311, of any deposit or other payment made by the tenant as security for performance of his or her obligations or as a condition of tenancy, in addition to the stipulated rent.

309.4     Failure by the owner to serve the tenant personally or by certified mail, after good faith effort to do so, shall not constitute a failure by the owner to comply with § 309.1 and § 309.2.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2908, Commissioners' Order 55-1503 (August 11, 1955); as amended by: section 3 of the Security Deposit Act, D.C. Law 1-48, 22 DCR 2823 (November 28, 1975); and section 2 of the Unitary Rent Ceiling Adjustment Amendment Act of 1992, D.C. Law 9-191, §§ 2908.6 and 2908.7, 40 DCR 2184 (April 2, 1993); as amended by D.C. Act 16-633 at 54 DCR 889 (February 2, 2007).

### 310     RETURN OF SECURITY DEPOSIT: INSPECTION OF PREMISES

310.1     In order to determine the amount of the security deposit or other payment to be returned to the tenant, the owner may inspect the dwelling unit within three (3) days, excluding Saturdays, Sundays, and holidays, before or after the termination of the tenancy.

310.2     The owner shall conduct the inspection, if the inspection is to be conducted, at the time and place of which notice is given to the tenant.

310.3     The owner shall notify the tenant in writing of the time and date of the inspection.

310.4     The notice of inspection shall be delivered to the tenant, or at the dwelling unit in question, at least ten (10) days before the date of the intended inspection.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2908, Commissioners' Order 55-1503 (August 11, 1955); as amended by section 3 of the Security

Deposit Act, D.C. Law 1-48, 22 DCR 2823 (November 28, 1975).

# 311      INTEREST ON SECURITY DEPOSIT ESCROW ACCOUNTS

311.1      The interest in the escrow account described in § 309 on all money paid by the tenant prior to or during the tenancy as a security deposit, decorating fee, or similar deposit or fee, shall commence on the date the money is actually paid by the tenant, or within thirty (30) days after February 20, 1976, whichever is later, and shall accrue at not less than the statement savings rate then prevailing on January 1st and on July 1st for each 6-month period (or part thereof) of the tenancy which follows those dates. On those dates, the statement savings rate in the District of Columbia financial institution in which the escrow account is held shall be used. All interest earned shall accrue to the tenant except for that described in paragraph (4)(a-1) or as set forth in paragraph (2) (14 DCMR § 309).

311.2      Interest on an escrow account shall be due and payable by the owner to the tenant upon termination of any tenancy of a duration of twelve (12) months or more, unless an amount is deducted under procedures set forth in paragraph (2) (14 DCMR §§ 309.1 and 309.2). Any housing provider violating the provisions of this section by failing to pay interest on a security deposit escrow account that is rightfully owed to a tenant in accordance with the requirements of this section, shall be liable to the Rent Administrator or Rental Housing Commission, as applicable, for the amount of the interest owed, or in the event of bad faith, for treble that amount. For the purposes of this paragraph, the term "bad faith" means any frivolous or unfounded refusal to return a security deposit, as required by law, that is motivated by a fraudulent, deceptive, misleading, dishonest, or unreasonably self-serving purpose and not by simple negligence, bad judgment, or an honest belief in the course of action taken. Any housing provider who willfully violates the provisions of this section by failing to pay interest on a security deposit escrow account that is rightfully owed to a tenant in accordance with the requirements of this section shall be subject to a civil fine of not more than $ 5000 for each violation.

(1)      If the housing provider invests the security deposit in an account with an interest rate that exceeds that of the statement savings rate as required in subparagraph (a)(14) (14 DCMR § 311.1), the housing provider may apply up to 30% of the excess interest for administrative costs or other purposes.

311.3      Except in cases where no interest is paid to the tenant as provided in § 311.2, the owner shall not assign the account or use it as security for loans.

311.4      It is the intent of this section that the account referred to in this section and § 309 shall be used solely for the purpose of securing the lessees' performance under the lease.

311.5      This section and § 309 and § 310 shall not be subject to the notice requirements of any other section of this subtitle.

SOURCE: The Housing Regulations of the District of Columbia, 5G DCRR § 2908, Commissioners' Order 55-1503 (August 11, 1955); as amended by: section 3 of the Security Deposit Act, D.C. Law 1-48, 22 DCR 2823 (November 28, 1975); and section 2 of the Adjustment of Interest Rates Paid on Rental Security Deposits Amendment Act of 1992, D.C. Law 9-212, § 2908.4(a), 40 DCR 2204 (March 17, 1993), incorporating by reference the text of D.C. Act 9-341, 40 DCR 23 (December 21, 1992); as amended by D.C. Act 16-633 at 54 DCR 889 (February 2, 2007).

## 315    NOTIFICATION REQUIRED

315.1    Prior to the acceptance of a nonrefundable application fee or security deposit, the owner of the habitation shall provide written notice of any requests that are pending for an adjustment in the rent ceiling of the habitation, as the adjustments are specifically enumerated in section 207 of the Rental Housing Act of 1985, D.C. Law 6-10, D.C. Official Code § 42-3502.07 (2001).

315.2    The notification shall include the current rent ceiling, the new rent ceiling requested in the petition, the petition filing date and petition number, and the nature of any repairs or rehabilitation planned in the dwelling unit as part of the petition.

315.3    A violation of this section shall be a Class 2 civil infraction pursuant to Titles I- III of the Department of Consumer and Regulatory Affairs Infractions Act of 1985. Adjudication of any infraction of this article shall be pursuant to titles I-III of the Department of Consumer and Regulatory Affairs Civil Infractions Act of 1985.

SOURCE: Section 2 of the Rent Ceiling Adjustment Notification Amendment Act of 1992, D.C. Law 9-79, §§ 2915.1 through 2915.3, 39 DCR 673 (February 7, 1992).

## 399    DEFINITIONS

399.1    The provisions of section 199 of chapter 1 of this title and the definitions set forth in that section shall be applicable to this chapter.

**38. HOUSING REGULATIONS.** TENANT ACKNOWLEDGES RECEIPT OF THE FOLLOWING SECTIONS OF THE DISTRICT OF COLUMBIA HOUSING REGULATIONS: CHAPTER 1, § 101, CHAPTER 1, § 106, AND CHAPTER 3.

**TENANT INITIAL HERE:** _DL_____.

THIS IS A LEGALLY BINDING CONTRACT. IF YOU DO NOT UNDERSTAND ALL OF THE TERMS OF THIS LEASE, SEEK LEGAL ADVICE BEFORE SIGNING IT.

   **IN WITNESS WHEREOF**, Landlord and Tenant have signed this Lease as of the date first written above.

**WITNESS:**                                    **TENANT:**

_____        _Dasha Long_____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____


**WITNESS:**                                    **LANDLORD:**

_____        By: _Dawn Wunderle_____

Print Name: _____        _____

_____        _____

                                              _____

                                              Print Name: _____

                                              _____

                                              Its:_____

**TENANT PARKING ADDENDUM**

NAA
NATIONAL APARTMENT ASSOCIATION
We Lead the Way Home

Date: ___**April 9, 2020**___
(when this Addendum is filled out)

**1. DWELLING UNIT DESCRIPTION.**
Unit No. ___**4015**___, **4201**___
**Massachusetts Avenue, Nw**_____
_____ *(street address)* in
Washington, D.C., _____**20016**___
*(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **April 9, 2020**____
Owner's name: **Berkshire Apartments, LLC**_
_____
_____
_____
_____

Tenants *(list all tenants)*:
**Dasha Long**_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The term of this Parking Addendum is as follows:
Begins on _____, _____ and
ending on _____, _____.

**TENANT AND OWNER AGREE AS FOLLOWS:**

**3.** You agree to properly register all vehicles with management. If you get a new or replacement vehicle you must notify us and complete a revised agreement.

**4.** If you are provided with a parking tag or sticker it must be properly installed and displayed.

**5.** Unless your vehicle(s) has been assigned a specific space(s) you may park in any available space(s) in the parking areas, with the exception of spaces reserved for a particular use or any marked handicap space, unless you possess a government issued handicap decal or similar signage.

**6.** If you are assigned a specific parking space(s) we shall assign you the space(s) and retain the right to change assigned space(s) at our sole discretion.

**7.** You understand and accept that we have the right at any time, without notice, to tow unauthorized or non-registered vehicles from any parking space on the property.

**8.** You agree to use parking spaces in accord with the terms of the Lease and Community Rules.

**9.** Any vehicles which are improperly parked or are in violation of this addendum, the terms of the Lease or Community Rules will be towed at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s) to the fullest extent permitted by law.

**10.** You understand that we will not be held liable for any damage or theft that may occur while your vehicle(s) is parked on any part of the property to the fullest extent permitted by law. Upon signing this agreement you knowingly accept the risk of parking any vehicle(s) on the property.

**11.** Any action by you, any occupant, guest, or visitor that violates this addendum shall constitute a violation of the Lease Contract.

**12.** You understand and agree that any judgment of possession entered against you shall be a judgment for possession of any parking spaces which you are entitled to under this addendum. Once such judgment is rendered and executed upon you, you shall immediately remove all vehicles from the property parking areas. If you fail to remove your vehicle(s), we shall tow the vehicle(s) at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s) to the fullest extent permitted by law.

**COST FOR PARKING**
Tenant agrees to pay a onetime fee of $_____ per vehicle on or before the _____ day of _____, _____. In alternative tenant agrees to pay $_____ monthly per vehicle due on or before the _____ day of the month. If no amount is filled in parking shall be free for properly registered and authorized vehicles.

Tenant understands and accepts that all-parking rights and privileges will immediately be revoked in the case that Tenant is _____ days delinquent in paying the required parking fee.

Tenant agrees to pay $_____ NSF fee for all checks returned for non-sufficient funds.

**VEHICLE INFORMATION:**
**Vehicle 1**
Make: **N/A**_____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 2**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 3**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**13. SPECIAL PROVISIONS.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**Tenant or Tenants**
*(All tenants must sign)*

**Owner or Owner's Representative**
*(Signs below)*

*Dasha Long*_____

*Dawn Wunderle*_____

_____

_____

**Date of Signing Addendum**

_____

04/09/2020

_____

_____

_____

_____

☑ Blue Moon eSignature Services Document ID: 213850303

# ADDENDUM REGARDING RECREATIONAL
## and
## MEDICAL MARIJUANA USE



**1. DWELLING UNIT DESCRIPTION.**
Unit. No. _____4015_____, 4201
__Massachusetts Avenue, Nw__
_____ *(street address)* in
Washington, D.C., _____20016_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: __April 9, 2020__
Owner's name: __Berkshire Apartments, LLC__
_____
_____
_____
_____

Tenants *(list all tenants)*:
__Dasha Long__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Where the terms and conditions of this Addendum vary from or contradict any terms or conditions set forth in the Lease Contract, this Addendum shall control.

**3.** The Legalization of Marijuana for Medical Treatment Amendment Act of 2010 and District of Columbia Muni. Regs. 22-C3 (2017) permits the limited use of medical marijuana and use of limited amounts of marijuana for personal use, in specific and limited circumstances. However, this is not the case under federal law. Under federal law, specifically the Controlled Substances Act (CSA), marijuana is still categorized as a Schedule I substance. This means that under federal law, the manufacture, distribution, or possession of marijuana is strictly prohibited. Because the U.S. Department of Housing and Urban Development is controlled by the federal government, it agrees that the use of marijuana, whether prescribed for medical reasons or not, is a criminal offense and will not be protected under the fair housing laws. Therefore, apartment complexes are not required to accommodate the use of marijuana by a tenant who is a current medical marijuana user.

**4.** The Property in which the Dwelling Unit listed above is located follows and complies with federal law regarding use of controlled substances and does, and will continue to prohibit the possession, use, manufacture, distribution or sale of any controlled substance, including marijuana, or any products of any kind infused with or containing marijuana, or any use of marijuana by the Tenant and/or guests. A violation of this Addendum is a violation of the Tenant's Lease, and in addition may result in enforcement by governmental authorities. If you have any questions or concerns about this Addendum, please speak to management.

**5.** By signing below, the Tenant acknowledges his or her understanding of the terms and conditions as stated above, and his or her agreement to comply with those terms and conditions.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Tenant or Tenants** *(sign here)* | **Date of Signing Addendum** |
|---|---|
| *Dasha Long* | 04/09/2020 |
| | |
| | |
| | |
| | |

| **Owner or Owner's Representative** *(signs here)* | **Date of Signing Addendum** |
|---|---|
| *Dawn Wunderle* | 04/09/2020 |

© 2019, National Apartment Association, Inc. - 8/2019, Washington, D.C.



☑ Blue Moon eSignature Services Document ID: 213850303

**CRIME/DRUG FREE HOUSING ADDENDUM**



**1. DWELLING UNIT DESCRIPTION.**
Unit. No. _____ 4015 _____, 4201
Massachusetts Avenue, Nw
_____ (street address) in
Washington, D.C., _____ 20016 _____
(zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: April 9, 2020
Owner's name: Berkshire Apartments, LLC
_____
_____
_____
_____

Tenants (list all tenants):
Dasha Long
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3. ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling unit, all common areas, all other dwelling units on the property or any common areas or other dwelling units on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

**4. CRIME/DRUG FREE HOUSING.** Tenant, members of the Tenant's household, Tenant's guests, and all other persons affiliated with the Tenant:

A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

1. Engaging in any act intended to facilitate any type of criminal activity.

2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not limited to the District of Columbia and/or the Federal Controlled Substances Act.

4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with his or her unit.

6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Tenants, or involving imminent, actual or substantial property damage.

7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Tenant's application due to criminal conduct.

8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

B. AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for taking action to terminate the Lease Contract. In addition to the foregoing, Owner may terminate Tenant's tenancy for any other lawful reason, and by any lawful method.

**5. CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise required by law, proof of violation of any criminal law shall not require a criminal conviction.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Tenant or Tenants** (sign here) | **Date of Signing Addendum** |
|---|---|
| _Dasha Long_ | 04/09/2020 |
| | |
| | |
| | |
| | |

| **Owner or Owner's Representative** (signs here) | **Date of Signing Addendum** |
|---|---|
| _Dawn Wunderle_ | 04/09/2020 |

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.

☑ Blue Moon eSignature Services Document ID: 213850303

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Energy and Environment

**Lead-Safe and Healthy Housing Division**
**Lead Compliance & Enforcement Branch**

## TENANT RIGHTS UNDER THE DISTRICT'S LEAD LAW
(for tenants in rental housing built before 1978)

As a tenant in the District of Columbia, you are entitled to live in a property that is free of lead-based paint hazards, including in common areas, such as halls and laundry rooms. A lead-based paint hazard exists if peeling, chipping, or otherwise deteriorating paint conditions are present. A lead-based paint hazard can also exist if there are tiny lead particles mixed into household dust, or into bare soil in a yard at the property.

Rights that you have as a tenant under any other District of Columbia law are not affected in any way by your rights under this Lead Law.

### YOUR RIGHTS BEFORE SIGNING A LEASE

Before you sign any lease to rent in the District of Columbia, your landlord must give you a Lead-Based Paint Hazard Disclosure Form, and if a member of your household is a child who is less than six (6) years old, or a pregnant woman, the landlord must also give you a Clearance Report that is dated no more than twelve (12) months before your move in date. A Clearance Report is a document that states that your home has been checked for lead-based paint hazards, and that none were found.

### YOUR RIGHTS UNDER THE LEAD LAW AFTER YOU MOVE IN

If a member of your household or someone who regularly visits you is either a child who is less than six (6) years old or a pregnant woman, you may ask your landlord, in writing, to give you a Clearance Report. The landlord then has 30 days to give you a Clearance Report that is no more than twelve (12) months old. A Clearance Report is a document that states that your home has been checked for lead-based paint hazards, and that none were found.

If you see paint that is chipping or peeling, you should notify your landlord about the condition. It is against the law to have peeling, chipping, or other deteriorating paint in any home built before 1978. If your landlord doesn't repair the paint or in repairing the paint, doesn't do the work safely, then you can call the Department of Energy and Environment (DOEE) at 202-535-1934 to make a complaint. A lead specialist will follow up and contact you to discuss the situation and determine if a DOEE lead inspection is appropriate.

If the DC Government finds a lead-based paint hazard in your home, DOEE will order your landlord to eliminate the hazard and will follow up to make sure the repair work gets done according to DC lead regulations. Your other rights under the District's Lead Law include:





1200 First Street NE, 5th Floor, Washington, DC 20002 | (202) 535-2600 | doee.dc.gov

Blue Moon eSignature Services Document ID: 213850303

## A.  Protection against retaliation by your landlord

Your landlord may not evict or otherwise punish you just because you have used any of the rights discussed in this notice.

## B.  Conditions under which your landlord or his employee or agent, may enter your unit

As a tenant, you must allow the landlord to have access to your home at reasonable times for work related to lead-based paint hazards. The landlord must give you advance notice in writing, at least 48 hours before the landlord wants to enter for work related to lead-based paint hazards. The advance notice must:

- Describe the work that will be done in your unit, including the specific location of where the work will occur;
- Explain how the landlord proposes to separate the work area(s) from the rest of the unit, to eliminate the possibility of dust or debris spreading outside the work area(s); and
- State when the work may begin and when it is expected to end.

## C.  Procedures governing refusal to let the landlord have access to do the lead work in your unit

If you refuse to allow the landlord or his or her agent or employee access to your home to do lead related work or do a lead inspection, and you have already received an official DOEE government property access form, that has been properly signed and dated, the landlord may not be required to continue lead-based hazard work on your property and will be considered to be in compliance with the law.

The only reasons for refusing to allow a landlord to have access to your home that are valid are the following:

- You had a reasonable basis for refusing access because the person to do the work was not properly certified to do the work; or
- You offered the landlord a reasonable alternative for a time to gain access and the landlord rejected the reasonable conditions.

If you refuse your landlord or its agent access to your home without a valid reason and all of the notice requirements have been met, a warrant to enter your home may be issued by the Superior Court.

## D.  Requirement for lead-safe work practices

Workers removing lead hazards from the unit must follow "lead-safe work practices" and so must anyone who does maintenance, repair, or renovation work that involves drilling, sawing, or otherwise disturbing paint. These are work performance standards that are regulated by the Government.

## E.  Access to Lead Reports

You have a right to review and photocopy any reports that your landlord has, relating to lead conditions about the building you live in. Property owners must make these reports accessible to tenants and to tenants' agents, at reasonable hours and at a location reasonably close to the property.

## F.  Temporary moves

Due to the seriousness of any identified lead-based paint hazards that may be found in your home, the DC Government may require that you temporarily move, to protect any child under six years of age or a pregnant woman living in your household from possible exposure to lead. The cost of the temporary move will be paid for by the landlord. The temporary move would last until all lead-based paint hazards are taken care of in your home, and you've had a reasonable amount of time to move back to your home. The Government must give you an "Order to Relocate" notice within five (5) days of the date before the work to remove the lead begins.

## YOUR RIGHTS REGARDING TEMPORARY MOVES,
## IF REQUIRED DURING WORK ON YOUR UNIT

If the DC Government requires you to move in order to protect you or members of your household from the effects of exposure to lead-based paint hazards, you have the following rights:

- You have the right to a 14-day written notice that indicates when you are being asked to temporarily move, unless you agree to move sooner or the District Government decides that shorter notice is necessary because of health-threatening emergency conditions in your unit.

- You have the right to be temporarily relocated into a comparable, safe unit in the same building where you live, if one is available. If no units are available, the landlord must make all reasonable efforts to move you to a safe place in the same school district or ward that your unit is located in, and near public transportation if possible.

- You have the right to make your own arrangements for a temporary home, instead of moving to the one your landlord chooses for you. Your landlord still has to pay for reasonable relocation expenses.

- You have the right to receive a written, signed statement on a DOEE-issued right to return form completed by the owner/agent and move back home from the temporary location as soon as the lead hazard elimination work is done and the unit has passed a clearance examination, without an increase in rent or any other changes to the lease.

- You have the right to receive a copy of the Clearance Report and written, signed and dated Clearance Acknowledgement before returning to your unit, to document that the lead-based paint hazards and underlying conditions that contributed to them have been eliminated from your unit.

### If you have any questions about your rights,
### please call the Office of the Tenant Advocate, at (202) 719-6560

*Dawn Wunderle*                                                      04/09/2020
**Owner or Agent's Signature**                          **Date**

*Dasha Long*                                                          04/09/2020
**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

**Prospective or Current Tenant's Signature**    **Date**

4201 Massachusetts Avenue, Nw #4015, Washington, DC 20016
**Property Address**



**DEPARTMENT OF ENERGY & ENVIRONMENT**

# DC Lead Disclosure Form

*Information about Lead-Based Paint, Lead Water Service Lines, and Lead-Bearing Plumbing at this Property*

**Purpose**: Inform potential renters and homebuyers (if applicable) of the presence of lead-based paint, lead-bearing plumbing, and related hazards at this property they are considering.

- Housing built before 1978 is presumed to contain lead-based paint.
- Lead from paint, paint chips, and dust may pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women.
- Residential dwellings built before 1986 are presumed to have lead service lines and lead-bearing plumbing.
- Lead service lines and lead-bearing plumbing are capable of releasing lead into water that may cause permanent health harm even when present in small amounts.
- Lead poisoning in young children may produce permanent neurological damage, learning disabilities, reduced intelligence quotient, behavioral problems and impaired memory.
- Lead poisoning poses a particular risk to developing fetuses and pregnant women.
- Tenants should consider obtaining a water filter that is certified by NSF/ANSI Standard 53 for lead removal and maintaining the water filter according to the manufacturer's instructions.

DC requires the renter or buyer to have this information **before** they decide to rent or purchase the property.

**This form does not replace the Federal Lead Disclosure form**. DC law provides additional protections for the renter or purchaser.

**Are you a POTENTIAL TENANT or BUYER?**
*Review this page carefully before following instructions on page two.*

**Are you a PROPERTY OWNER or MANAGER?**
*You will need the following information to complete this form:*

- Copies of any lead-based paint, lead service line, or lead-bearing plumbing reports, assessments, or surveys related to the property.
- Copies of any lead tests conducted on the water supply of the property or dwelling unit.
- The latest version of the EPA Protect Your Family From Lead in Your Home pamphlet.
- Knowledge about lead-contaminated dust/soil and condition of the paint on the property.
- Knowledge about any lead-related legal actions taken against the property.
- Knowledge about whether the property is listed on the DC Water website as a property with lead water service lines.
- Knowledge about the replacement of lead water service lines (on public and private property), including replacement dates.

**Property owners and managers: keep the signed original of this form on record for at least 6 years from the date of the most recent signature**, as you may be audited by the DC Department of Energy and Environment.

**What to look for inside the property or in the property's common areas:**

- Peeling, chipping, chalking, cracking, or damaged paint.
- Lead-based paint on windows, doors, stairs, railings, banisters, porches, or other high-wear surfaces that children might chew.
- Lead that is present in bare soil.
- Lead dust that forms when lead-based paint is scraped, sanded, or heated, or when painted surfaces with lead in them bump or rub together.
- Surfaces with lead paint chips/dust, or settled dust that reenters the air through vacuuming or sweeping.

For more information see the District of Columbia Lead-Hazard Prevention and Elimination Act of 2008, D.C. Official Code § 8-231.01 et seq., and the Federal Lead Warning Statement, 24 CFR Parts 35 and 745. Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.http://bit.ly/federallead.

If you need help in your language, please call 202-535-2600.  |  በአማርኛ እርዳታ ከፈለጉ በ 202-535-2600 ይደውሉ።  |  Si necesita ayuda en Español, por favor llame al 202-535-2600.  |  Si vous avez besoin d'aide en Français appelez-le 202-535-2600.  |  如果您需要中文服务，請致電 202-535-2600 | 한국어로 도움이 필요합니까? 무료 한국어통역: 202-535-2600 | Nếu quý vị cần giúp đỡ bằng tiếng Việt, xin gọi 202-535-2600.

DC Department of Energy & Environment | 202.535.2600 | doee.dc.gov/lead Updated June 2019          Page 1 of 3

☑ Blue Moon eSignature Services Document ID: 213850303

| If you are: | You need to: |
|---|---|
| The property owner or manager | <ul><li>Complete Sections A and B.</li><li>Provide a copy to the tenant/buyer.</li></ul> |
| The potential tenant or buyer | <ul><li>Carefully review Section B.</li><li>Sign Section C.</li></ul> |

## SECTION A: Property Owner/Manager's Signature

| Property Address: **4201 Massachusetts Avenue, Nw** | Unit: **4015** | Washington, DC | ZIP: **20016** |
|---|---|---|---|

I am the *(check one)* ☐ owner ☒ manager of this property and will truthfully give the answers to the following questions about lead-based paint/hazards in or around this property.

| Owner/Manager Name: **Berkshire Apartments, LLC** | Signature: *Dawn Wunderle* |
|---|---|
| Owner/Manager Name: | Signature: |

## SECTION B: Information About Lead-Based Paint and Lead-Bearing Plumbing in this Property

**Lead-based paint is assumed to be present in properties built before 1978. To the best of your knowledge, is there lead-based paint inside or around the property?**

☐ Yes, in the following location(s): *For more space attach a summary*

☒ No, I am not aware of any lead-based paint, but because the property was built before 1978 it is assumed to be present.

**To the best of your knowledge, is there peeling or chipping paint, lead-contaminated dust/soil, or other lead-based paint hazards inside or around the property?**

☒ No   ☐ Yes, in the following location(s): *For more space attach a summary*

**Lead service lines and lead-bearing plumbing are assumed to be present in housing built before 1986. To the best of your knowledge, is there a lead service line or lead-bearing plumbing serving the dwelling unit?**

☐ Yes, in the following location(s): *For more space attach a summary*

☒ No, I am not aware of any lead service line or lead-bearing plumbing, but because the property was built before 1986 it is assumed to be present.

**To the best of your knowledge, has the portion of the lead water service line on private property been replaced?**

☐ No   ☒ Yes, on the following date(s): **confirmed non-lead plumbing per dcwater.com**

☑ Blue Moon eSignature Services Document ID: 213850303

**To the best of your knowledge, has the portion of the lead water service line on public property been replaced?**

☐ No   ☒ Yes, on the following date(s): `confirmed copper plumbing per dcwater.com`

**Is your property included on the DC Water website as a property with lead water service lines?**

☒ No   ☐ Yes

**Does DC Government have any pending actions related to lead-based paint for this property or have you ever been issued any civil fines, fees, or penalties for failure to disclose lead water service lines and/or lead-bearing plumbing for this property?**
*Check all that apply*

☐ Yes, a notice of violation
☐ Yes, a notice of lead-based paint hazards
☐ Yes, an administrative order to eliminate lead-based paint hazards
☐ Yes, other notices or orders related to lead-based paint. Please list:

☐ Yes, civil fines, penalties, or fees related to failure to disclose lead water service line, and/or lead-bearing plumbing
☒ No

**Are there any reports or documents about lead-based paint or lead-based paint hazards at this property (including in bare soil and sheds, garages, or other appurtenances) or results of any lead tests conducted on the water supply for this property?**
*This includes reports or documents provided to you by a previous or current owner, tenant, property manager, DC Government agency, or contractor.*

☒ No   ☐ Yes **and** I understand I must provide a copy of those documents to the tenant/buyer if they ask.

## SECTION C: Tenant/Buyer's Acknowledgement

**I was provided this form and the Protect Your Family from Lead in Your Home pamphlet <u>before</u> I signed a lease or purchase agreement.**

☒ Yes   ☐ No, I have already signed a lease or purchase agreement.

**I understand I have the right to ask the owner or manager for any reports or documents about lead-based paint or lead-based paint hazards at this property (including on bare soil and sheds, garages, or other appurtenances) and the results of any lead tests conducted on the water supply for this property.**

| Name: Dasha Long | Signature: *Dasha Long* | Date: 04/09/2020 |
|---|---|---|
| Name: | Signature: | Date: |
| Name: | Signature: | Date: |
| Name: | Signature: | Date: |
| Name: | Signature: | Date: |
| Name: | Signature: | Date: |

☑ Blue Moon eSignature Services Document ID: 213850303



# Formulario de Divulgación de Plomo de DC

*Información sobre pintura a base de plomo en esta propiedad*

**Propósito**: Informar a los posibles inquilinos y compradores de vivienda sobre la presencia de pintura a base de plomo y los riesgos que conlleva en la propiedad que están considerando.

**Las viviendas construidas antes de 1978 pueden contener pintura a base de plomo.** El plomo de la pintura, las partículas de pintura y el polvo puede ser un peligro para la salud, especialmente para los niños pequeños y las mujeres embarazadas. Los propietarios o administradores de estas propiedades deben proporcionar información sobre la presencia de pintura a base de plomo en la propiedad que desean alquilar o vender. DC requiere que el inquilino o el comprador tengan esta información **antes** de que decidan alquilar o comprar la propiedad.

**Este formulario no reemplaza el formulario federal de Divulgación de Plomo.** La ley de DC proporciona protecciones adicionales para el inquilino o comprador. No se requiere un formulario de DC de Divulgación del Plomo para las propiedades construidas en 1978 o después.

---

**¿Es usted un INQUILINO o COMPRADOR POTENCIAL?**
*Revise esta página detenidamente antes de seguir las instrucciones de la página dos.*

**¿Es usted PROPIETARIO o ADMINISTRADOR?**
*Necesitará la siguiente información para completar este formulario:*

- Copias de informes, evaluaciones o inspecciones de pintura a base de plomo relacionadas con la propiedad.
- La última versión del panfleto "Proteja a su familia del plomo en su hogar" de la Agencia de Protección Ambiental (EPA, por sus siglas en inglés).
- Conocimiento sobre polvo/suelo contaminado con plomo y estado de la pintura en la propiedad.
- Conocimiento sobre cualquier acción legal relacionada con la pintura a base de plomo emprendida contra la propiedad.

**Propietarios y administradores: conserven el original firmado de este formulario en un archivo por al menos 6 años**, ya que pueden ser auditados por el Departamento de Energía y Medio Ambiente de DC.

---

**Qué buscar dentro de la propiedad o en las áreas comunes de la propiedad:**

- Pintura descascarada, levantada, pulverizada, agrietada o dañada.
- Pintura a base de plomo en ventanas, puertas, escaleras, barandillas, pasamanos, porches u otras superficies de alto desgaste que los niños puedan masticar.
- Plomo que está presente en el suelo descubierto.
- Polvo de plomo que se forma cuando la pintura a base de plomo se raspa, lija o calienta, o cuando las superficies pintadas con plomo chocan o rozan unas con otras.
- Superficies con partículas/polvo de pintura de plomo, o polvo sedimentado que vuelve a entrar en el aire al pasar la aspiradora o barrer.

Para obtener más información, consulte la "Ley de Prevención y Eliminación de los Peligros del Plomo de 2008" del Distrito de Columbia, en su versión enmendada (la "Ley"), Código Oficial de DC § 8-231.01 y siguientes, y la Declaración Federal de Advertencia de Plomo, Título 24 del Código de Reglamentaciones Federales (CFR, por sus siglas en inglés) Parte 35: http://bit.ly/federallead.

Si necesita ayuda en su idioma, llame al 202-535-2600.  |  በአማርኛ እርዳታ ከፈለጉ በ 202-535-2600 ይደውሉ።  |  If you need help in English, please call  202-535-2600.  |  Si vous avez besoin d'aide en Français appelez-le 202-535-2600.  |  如果您需要中文服務，請致電202-535-2600|  한국어로 도움이 필요합니까? 무료 한국어통역: 202-535-2600| Nếu quý vị cần giúp đỡ bằng tiếng Việt, xin gọi 202-535-2600.

☑ Blue Moon eSignature Services Document ID: 213850303

| Si usted es: | Tiene que: |
|---|---|
| El propietario o administrador de la propiedad | ▪ Completar las Secciones A y B.<br>▪ Proporcionar una copia al inquilino/comprador. |
| El inquilino o comprador potencial | ▪ Revisar detenidamente la Sección B.<br>▪ Firmar la Sección C. |

## SECCIÓN A: Firma del propietario/Administrador de la propiedad

| Dirección de la propiedad: | Unidad: | Washington, DC | Código postal: |
|---|---|---|---|

Soy el (*marque uno*) ❑ propietario ❑ administrador de esta propiedad y daré respuestas verdaderas a las siguientes preguntas sobre la pintura a base de plomo/riesgos en esta propiedad o a su alrededor.

| Nombre del propietario/administrador: | Firma: |
|---|---|

## SECCIÓN B: Información sobre pintura a base de plomo en esta propiedad

**Se supone que la pintura a base de plomo está presente en propiedades construidas antes de 1978. A su mejor saber y entender, ¿hay pintura descascarada o levantada, polvo/suelo contaminado con plomo u otros peligros de pintura a base de plomo dentro o alrededor de la propiedad?**

❑ No       ❑ Sí, en la(s) siguiente(s) ubicación(es): *Si necesita más espacio, adjunte un resumen*

**¿Tiene el gobierno de DC alguna acción pendiente relacionada con la pintura a base de plomo para esta propiedad?**
*Marque todo lo que corresponda*

❑ Sí, un aviso de infracción
❑ Sí, un aviso de los peligros de la pintura a base de plomo
❑ Sí, una orden administrativa para eliminar los peligros de la pintura a base de plomo
❑ Sí, otras notificaciones u órdenes relacionadas con la pintura a base de plomo. Por favor enumere:
❑ No

**¿Hay algún informe o documento sobre pintura a base de plomo o peligros en esta propiedad o a su alrededor?**
*Esto incluye informes o documentos que le hayan proporcionado el propietario anterior o actual, administrador de la propiedad, agencia gubernamental de DC o contratista.*

❑ No     ❑ Sí **y** entiendo que debo proporcionar una copia de esos documentos al inquilino/comprador si así lo solicitan.

## SECCIÓN C: Acuse de Recibo del inquilino/comprador

**Recibí este formulario y el panfleto "Proteja a su familia del plomo en su hogar" <u>antes</u> de que firmara un contrato de alquiler o compra.**

❑ Sí       ❑ No, Ya he firmado un contrato de alquiler o compra.

**Entiendo que tengo derecho a solicitarle al propietario o administrador cualquier informe o documento sobre pintura a base de plomo o peligros en esta propiedad o a su alrededor.**

| Nombre: | Firma: | Fecha: |
|---|---|---|

✓ Blue Moon eSignature Services Document ID: 213850303

**ADDENDUM PROHIBITING**
**SHORT-TERM SUBLETTING OR RENTAL**



1. **DWELLING UNIT DESCRIPTION.**
Unit No. _____4015_____, __4201__
__Massachusetts Avenue, Nw__
_____ *(street address)* in
Washington, D.C., _____20016_____
*(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **April 9, 2020**
Owner's name: **Berkshire Apartments, LLC**
_____
_____
_____
_____

Tenants *(list all tenants)*:
__Dasha Long__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This document shall serve as an addendum ("the Addendum") to the Apartment Lease Contract (the "Lease") between Tenant and Owner. **Where the terms of the Lease and this Addendum may conflict, the terms of this Addendum shall control.**

3. **SHORT TERM SUBLEASE OR RENTING PROHIBITED.** Without limiting the prohibition in the Lease on subletting and assignment and without limiting any of our rights or remedies, this Addendum to the Lease further supplements and defines the requirements and prohibitions contained in the Lease Contract between you and us. You are hereby strictly prohibited from subletting or renting to any third party, or allowing occupancy by any third party, of all or any portion of the dwelling, whether for an overnight use or duration of any length, without our prior written consent in each instance. This prohibition applies to overnight stays or any other stays arranged on Airbnb.com or other similar internet sites.

4. **PROHIBITION ON LISTING OR ADVERTISING DWELLING ON OVERNIGHT SUBLETTING OR RENTING WEBSITES.** You agree not to list or advertise the dwelling as being available for short term subletting or rental or occupancy by others on Airbnb.com or similar internet websites. You agree that listing or advertising the dwelling on Airbnb.com or similar internet websites shall be a violation of this Addendum and a breach of your Lease Contract.

5. **VIOLATION OF LEASE AGREEMENT.** Your Lease Contract allows for use of your dwelling as a private residence only and strictly prohibits conducting any kind of business in, from, or involving your dwelling. Separately, your Lease Contract prohibits subletting or occupancy by others of the dwelling for any period of time without our prior written consent. Permitting your dwelling to be used for any subletting or rental or occupancy by others (including, without limitation, for a short term), regardless of the value of consideration received or if no consideration is received, is a violation and breach of this Addendum and your Lease Contract.

6. **REMEDY FOR VIOLATION.** Any violation of this Addendum constitutes a material violation of the Lease Contract, and as such we may exercise any default remedies permitted in the Lease Contract, including termination of your tenancy, in accordance with local law. This clause shall not be interpreted to restrict our rights to terminate your tenancy for any lawful reason, or by any lawful method.

7. **TENANT LIABILITY.** You are responsible for and shall be held liable for any and all losses, damages, and/or fines that we incur as a result of your violations of the terms of this Addendum or the Lease Contract. Further, you agree you are responsible for and shall be held liable for any and all actions of any person(s) who occupy your dwelling in violation of the terms of this Addendum or the Lease Contract, including, but not limited to, property damage, disturbance of other tenants, and violence or attempted violence to another person. In accordance with applicable law, without limiting your liability you agree we shall have the right to collect against any renter's or liability insurance policy maintained by you for any losses or damages that we incur as the result of any violation of the terms of this Addendum.

8. **SEVERABILITY.** If any provision of this Addendum or the Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Addendum while preserving the intent of the parties.

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

<table>
<tr><td align="center">**Tenant or Tenants**<br>*(All tenants must sign)*</td><td align="center">**Owner or Owner's Representative**<br>*(Signs below)*</td></tr>
<tr><td>*Dasha Long*<br>_____<br>_____<br>_____<br>_____<br>_____</td><td>*Dawn Wunderle*<br>_____<br><br><br>**Date of Signing Addendum**<br>04/09/2020<br>_____</td></tr>
</table>

© 2018, National Apartment Association, Inc. - 9/2018, Washington, D.C.



☑ Blue Moon eSignature Services Document ID: 213850303



# Policies and Regulations

**Rental Payments**
The grace period outlined in the Lease Contract expires at close of business.  All rental payments received after this time must be submitted in a cashier's check or money order and include all late fees.

**Move-In Inventory Form**
You will find a Move-In Inventory form in your move-in packet.  Please return the completed form to the office within 72 hours of move-in.  This form documents the condition of the apartment at the time of move-in and helps eliminate security deposit discrepancies upon move-out.  Please note you may be liable for any damages documented at the time of move-out that were <u>not</u> noted on the Move-In Inventory Form.

**Emergency Maintenance:**
Routine maintenance requests may be submitted to the office in person, via phone, email or Gables Gateway; however, if an emergency arises after hours or on the weekends, please call the office and the answering service will contact a service team member.  In the event of fire or danger to life, <u>call 911 immediately</u>, *then* call the community office.

The following maintenance items are considered an emergency:
- Possibility of fire.
- No electricity throughout the apartment.
- No water.
- No heat.
- No air conditioning on a day of extreme heat (80+ degrees).  AC work cannot be completed at night or in inclement weather.
- Water entering the apartment.
- Running water that cannot be shut off.
- Impeded plumbing in an apartment with only one bathroom.
- Non-functioning or malfunctioning smoke detector.
- Gas leak (also call the gas company).
- Malfunctioning door or window locks.

**Please note:  Resident service requests cannot be fulfilled if pets are left in your apartment unattended.  Please make arrangements to be home or keep your pet in one of the bedrooms for the day so service can be completed.**

**Lockouts**
If you are locked out of your apartment during business hours, we will be happy to provide you with a key; however, if you are locked out of your apartment after business hours, we do not consider that to be a maintenance emergency and you will need to contact a locksmith, at your expense.

**A/C Filters**
Please make sure you come to the Leasing Office monthly to pick up an A/C filter.  Don't forget to check the size used for your apartment because there are many sizes available.

**Key Release**
If you are expecting a delivery, service person or guest at your apartment and would like to provide them access to your apartment you may complete a Key Release form.  The staff is unable to accompany visitors to your apartment.  Note:  Please plan ahead!  For your protection, we will not accept a key release authorization over the phone or via email; it must be submitted in writing or via Gables Gateway.

Please check with your leasing office to verify if they offer this package service prior to having any packages sent to the leasing office. Gables reserves the right to terminate package service at any community with written notification.

**Noise**
For the mutual enjoyment of all residents, we ask everyone's cooperation in keeping the volume of stereos, televisions, and musical instruments at a level that cannot be heard by your neighbors.

July 25, 2017

1

☑ Blue Moon eSignature Services Document ID: 213850303

**Barbecue Grills**
Grilling on your patio or balcony is strictly prohibited and is in direct violation of your lease agreement at this community.  Storage of grills (gas or other) on your patio, balcony or storage area, if applicable, is also strictly prohibited.  Please see the Leasing Office for details regarding barbeque areas that may exist for residents in the community.

**Loitering and Disturbances**
We ask that all residents, occupants and their guests not disturb other neighbors or damage the landscaping, buildings, or property in any manner.  This includes both temporary and permanent defacement.

**Balconies and Entryways**
Please keep balconies and entryways free from visual clutter.  Welcome mats for interior corridors require prior approval.  No bathing suits, towels, mops, brooms, rugs, etc.  Motorcycles and recreational vehicles such as surfboards, jet skis, canoes, scooters, bicycles or other recreational equipment may not be stored on balconies or placed in the apartment building hallways or entryways.  Storage of any hazardous material that would be in violation of any health, fire or safety ordinances is prohibited. The balcony space is intended for outdoor patio furniture only and cannot be used as a storage area. Alterations or modifications to the space must be approved in writing by management prior to installation.

**Decorating and Alterations**
♦   Any alterations or modifications must be approved in writing by management prior to installation.
♦   Stickers, signs, etc. may not be placed upon windows or doors that are visible to the exterior.
♦   When hanging pictures, mirrors, etc., you may use nails and regular hangers, but please do not use adhesive hangers.  They damage the walls when removed.
♦   Please use shelf and drawer liner paper that does not cause damage or leave behind residue when removed.
♦   Because they cause permanent damage, no nails, screws, or hooks of any kind are to be used on the doors.
♦   Prior to undertaking any painting in your apartment home, please contact the manager for approval.  Painted walls that are not returned to their original color will result in a charge to your security deposit upon move-out.
♦   We know your personal sense of security is important.  Please meet with the manager for written approval before you plan to add, change, or alter any locks in your apartment.
♦   For your safety, no alterations or additions to electrical, plumbing, or heating fixtures are permitted.
♦   To maintain the ongoing attractive appearance of our community, please use traditional curtains or shades over windows to darken rooms.  No sheets, blankets, foil, etc.
♦   Blinds must remain operable and undamaged.  Any missing, bent or damaged slats should be reported to the office for repair.

**Trash**
For your convenience, this community provides trash dumpsters and or compactor(s) for you.  It is your responsibility to take your trash to the approved areas.  We ask that all boxes are broken down and that recyclables are placed in the appropriate bins if available.  Furniture is not to be placed in or around the dumpster or compactor area.  No hazardous materials, medical or body fluid waste may be disposed of in or around any of the community's dumpsters or compactors.  For sanitary reasons, trash is NEVER to be left outside your apartment door; there will be a $25.00 fine per bag for each violation.  Residents of communities providing a valet trash service must use the approved containers for trash removal.

**Mold and Mildew**
Mold and mildew can be a problem!  It grows in your shower, closets, around plants, on clothing, and on carpeting.  Mildew thrives in any place that is warm, dark, and damp.
In an effort to help you avoid any mold or mildew problem in your apartment, we would like to make you aware of the following:

♦   Let the sun shine in!  Keep curtains and blinds open.  Mildew hates natural light.
♦   Use the air conditioner to your advantage.  Set your thermostat at a 75 degree setting or lower and leave it on "auto" throughout the day, even when you are not home, as the cool, dry air reduces the moisture that promotes mildew.  Notify management immediately of any air conditioning problems.
♦   Make room for airflow in your closets.  Just keeping the door ajar will increase air flow.  Moisture absorbers are available at grocery and drug stores and will stop mildew from creeping up the sides of your best suit or dress.
♦   Lots of plants mean a lot of humidity.  Plants brighten your apartment, but they also give off large amounts of moisture.  So, when you bring the great outdoors inside, keep the air conditioning turned on.
♦   Use the clothes dryer for freshly washed clothing.  Air drying clothes inside your apartment adds to the overall humidity.

July 25, 2017

2

☑ Blue Moon eSignature Services Document ID: 213850303

♦   Inspect the caulking around your windows for any signs of peeling.  Cracks in the caulking will allow moisture in and should be immediately sealed by maintenance.

By following these simple guidelines, you can control the level of humidity in your apartment and help prevent mold and mildew growth.  Nevertheless, if you do find any mold or mildew in your apartment please contact us immediately.  **For additional information please refer to the Mold Information and Prevention Addendum.**

### Pest Control
Pest control is provided by management through exterior and interior treatments.  We will notify you in writing of the service schedule for your apartment home.  If you have a special problem with pests, notify the office and the exterminator will pay special attention to your needs on the next visit.  You are asked to assist pest control efforts by maintaining a high standard of good housekeeping.  **Pet owners may wish to contact the exterminator for flea spraying, for an additional charge.**  Please keep your pets in one of the bedrooms on the day service is provided.

### Recreational Facilities
With respect to all recreational facilities, including but not limited to (if applicable), clubhouse, pool, spa, sauna, fitness center, tennis court(s), basketball court(s), racquetball court(s), playground, etc., management reserves the right to close the facilities, or restrict access for cleaning, repair, maintenance, meetings, community functions, and other similar or related activities.  Management also reserves the right to permanently close any of the recreational facilities by posting a sign or notice on the affected facility.  Closure or restriction of access to any or all recreational facilities shall not constitute grounds for residents to withhold or abate rent or any other charge under the Rental Agreement/Lease.  The Recreational Facilities shall not be used for any purpose other than the resident's personal use.  Residents are prohibited from using the Recreational Facilities for any business purpose, including, but, not limited to conducting personal training sessions.  All persons who use the recreational facilities do so at their own risk.  No loitering in these areas after dark are permitted by anyone. Residents are encouraged to immediately report any unusual persons or suspicious activity.

### Tennis Courts (if applicable)
Tennis shoes and appropriate attire should be worn on the courts at all times.  When the courts are busy and others are waiting to play, court time is limited to one hour.  Please observe all rules posted in the tennis court area.

### Pool Rules (if applicable)
The pool area is a popular community facility at many of our Gables communities.  The following considerations help keep these areas clean and enjoyable for all:

♦   Unless required by local law, no lifeguard is provided.  All persons swim at their own risk!
♦   Access is permitted during the posted hours of operation only.
♦   NO DIVING/ NO JUMPING/ NO RUNNING
♦   Adequate supervision is required for non-proficient swimmers at all times while at the pool.
♦   You may invite up to two guests per apartment to accompany you to the pool.  Unaccompanied visitors are not permitted and will be asked to leave the pool area.
♦   Please wear appropriate swimwear in the pool.  No cut offs or thongs allowed.
♦   Glass is a safety hazard.  Please use only unbreakable containers in the pool area.
♦   Suntan oils cause a major maintenance problem for pool equipment.  Please lather lightly and rinse off before swimming.
♦   Health regulations prohibit pets in or around the pool area.
♦   Common courtesy dictates that profanity, horseplay, bicycle riding, skating, or harassment of swimmers is strictly prohibited.
♦   For everyone's protection, please refrain from using the pool if you have a health condition, particularly conditions involving broken or abraded skin, cuts, eye disease, nasal or ear discharge or communicable diseases.
♦   Owner and management are not responsible for loss, damage or injury.
♦   Personal items are not to be left unattended.
♦   Management reserves the right to deny pool privileges to anyone at any time.
♦   Please observe all rules posted in the pool area.

*A REMINDER:  ROPES AND LIFE RINGS ARE SAFETY EQUIPMENT, NOT TOYS.  PLEASE DO NOT PLAY WITH THEM.*

☑ Blue Moon eSignature Services Document ID: 213850303

**Fireplaces (if applicable)**
For communities with fireplaces, please adhere to the following:

♦ Ensure the fireplace flue is open prior to starting a fire.
♦ If using a duraflame fire log or similar product, please follow all directions on the manufacturer's package concerning safe usage.
♦ Remember embers/ashes stay hot long after the fire is extinguished.  Dispose of fireplace embers/ashes properly by allowing them to cool for approximately 24 hours after the fire has been extinguished.
♦ Consider dousing fireplace embers/ashes with water before disposing.
♦ Place embers/ashes in a non-combustible container (preferably metal). Never place them in a paper, wooden, or plastic container.
♦ Keep combustible items away from the fireplace.
♦ Check your smoke detector regularly and contact management immediately if repairs are necessary.
♦ Have an escape plan and practice it.
♦ Know where the nearest fire extinguisher is located and how to operate it properly.

**Fire Sprinklers**
It is important that sprinkler heads are not disturbed at any time to avoid accidental discharge. Do not hang items upon, attempt to clean/remove debris, or paint the sprinkler heads at any time.  Please be aware of the fire sprinklers in the hallways and common areas when moving or having items delivered.  **Report any repair requests to the office immediately.**

**Smoke Detectors**
Test your smoke detectors at least monthly by pushing the test button.  Once a year vacuum the dust from alarm air vents.  Battery operated detectors should have the battery replaced each year or when the low battery warning sounds.  Select a memorable date such as a holiday or a family birthday to remind you to replace the batteries in your smoke detectors at that time. Please contact the leasing office if maintenance assistance is needed.

**Some communities may contain alternating current (AC) electric service.  In the event of a power outage, an alternating current (AC) powered smoke detector will NOT provide an alarm. Therefore, you should obtain an additional dual powered smoke detector or a battery smoke detector.**

**Transfer from one apartment to another**
Many communities offer the ability transfer from one apartment to another and/or between communities.  Please consult the office staff for details.

**Moving Out**
We are sorry to see you go!  If you are transferring to another area, we would be delighted to help you find a Gables Residential home in one of our many communities nationwide; ask for details at the Leasing Office.  Please review your Lease Contract for details regarding your notice-to-vacate requirements.

**General**
Please notify the Leasing Office if any guest will be visiting in excess of 7 days, as their name must be included on your Lease Contract.  Subletting or renting all or any portion of the apartment home to a third party, whether for an overnight use or for the remainder of the lease term, without written consent of the community manager is prohibited.  This applies, not limited to, but including overnight stays arranged on airbnb.com, vrbo.com or similar internet sites.

| | |
|---|---|
| *Dasha Long* | 04/09/2020 |
| Resident's Signature | Date |
| | |
| Resident's Signature | Date |
| | |
| Resident's Signature | Date |
| | |
| Resident's Signature | Date |
| *Dawn Wunderle* | 04/09/2020 |
| Gables Residential Representative | Date |

☑ Blue Moon eSignature Services Document ID: 213850303



# Controlled Access Addendum

This Addendum shall become a part of the Residential Apartment Lease ("Lease") for Apartment No. __4015__ at _____ **The Berkshire** _____ Apartments, which Lease is dated the __9th__ day of_____ **April** _____, ___2020___ and executed by **Berkshire Apartments, LLC** _____as Manager ("Manager") and **Dasha Long** _____Resident(s) ("Resident(s)").

The Property shall be furnished with controlled access, subject to the following:

1.     Resident(s) acknowledges that Manager has furnished controlled access on the Property for the sole purpose of protecting the Property and not for Resident(s) security. Resident(s) further acknowledges that any benefit Resident(s) may receive from the controlled access is only incidental to the existence of the controlled access.

2.     Resident(s) agrees that the installation or use of the controlled access shall not in any way prevent Manager, at any time, from permanently removing the controlled access. Manager has absolutely no obligation to continue to maintain the controlled access and should Manager elect, at any time, to remove the controlled access the removal shall not be a breach of any expressed or implied warranty, covenant or obligation.

3.     Resident(s) represents and warrants that Resident(s) understands how to use the controlled access and how the controlled access functions. Resident(s) will not act in any way to impair the use or function of the controlled access. By the execution of this Addendum, Resident(s) acknowledges receipt of __1__ access devices to be used in the operation of controlled access. Resident(s) agrees to use reasonable care in the operation of those controlled access devices and to comply with any and all instructions, rules or procedures instituted by Manager regarding the operation of the same. Should Resident(s) fail to return the access device(s) to Manager upon request, or should Resident(s) lose or damage the access device(s), Resident(s) shall be liable for a charge of $ __50.00__ per device.

4.     Resident(s) acknowledges and agrees that Resident(s) security is the responsibility of the local law enforcement agency and Resident(s) self. In the event that Resident(s) are in need of police protection of any kind, Resident(s) will contact the local law enforcement agency. Resident(s) should not contact the answering service or management office for Resident(s) security needs, for this could only delay the response time.

5.     Resident(s) agrees the Manager's installation or use of the controlled access does not constitute a voluntary undertaking, representation or agreement by Manager to provide security to Resident(s), Resident(s) family, Resident(s) guests, or other occupancy of Resident(s) unit. There is absolutely no guarantee that the presence of controlled access will in any way increase Resident(s) personal security or the safety of Resident(s) family or guests or their respective belongings. The controlled access is a mechanical device and can be rendered inoperative at any time. Manager is not an insurer of Resident(s), Resident(s) family, Resident(s) guests or other occupants and Resident(s) agree to assume all responsibility for obtaining insurance to cover losses of all types. Resident(s) acknowledges that Resident(s) personal security is Resident(s) responsibility.

Revised October 2013

6.      Resident(s) agrees the Manager is not liable to Resident(s), Resident(s) family, Resident(s) guests or other occupants for any injury, damage, or loss whatsoever which is caused as a result of any problem, defect, malfunction or failure of the performance of the controlled access. Resident(s) further agrees that Manager is not liable for injury, assault, vandalism or any other crime. Resident(s) acknowledges that neither Manager nor Manager's agents, contractors, employees or representatives shall be liable in any way for any disruption in the operation or performance of the controlled access.  In consideration of Manager's attempt to better serve Resident(s) by protecting the Property, Resident(s) agrees that Resident(s) shall never make demand upon, look to, institute or prosecute suit against Manager, or any of Manager's agents, contractors, employees or representatives, their heirs, successors or assigns, for any damages, costs, loss of personal property, damage or injury to Resident(s) person as a result of, arising out of or incidental to the installation, operation, repair or replacement, or use of the controlled access.  This is an express covenant not to sue and Resident(s) releases Manager, Manager's agents, contractors, employees and representatives, their heirs, successors and assigns of and from any and all liability connected with the controlled access.

7.      In the event Manager is found liable for any loss or injury as a result of Manager's installation or use of the controlled access, notwithstanding Resident(s) express waiver of Manager's responsibility with respect to the controlled access, Resident(s) agree to waive and relinquish all rights to proceed against Manager except to the extent of Manager's interest in the Property of which Resident(s) unit is a part.

8.      Resident(s) acknowledges that Resident(s) are over eighteen (18) years of age, of sound mind, and are authorized and capable of making this Addendum having first read it carefully; that this written Addendum is the entire agreement between Resident(s) and Manager relative to the controlled access, and any agreement that in any way varies the terms of this Addendum shall be unenforceable and completely void unless such agreement is in writing and signed by Resident(s) and Manager.

Resident(s) acknowledges and agrees that this Addendum shall be binding upon Resident(s) and Manager's heirs, legal representatives, successors and assigns.

EXECUTED this the _____9th_____ day of _____April_____, 20 _20_ .

RESIDENT(S)

_Dasha Long_____

_____

_____        Gables Residential Authorized Associate

_____        _Dawn Wunderle_____

☑ Blue Moon eSignature Services Document ID: 213850303

# Hold Harmless Notice and Acknowledgment

Community Name: **The Berkshire** _____ Apartment Number: **4015** _____

*Welcome to our community, we hope that you will find living here to be an enjoyable experience. Unfortunately, we live at a time when crime is a genuine concern. We should all take care to  protect our person and property. By taking an active role in our own security, we can hopefully minimize our exposure to the criminal element.*

*We do our best to keep residents informed of significant issues at our community. We hope that doing so will assist residents to take appropriate precautions to protect themselves, guests, and personal property. The terms used in this Addendum are the same as the terms in your Apartment Lease Contract.*

**Notice to Resident:**

In your Lease you have agreed that none of our security measures are an express or implied warranty of security – or a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we are not liable to you, your occupants, or your guests for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes.

You have also agreed that you will defend, indemnify and hold us harmless from all liability arising from your conduct or that of your invitees, your occupants, your guests, or our representatives who at your request perform services not contemplated in your lease.

Please note that even if previously provided, we are not obligated to furnish security personnel, patrols, lighting, gates, fences, or other forms of security unless required by law. If you, your occupants or your guests are affected by crime, you should report to the appropriate local law enforcement agency.

No security system, including controlled access gates, courtesy patrol services or electronic intrusion safety devices can guarantee protection against crime.  Even elaborate security systems are subject to mechanical malfunctions, tampering, human error or personnel absenteeism, and can be defeated or avoided by a person with a criminal intent.  Further, even if the owner is aware of a problem with security devices, repairs to such devices cannot always be completed immediately.  Therefore, residents should always proceed on the assumption that no security systems exist.

If security systems, security devices or patrol services are used at this community, no representation is being made that they will be effective to prevent injury, theft or vandalism. Any patrol service that may be provided is made up of unarmed independent contractors that have no greater authority under the law to restrain or arrest criminals than the ordinary citizen.

We do not warrant that any security systems, security devices or services employed at this community will discourage or prevent breaches of security, intrusions, thefts or incidents of violent crime.  Further, we reserve the right to reduce, modify or eliminate any security system, security devices or services (other than those required by statute) at any time; and Resident agrees that such action shall not be a breach of any obligation or warranty.

If controlled access gates or intrusion alarms are provided, Resident will be instructed by Management, or furnished written operating instructions. It is Resident's responsibility to become familiar with proper operation and to bring any questions to the attention of Management. Further, Resident agrees to promptly notify Management in writing of any problem, defect, malfunction or failure of door locks, window latches, controlled access gates, intrusion alarms and any other safety-related device.

Revised March 15, 2019

If Resident's apartment is equipped with an intrusion alarm, Resident agrees to be responsible for all fines, penalties and other charges resulting from or attributable to the alarm, including false alarm charges.  Resident acknowledges that any furnished intrusion alarm offered in the Residence or on the Property is for the sole purpose of protecting the Owner's Property and not for the security, safety or welfare of the Resident or any guest or occupant of the Resident. Property Management/Owner acknowledges that it shall remain in compliance with state statutes regarding security devices required by law.

**Acknowledgment by Resident:**

I have read, understand and agree with the above notice. I have received no representations or warranties, either expressed or implied, as to the overall safety of the property and/or any security system on the property. Neither the owner nor the owner's agents or representatives have, in any way, stated or implied to me that security of person or property is provided, promised or guaranteed or that the apartment community was or will be free from crime.

I further acknowledge that neither the owner nor the owner's agents or representatives are obligated under any circumstances to respond to any signal from an intrusion alarm system. The responsibility for protecting myself, my property and my family, guests and invitees from acts of crime is the sole responsibility of myself and law enforcement agencies.

I also acknowledge that I have received and will review the attached brochure entitled *Personal Safety Tips*.

Unless otherwise provided by law, I hereby release and hold harmless Management from claims arising out of criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes.  I acknowledge that neither the owner nor the owner's agents or representatives are liable to me based upon any claim that adequate security was not provided to me. I acknowledge that the foregoing shall also be binding upon occupants of my apartment or guests I or occupants of my apartment bring to the apartment community and heirs of me or occupants of my apartment.  I acknowledge that my lease is a written contract and that I have the responsibility to read it and ask necessary questions before I sign it.  I acknowledge that I have had the opportunity to do so.  I also acknowledge that the owner's agents and representatives do not have authority to make changes or modifications in the terms of this document.  This acknowledgement cannot be altered or enlarged by oral agreement.

| *Dasha Long* | 04/09/2020 |
|---|---|
| Resident Signature | Date |

| | |
|---|---|
| Resident Signature | Date |

| | |
|---|---|
| Resident Signature | Date |

| | |
|---|---|
| Resident Signature | Date |

| | |
|---|---|
| Resident Signature | Date |

| | |
|---|---|
| Resident Signature | Date |

| *Dawn Wunderle* | 04/09/2020 |
|---|---|
| Owner's Representative | Date |

Revised March 15, 2019

# PERSONAL SAFETY TIPS

We would like to thank you for choosing a community managed by Gables Residential as your home. We hope you will find living in our community to be an enjoyable experience. The following are a few safety tips for your consideration. This is not intended to be an exhaustive list, but merely suggestions to assist you in being safe. In the event that you are in need of police assistance or protection of any kind, you should always contact the local law enforcement agency immediately. In the event of an emergency, call 911. Please do not contact the answering service first, as this could delay the response time. Your safety is the responsibility of the local law enforcement agency and yourself. It is our sincere desire that you have a happy, healthy, and safe living experience in our community. We believe that by taking an active role in your own safety, you can avoid any unnecessary problems.

## EMERGENCY TELEPHONE NUMBERS:

It is important that each member of your household knows or has access to local emergency telephone numbers. We encourage you to obtain and record the appropriate telephone number for ambulance services, the fire department, and the local police department, and any other emergency service you think could be needed. You may want to consider posting them inside a kitchen cabinet, or on the refrigerator. Be sure and ask the local police department if you can utilize the 911 number to access all emergency services.

## FIRE SAFETY:

- Grilling on your patio is strictly prohibited. This is dangerous and is in violation of your lease agreement.
- Dispose of fireplace embers/ashes properly. **Remember – they stay hot long after the fire is extinguished**.
- Keep combustible items away from the fireplace.
- Check your smoke detector regularly and contact the management staff immediately if repairs are necessary.
- Have an escape plan and practice it.
- Know where the nearest fire extinguisher is located and how to operate it properly. Use only a Type B fire extinguisher on a grease fire.

## COOKING SAFETY:

- Do not leave cooking food unattended.
- If a grease fire starts:
  - Cover the fire with a metal lid or similar object.
  - Turn off the burner.
  - **Do not** use water to extinguish the fire.
  - **Do not** handle/move the burning pan while it is on fire or hot.
  - **Call the fire department** if you have any doubt that the fire is out or you think it will restart.

## PERSONAL SAFETY:

- Always ensure that your apartment is locked securely.
- Avoid walking outside alone.
- Leave a radio playing softly when you are not home.
- Close and lock your windows and sliding glass doors.
- Purchase a lamp timer at a hardware store and set it to light the apartment when you are not home.
- If you have an entry code, don't give it out to guests or strangers.
- Arrange to have your newspaper delivery stopped when you are on vacation.
- Use your deadbolt, even when you are at home.
- Never answer your door unless you know who is on the other side. If you do not know the person, do not open the door unless you are satisfied with their identity.
- Be careful to whom you give or lend your keys.
- If you have lost a key, ask management to re-key the locks.

Revised March 15, 2019

☑ Blue Moon eSignature Services Document ID: 213850303

- Report to management (in writing, dated and signed) any malfunction of devices outside your apartment home such as broken gate locks, burned out stairwell or parking lot lights.
- Close your curtains or blinds at night.

## PERSONAL SAFETY INVOLVING YOUR VEHICLE:
- Lock your vehicle when you are driving. Lock the doors and roll up the windows when you leave the vehicle parked.
- Don't leave visible items in your vehicle, such as purses, telephones, briefcases, luggage, computers, packages, money, sporting equipment etc.
- Don't leave your keys in your vehicle.
- Carry your key ring in your hand as you walk to your car. Don't ever stand near your car fumbling for your keys.
- Look in the back seat before you get in your car.

## INSURANCE COVERAGE:
In addition to the above tips, we strongly recommend you buy property insurance to cover your personal possessions. The apartment community's insurance does not cover your belongings. If you are interested in obtaining property insurance, the leasing office can provide more information.

## AFTER HOURS LOCKOUTS:
The apartment community does not provide an after-hours lockout service. If you should lock yourself out of your apartment after the management office is closed, it is your responsibility to call a locksmith to gain entry to your apartment. If the lock is changed by the locksmith, you must notify the office so that a duplicate key can be obtained for the office. During business hours, we will be happy to issue you an extra key at your request within the provisions of the lease. If you should lose your keys, please do not hesitate to ask us to change or re-key your locks. We will be more than happy to do so within the provisions of your lease.

Revised March 15, 2019



GABLES
RESIDENTIAL

## Personal Liability Coverage Addendum

Community Name: **Berkshire Apartments, LLC**

Resident: **Dasha Long**
Resident: _____
Resident: _____
Resident: _____

Residents are hereby advised that they are required to maintain $50,000

Personal Liability Coverage while residing at

Address: **4201 Massachusetts Avenue, Nw,** Apt: **4015**

City: **Washington**      State: **DC**  Zip: **20016**.


Failure to maintain coverage and provide proof of coverage for the

duration of residency will be a direct violation of the lease agreement.

*Dasha Long*                              04/09/2020
Signature of Resident                    Date

_____          _____
Signature of Resident                    Date

_____          _____
Signature of Resident                    Date

_____          _____
Signature of Resident                    Date


*Dawn Wunderle*                          04/09/2020
Authorized Agent for Gables Residential    Date

1/16/09

✓ Blue Moon eSignature Services Document ID: 213850303



**Privacy Policy for Personal Information**

**of Rental Applicants and Residents**

We are dedicated to protecting the privacy of our rental applicants and resident's personal information, including their Social Security number, government issued identification, and other personal account numbers. We have adopted a privacy policy to help ensure that all rental applicants and residents information is kept secure and we are committed to following all federal and state laws regarding the protection of your personal information.

**How information is collected.** Personal information will be requested during the rental application process and may include Social Security Number, government identification, name and address, age or date of birth, email address, income information, employment information, pet information, telephone number, and/or other personal numbers. This information will be collected on the rental application form and/or other documents provided directly to us or to an apartment locator service, either on paper or through electronic communication.

**How and when information is used.** Gables may use personal information for the purpose of verifying statements made on rental applications, including rental, credit and employment history. We may also use information during the lease renewal process or to assist us in obtaining payment of amounts owed to us in the future. Additionally, we may collect information to provide you with opportunities for other similar Gables products and services we believe will be of interest to you and to better understand how we can help prospective residents.

**How the information is protected and who has access.** Only authorized associates have access to personal information including Social Security Numbers or other government issued identification numbers.  All personal information (electronic and print) will be maintained in a secure area, only accessible by authorized personnel as categorized by the type of information.

**How the information may be shared.** We do not share your personal information with third parties, unless: such information is shared following receipt of a specific request and/or permission from users; such information is shared with contractors who work with us pursuant to an agreement which contains reasonable confidentiality arrangements; such information is shared in order to comply with or in accordance with any applicable law/legal requirement.

**How the information is disposed of.** Gables will securely store personal information until it is no longer needed.  At that time Social Security Numbers, government identification, and/or personal account numbers may be destroyed.  Disposal may include physical destruction or obliteration of paper documents or electronic files containing such information.

**Locator services.** Rental applicants and residents who have found us through a locator service should be aware that locator services are independent contractors and are not associates or agents of Gables Residential or any subsidiaries – even though they may initially process rental applications and fill out lease forms.  Rental applicants and residents are encouraged to request a copy of locator services privacy policies, as well.

**Rights regarding personal information:**

- In accordance with the European Union's General Data Protection Regulation (EU GDPR) certain individuals have rights regarding their information. If applicable, you may have the right, to request that Gables inform you as to whether personal information relating to you is being processed. You may have the right to request that Gables correct, supplement, delete or block your personal information in the event that the data are factually inaccurate, incomplete or irrelevant to the purposes of the processing activities. Submitting a request in regards to your personal information may be done by sending your request via email to *privacyrequest@gables.com.*

  Gables commits to resolve complaints about your privacy and our collection or use of your personal information.  European Union residents with inquiries or complaints regarding this Privacy Policy should first contact Gables.

- We do not Sell Consumers' personal information as those terms are defined under the California Consumer Privacy Act ("CCPA"). However, personal information as described throughout this Privacy Policy and CCPA Notices is collected and disclosed for business purposes, including over the last twelve months, and as a result Consumers are entitled to:

- make verifiable "requests to know" which of their personal information, categorically or specifically, is collected and with whom the information is shared by us, for what business purpose, and the sources of the respective information;

- make verifiable "requests to delete" their personal information as collected by us;

- use authorized agents to exercise their rights under the CCPA;

- request these CCPA Notices in an alternative format by calling us at 1-888-965-0330; and,

- exercise their rights under the CCPA free of discrimination by us including, but not limited to: denying goods or services to the Consumer; charging different prices or rates for goods or services, including through the use of discounts or other benefits or imposing penalties; providing a different level or quality of goods or services to the Consumer; suggesting that the Consumer will receive a different price or rate for goods or services or a different level or quality of goods or services.

Consumers may make CCPA requests by contacting us at 1-888-965-0330 or by completing the webform located on our website (Gables.com). Before we can honor any such requests, we must confirm that the requesting party is the Consumer whose information is sought or a person authorized to act on that Consumer's behalf. If a requesting party is an online account holder with a password-protected account, it may be necessary for the account to be accessed by the requesting party to confirm the request(s). In addition, depending on the type of request and the categories of information subject to the request, we will request verifying information from the requesting party such as identifiers or commercial information (e.g., service history) already known to or collected by us. Receipt of the request(s) will be confirmed within 10 days and initial responses can be expected within 45 days.

VIOLENCE, DATING
VIOLENCE, OR STALKING

**U.S. Department of Housing
and Urban Development**

OMB Approval No. 2502-0204
Exp. 06/30/2017

# LEASE ADDENDUM
## VIOLENCE AGAINST WOMEN AND JUSTICE DEPARTMENT REAUTHORIZATION ACT OF 2005

| TENANT<br>Dasha Long | LANDLORD<br>Berkshire Apartments, LLC | UNIT NO. & ADDRESS<br>4201 Massachusetts Avenue, Nw #<br>4015, Washington, DC 20016 |
|---|---|---|

This Lease Addendum adds the following paragraphs to the Lease between the above referenced Tenant and Landlord.

**Purpose of the Addendum**

The Lease for the above referenced unit is being amended to include the provisions of the Violence Against Women and Justice Department Reauthorization Act of 2005 (VAWA).

**Conflicts with Other Provisions of the Lease**

In case of any conflict between the provisions of this Addendum and other sections of the Lease, the provisions of this Addendum shall prevail.

**Term of the Lease Addendum**

The effective date of this Lease Addendum is _____04/09/2020_____. This Lease Addendum shall continue to be in effect until the Lease is terminated.

**VAWA Protections**

1. The Landlord may not consider incidents of domestic violence, dating violence or stalking as serious or repeated violations of the Lease or other "good cause" for termination of assistance, tenancy or occupancy rights of the victim of abuse.

2. The Landlord may not consider criminal activity directly relating to abuse, engaged in by a member of a tenant's household or any guest or other person under the tenant's control, cause for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate member of the tenant's family is the victim or threatened victim of that abuse.

3. The Landlord may request in writing that the victim, or a family member on the victim's behalf, certify that the individual is a victim of abuse and that the Certification of Domestic Violence, Dating Violence or Stalking, Form HUD-5382, or other documentation as noted on the certification form, be completed and submitted within 14 business days, or an agreed upon extension date, to receive protection under the VAWA. Failure to provide the certification or other supporting documentation within the specified time frame may result in eviction.

| | |
|---|---|
| *Dasha Long* | 04/09/2020 |
| Tenant | Date |
| | |
| Tenant | Date |
| | |
| Tenant | Date |
| | |
| Tenant | Date |
| | |
| Tenant | Date |
| | |
| Tenant | Date |
| *Dawn Wunderle* | 04/09/2020 |
| Landlord | Date |

Form HUD-91067
(9/2008)

NOTICE OF OCCUPANCY RIGHTS UNDER
THE VIOLENCE AGAINST WOMEN ACT

U.S. Department of Housing and Urban Development
OMB Approval No. 2577-0286
Exp. 06/30/2017

(Name of Housing Provider[1])

**Notice of Occupancy Rights under the Violence Against Women Act[2]**

## To all Tenants and Applicants

The Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking.  VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation[3].  The U.S. Department of Housing and Urban Development (HUD) is the Federal agency that oversees that

is in compliance with VAWA.  This notice explains your rights under VAWA.  A HUD-approved certification form is attached to this notice.  You can fill out this form to show that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking, and that you wish to use your rights under VAWA."

## Protection for Applicants

If you otherwise qualify for assistance under _____
_____, you cannot be denied admission or denied assistance because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

## Protections for Tenants

If you are receiving assistance under _____
_____, you may not be denied assistance, terminated from participation, or be evicted from your rental housing because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

---

[1] The notice uses HP for housing provider but the housing provider should insert its name where HP is used. HUD's program-specific regulations identify the individual or entity responsible for providing the notice of occupancy rights.

[2] Despite the name of this law, VAWA protection is available regardless of sex, gender identity, or sexual orientation.

[3] Housing providers cannot discriminate on the basis of any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age.  HUD-assisted and HUD-insured housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

Form HUD-5380
(12/2016)

☑ Blue Moon eSignature Services Document ID: 213850303

Also, if you or an affiliated individual of yours is or has been the victim of domestic violence, dating violence, sexual assault, or stalking by a member of your household or any guest, you may not be denied rental assistance or occupancy rights under _____

_____ solely on the basis of criminal activity directly relating to that domestic violence, dating violence, sexual assault, or stalking.

Affiliated individual means your spouse, parent, brother, sister, or child, or a person to whom you stand in the place of a parent or guardian (for example, the affiliated individual is in your care, custody, or control); or any individual, tenant, or lawful occupant living in your household.

**Removing the Abuser or Perpetrator from the Household**

HP may divide (bifurcate) your lease in order to evict the individual or terminate the assistance of the individual who has engaged in criminal activity (the abuser or perpetrator) directly relating to domestic violence, dating violence, sexual assault, or stalking.

If HP chooses to remove the abuser or perpetrator, HP may not take away the rights of eligible tenants to the unit or otherwise punish the remaining tenants. If the evicted abuser or perpetrator was the sole tenant to have established eligibility for assistance under the program, HP must allow the tenant who is or has been a victim and other household members to remain in the unit for a period of time, in order to establish eligibility under the program or under another HUD housing program covered by VAWA, or, find alternative housing.

In removing the abuser or perpetrator from the household, HP must follow Federal, State, and local eviction procedures. In order to divide a lease, HP may, but is not required to, ask you for documentation or certification of the incidences of domestic violence, dating violence, sexual assault, or stalking.

**Moving to Another Unit**

Upon your request, HP may permit you to move to another unit, subject to the availability of other units, and still keep your assistance. In order to approve a request, HP may ask you to provide documentation that you are requesting to move because of an incidence of domestic violence, dating violence, sexual assault, or stalking. If the request is a request for emergency transfer, the housing provider may ask you to submit a written request or fill out a form where you certify that you meet the criteria for an emergency transfer under VAWA. The criteria are:

☑ Blue Moon eSignature Services Document ID: 213850303

**(1)** **You are a victim of domestic violence, dating violence, sexual assault, or stalking.**  If your housing provider does not already have documentation that you are a victim of domestic violence, dating violence, sexual assault, or stalking, your housing provider may ask you for such documentation, as described in the documentation section below.

**(2)** **You expressly request the emergency transfer.**  Your housing provider may choose to require that you submit a form, or may accept another written or oral request.

**(3)** **You reasonably believe you are threatened with imminent harm from further violence if you remain in your current unit.**  This means you have a reason to fear that if you do not receive a transfer you would suffer violence in the very near future.

**OR**

**You are a victim of sexual assault and the assault occurred on the premises during the 90-calendar-day period before you request a transfer.**  If you are a victim of sexual assault, then in addition to qualifying for an emergency transfer because you reasonably believe you are threatened with imminent harm from further violence if you remain in your unit, you may qualify for an emergency transfer if the sexual assault occurred on the premises of the property from which you are seeking your transfer, and that assault happened within the 90-calendar-day period before you expressly request the transfer.

HP will keep confidential requests for emergency transfers by victims of domestic violence, dating violence, sexual assault, or stalking, and the location of any move by such victims and their families.

HP's emergency transfer plan provides further information on emergency transfers, and HP must make a copy of its emergency transfer plan available to you if you ask to see it.

**Documenting You Are or Have Been a Victim of Domestic Violence, Dating Violence, Sexual Assault or Stalking**

HP can, but is not required to, ask you to provide documentation to "certify" that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.  Such request from HP must be in writing, and HP must give you at least 14 business days (Saturdays, Sundays, and Federal holidays do not count) from the day you receive the request to provide the documentation.  HP may, but does not have to, extend the deadline for the submission of documentation upon your request.

Form HUD-5380
(12/2016)

☑ Blue Moon eSignature Services Document ID: 213850303

You can provide one of the following to HP as documentation. It is your choice which of the following to submit if HP asks you to provide documentation that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

- A complete HUD-approved certification form given to you by HP with this notice, that documents an incident of domestic violence, dating violence, sexual assault, or stalking. The form will ask for your name, the date, time, and location of the incident of domestic violence, dating violence, sexual assault, or stalking, and a description of the incident. The certification form provides for including the name of the abuser or perpetrator if the name of the abuser or perpetrator is known and is safe to provide.

- A record of a Federal, State, tribal, territorial, or local law enforcement agency, court, or administrative agency that documents the incident of domestic violence, dating violence, sexual assault, or stalking. Examples of such records include police reports, protective orders, and restraining orders, among others.

- A statement, which you must sign, along with the signature of an employee, agent, or volunteer of a victim service provider, an attorney, a medical professional or a mental health professional (collectively, "professional") from whom you sought assistance in addressing domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse, and with the professional selected by you attesting under penalty of perjury that he or she believes that the incident or incidents of domestic violence, dating violence, sexual assault, or stalking are grounds for protection.

- Any other statement or evidence that HP has agreed to accept.

If you fail or refuse to provide one of these documents within the 14 business days, HP does not have to provide you with the protections contained in this notice.

If HP receives conflicting evidence that an incident of domestic violence, dating violence, sexual assault, or stalking has been committed (such as certification forms from two or more members of a household each claiming to be a victim and naming one or more of the other petitioning household members as the abuser or perpetrator), HP has the right to request that you provide third-party documentation within thirty 30 calendar days in order to resolve the conflict. If you fail or refuse to provide third-party documentation where there is conflicting evidence, HP does not have to provide you with the protections contained in this notice.

Form HUD-5380
(12/2016)

**Confidentiality**

HP must keep confidential any information you provide related to the exercise of your rights under VAWA, including the fact that you are exercising your rights under VAWA.

HP must not allow any individual administering assistance or other services on behalf of HP (for example, employees and contractors) to have access to confidential information unless for reasons that specifically call for these individuals to have access to this information under applicable Federal, State, or local law.

HP must not enter your information into any shared database or disclose your information to any other entity or individual. HP, however, may disclose the information provided if:

- You give written permission to HP to release the information on a time limited basis.

- HP needs to use the information in an eviction or termination proceeding, such as to evict your abuser or perpetrator or terminate your abuser or perpetrator from assistance under this program.

- A law requires HP or your landlord to release the information.

VAWA does not limit HP's duty to honor court orders about access to or control of the property. This includes orders issued to protect a victim and orders dividing property among household members in cases where a family breaks up.

**Reasons a Tenant Eligible for Occupancy Rights under VAWA May Be Evicted or Assistance May Be Terminated**

You can be evicted and your assistance can be terminated for serious or repeated lease violations that are not related to domestic violence, dating violence, sexual assault, or stalking committed against you. However, HP cannot hold tenants who have been victims of domestic violence, dating violence, sexual assault, or stalking to a more demanding set of rules than it applies to tenants who have not been victims of domestic violence, dating violence, sexual assault, or stalking.

The protections described in this notice might not apply, and you could be evicted and your assistance terminated, if HP can demonstrate that not evicting you or terminating your assistance would present a real physical danger that:

1) Would occur within an immediate time frame, and

2) Could result in death or serious bodily harm to other tenants or those who work on the property.

Form HUD-5380
(12/2016)

If HP can demonstrate the above, HP should only terminate your assistance or evict you if there are no other actions that could be taken to reduce or eliminate the threat.

**Other Laws**

VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking.  You may be entitled to additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**Non-Compliance with The Requirements of This Notice**

You may report a covered housing provider's violations of these rights and seek additional assistance, if needed, by contacting or filing a complaint with (contact information for any intermediary, if applicable)

_____

_____

_____

_____

_____

_____

_____

_____

or (HUD field office)

_____

_____

_____

_____

_____

_____

_____

_____ .

Form HUD-5380
(12/2016)

☑ Blue Moon eSignature Services Document ID: 213850303

**For Additional Information**

You may view a copy of HUD's final VAWA rule at _____

_____

(Federal Register Link).

Additionally, HP must make a copy of HUD's VAWA regulations available to you if you ask to see them.

For questions regarding VAWA, please contact (name of program or rental assistance contact information able to answer questions on VAWA)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

For help regarding an abusive relationship, you may call the National Domestic Violence Hotline at 1-800-799-7233 or, for persons with hearing impairments, 1-800-787-3224 (TTY).  You may also contact (contact information for relevant local organizations)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

For tenants who are or have been victims of stalking seeking help may visit the National Center for Victims of Crime's Stalking Resource Center at https://www.victimsofcrime.org/our-programs/stalking-resource-center.

Form HUD-5380
(12/2016)

☑ Blue Moon eSignature Services Document ID: 213850303

For help regarding sexual assault, you may contact (contact information for relevant organizations)

_____

_____

_____

_____

_____

_____

_____

_____

_____.

Victims of stalking seeking help may contact (contact information for relevant organizations)

_____

_____

_____

_____

_____

_____

_____

_____

_____.

**Attachment:** Certification form HUD-5382 **[form approved for this program to be included]**

Form HUD-5380
(12/2016)

✓ Blue Moon eSignature Services Document ID: 213850303

# E-SIGNATURE CERTIFICATE

*This certificate details the actions recorded during the signing of this Document.*



### DOCUMENT INFORMATION

| | |
|---:|---|
| Status | Signed |
| Document ID | 213850303 |
| Submitted | 04/09/20 |
| Total Pages | 71 |
| Forms Included | Lead Hazard Disclosure Addendum, Apartment Lease Form, Additional Special Provisions, All-In-One Utility Addendum, Bed Bug Addendum, Mold Information and Prevention Addendum, Satellite Dish or Antenna Addendum, Enclosed Garage Addendum, Limited Waiver and Modification of Rights (SCRA), D.C. Housing Code (101-106 & 300-399), D.C. Housing Regulations Signature Page, Parking Addendum, Addendum Regarding Recreational and Medical Marijuana Use, Crime/Drug Free Housing Addendum, DOEE Lead Disclosure Form, Short-Term Subletting or Rental Prohibited, Community Rules - Gables, Controlled Access Addendum, Hold Harmless Notice and Acknowledgement, Personal Liability Coverage Addendum, Privacy Policy, Violence Against Women Act Lease Addendum, Notice of Occupancy Rights under Violence Against Women Act |

### PARTIES

**Dasha Long**
signer key: 402a5db6d0f00023b1e0a98f9d76a058
IP address: 99.203.203.65
signing method: Blue Moon eSignature Services
authentication method: eSignature by email ▮▮▮▮▮▮▮▮gmail.com
browser: Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1



---

**Dawn Wunderle**
signer key: d07e34c9dbdd99fa415518bd5f1ffd36
IP address: 10.100.10.23
signing method: Blue Moon eSignature Services
authentication method: eSignature by email berkshire@gables.com
browser: PHP 5.5.9-1ubuntu4.20/SOAP

*Dawn Wunderle*

(Leasing Manager)

---

## DOCUMENT AUDIT

| | | |
|---|---|---|
| 1 | 04/09/20 11:52:52 AM CDT | Dasha Long accepted Consumer Disclosure |
| 2 | 04/09/20 11:54:04 AM CDT | Dasha Long initialed Lead Hazard Disclosure Addendum |
| 3 | 04/09/20 11:54:06 AM CDT | Dasha Long initialed Lead Hazard Disclosure Addendum |
| 4 | 04/09/20 11:54:16 AM CDT | Dasha Long signed Lead Hazard Disclosure Addendum |
| 5 | 04/09/20 11:54:28 AM CDT | Dasha Long dated Lead Hazard Disclosure Addendum |
| 6 | 04/09/20 11:57:50 AM CDT | Dasha Long signed Apartment Lease Form |
| 7 | 04/09/20 11:58:37 AM CDT | Dasha Long signed Additional Special Provisions |
| 8 | 04/09/20 11:59:20 AM CDT | Dasha Long dated Additional Special Provisions |
| 9 | 04/09/20 12:00:21 PM CDT | Dasha Long signed All-In-One Utility Addendum |
| 10 | 04/09/20 12:00:28 PM CDT | Dasha Long dated All-In-One Utility Addendum |
| 11 | 04/09/20 12:01:20 PM CDT | Dasha Long signed Bed Bug Addendum |
| 12 | 04/09/20 12:02:02 PM CDT | Dasha Long signed Mold Information and Prevention Addendum |

**DOCUMENT AUDIT CONTINUED**

| 13 | 04/09/20 12:02:46 PM CDT | Dasha Long signed Satellite Dish or Antenna Addendum |
|----|--------------------------|------------------------------------------------------|
| 14 | 04/09/20 12:03:33 PM CDT | Dasha Long signed Enclosed Garage Addendum |
| 15 | 04/09/20 12:04:16 PM CDT | Dasha Long signed Limited Waiver and Modification of Rights (SCRA) |
| 16 | 04/09/20 12:04:33 PM CDT | Dasha Long signed D.C. Housing Code (101-106 & 300-399) |
| 17 | 04/09/20 12:05:01 PM CDT | Dasha Long signed D.C. Housing Regulations Signature Page |
| 18 | 04/09/20 12:05:06 PM CDT | Dasha Long initialed D.C. Housing Regulations Signature Page |
| 19 | 04/09/20 12:05:14 PM CDT | Dasha Long signed Parking Addendum |
| 20 | 04/09/20 12:05:26 PM CDT | Dasha Long signed Addendum Regarding Recreational and Medical Marijuana Use |
| 21 | 04/09/20 12:05:29 PM CDT | Dasha Long dated Addendum Regarding Recreational and Medical Marijuana Use |
| 22 | 04/09/20 12:05:50 PM CDT | Dasha Long signed Crime/Drug Free Housing Addendum |
| 23 | 04/09/20 12:05:58 PM CDT | Dasha Long dated Crime/Drug Free Housing Addendum |
| 24 | 04/09/20 12:06:07 PM CDT | Dasha Long signed DOEE Lead Disclosure Form |
| 25 | 04/09/20 12:06:11 PM CDT | Dasha Long dated DOEE Lead Disclosure Form |
| 26 | 04/09/20 12:07:17 PM CDT | Dasha Long signed DOEE Lead Disclosure Form |
| 27 | 04/09/20 12:07:22 PM CDT | Dasha Long dated DOEE Lead Disclosure Form |
| 28 | 04/09/20 12:08:02 PM CDT | Dasha Long checked box on DOEE Lead Disclosure Form |
| 29 | 04/09/20 12:08:25 PM CDT | Dasha Long signed Short-Term Subletting or Rental Prohibited |
| 30 | 04/09/20 12:08:55 PM CDT | Dasha Long signed Community Rules - Gables |
| 31 | 04/09/20 12:09:04 PM CDT | Dasha Long dated Community Rules - Gables |
| 32 | 04/09/20 12:09:21 PM CDT | Dasha Long signed Controlled Access Addendum |
| 33 | 04/09/20 12:09:34 PM CDT | Dasha Long signed Hold Harmless Notice and Acknowledgement |
| 34 | 04/09/20 12:09:38 PM CDT | Dasha Long dated Hold Harmless Notice and Acknowledgement |
| 35 | 04/09/20 12:09:50 PM CDT | Dasha Long signed Personal Liability Coverage Addendum |
| 36 | 04/09/20 12:09:55 PM CDT | Dasha Long dated Personal Liability Coverage Addendum |
| 37 | 04/09/20 12:10:17 PM CDT | Dasha Long signed Privacy Policy |
| 38 | 04/09/20 12:10:21 PM CDT | Dasha Long signed Violence Against Women Act Lease Addendum |
| 39 | 04/09/20 12:10:29 PM CDT | Dasha Long dated Violence Against Women Act Lease Addendum |
| 40 | 04/09/20 12:10:45 PM CDT | Dasha Long signed Notice of Occupancy Rights under Violence Against Women Act |
| 41 | 04/09/20 12:11:00 PM CDT | Dasha Long submitted signed documents |
| 42 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle initialed Lead Hazard Disclosure Addendum |
| 43 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Lead Hazard Disclosure Addendum |
| 44 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Lead Hazard Disclosure Addendum |
| 45 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Apartment Lease Form |
| 46 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Additional Special Provisions |
| 47 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Additional Special Provisions |
| 48 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed All-In-One Utility Addendum |
| 49 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated All-In-One Utility Addendum |
| 50 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Bed Bug Addendum |
| 51 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Bed Bug Addendum |
| 52 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Mold Information and Prevention Addendum |
| 53 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Satellite Dish or Antenna Addendum |
| 54 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Enclosed Garage Addendum |
| 55 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Limited Waiver and Modification of Rights (SCRA) |
| 56 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed D.C. Housing Code (101-106 & 300-399) |
| 57 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed D.C. Housing Regulations Signature Page |
| 58 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Parking Addendum |
| 59 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Parking Addendum |

**DOCUMENT AUDIT CONTINUED**

| 60 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Addendum Regarding Recreational and Medical Marijuana Use |
| 61 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Addendum Regarding Recreational and Medical Marijuana Use |
| 62 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Crime/Drug Free Housing Addendum |
| 63 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Crime/Drug Free Housing Addendum |
| 64 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed DOEE Lead Disclosure Form |
| 65 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated DOEE Lead Disclosure Form |
| 66 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed DOEE Lead Disclosure Form |
| 67 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Short-Term Subletting or Rental Prohibited |
| 68 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Short-Term Subletting or Rental Prohibited |
| 69 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Community Rules - Gables |
| 70 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Community Rules - Gables |
| 71 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Controlled Access Addendum |
| 72 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Hold Harmless Notice and Acknowledgement |
| 73 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Hold Harmless Notice and Acknowledgement |
| 74 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Personal Liability Coverage Addendum |
| 75 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Personal Liability Coverage Addendum |
| 76 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Privacy Policy |
| 77 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Violence Against Women Act Lease Addendum |
| 78 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle dated Violence Against Women Act Lease Addendum |
| 79 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle signed Notice of Occupancy Rights under Violence Against Women Act |
| 80 | 04/09/20 04:12:49 PM CDT | Dawn Wunderle submitted signed documents |