AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dasha Long, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00881 |
| Gables Residential | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plantiffs                                                                                                                                           .

Date:   04/02/2021                                                                       /s/ Catherine Cone
*Attorney's signature*

Catherine Cone
*Printed name and bar number*

Washington Lawyers' Committee For Civil Rights
And Urban Affairs
700 14th Street NW, Suite 400
Washington, DC 20005
*Address*

Catherine_Cone@washlaw.org
*E-mail address*

(202) 319-1000
*Telephone number*

(202) 319-1010
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021 I served a copy of the foregoing document on counsel of record by electronic means via the CM/ECF system.

/s/ Catherine Cone

Catherine Cone
D.C. Bar No. 1032267