AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Dasha Long,
M.L., a minor child, and
L.L., a minor child

*Plaintiff(s)*

v.

Gables Residential

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:21-cv-00881 -EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gables Residential
8300 Greensboro Dr.
Suite 650
McLean, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine Cone
Brook Hill
Washington Lawyer's Committee
700 14th Street NW, Ste. 400
Washington, D.C. 20005
202-319-1000

Brian Koosed
Amy Eldridge
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
202-778-9000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/1/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dasha Long, et al.

**Plaintiff(s)**

Case No.: 1:21-cv-00881-EGS

vs.

**Gables Residential**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint and Jury Demand Demand Preliminary Statement, Civil Cover Sheet, and Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/06/2021 at 1:34 PM, I served Gables Residential at 8300 Greensboro Drive, Suite 650, McLean, Virginia 22102 with the Summons, Complaint and Jury Demand Demand Preliminary Statement, Civil Cover Sheet, and Exhibit A by serving Sarah Quirk, Office Manager, authorized to accept service.

Sarah Quirk is described herein as:

Gender: Female   Race/Skin: Black   Age: 35   Weight: 133   Height: 5'5"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 4/13/21



Abel Emiru

Client Ref Number: 0908893.0001
Job #: 1588297

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050