Default - Rule 55A  (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DASHA LONG

Plaintiff(s)

v.

Civil Action: 21-cv-00881-EGS

GABLES RESIDENTIAL

Defendant(s)

RE: GABLES RESIDENTIAL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/6/2021, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of April, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk