IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DASHA LONG,**<br>    *individually and on behalf*<br>    *of her minor children, M.L. and L.L.,*<br>    *as mother and general guardian*<br><br>and<br><br>**M.L.**, *a minor child*<br><br>and<br><br>**L.L.**, *a minor child*<br><br>    *Plaintiffs*<br><br>v.<br><br>**GABLES RESIDENTIAL**<br><br>    *Defendant.* | **Case No. 1:21-cv-00881**<br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' SECOND UPDATED STATUS REPORT REGARDING MOTION FOR ADDITIONAL TIME TO MOVE FOR DEFAULT JUDGMENT

The plaintiffs are Dasha Long and her minor children, M.L. and L.L. Plaintiffs' claims stem from the physical and emotional harm and harassment they suffered while residents at The Berkshire Apartments, a property managed by Defendant Gables Residential.

On April 30, 2021, the Clerk entered default in this action. Dkt. No. 9. Plaintiffs represented to the Court that they would file a motion on or before May 8, 2021, seeking a deadline by which to file a motion for default judgment (dkt. no. 8.), and were prepared to do so.

The afternoon of May 7, 2021, counsel who represent Gables Residential in landlord-tenant matters contacted Plaintiffs' counsel regarding this action. Counsel spoke the evening of May 7,

and counsel for Plaintiffs believed at that time, and based on subsequent communications still believe, that Defendant intends to appear in the case and will seek to litigate the merits.

Plaintiffs have filed status reports with the Court identifying these communications and seeking brief additional periods to continue discussions.  Dkt. Nos. 10 and 11.  Counsel for Plaintiffs submit that an additional brief delay is warranted and respectfully request that the Court permit Plaintiffs until May 26, 2021, to ask the Court for a deadline to file a motion for default judgment, or to seek other appropriate action from the Court.

Dated: May 21, 2021			Respectfully submitted,


 /s/ Catherine Cone
Catherine Cone (D.C. Bar No. 1032267)
(catherine_cone@washlaw.org)
Brook Hill (D.C. Bar No. 1044120)
(brook_hill@washlaw.org)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
700 14th Street, NW, Suite 400
Washington, DC  20005
Telephone:  202-319-1000
Fax:  202-319-1010

/s/ Amy J. Eldridge
Brian D. Koosed (D.C. Bar No. 1034733)
Amy J. Eldridge (D.C. Bar No. 1000291)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:	202-778-9000
Fax:	202-778-9100
E-mail: brian.koosed@klgates.com
	amy.eldridge@klgates.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2021, a true copy of the foregoing **Plaintiffs' Second Updated Status Report Regarding Motion for Additional Time to Move for Default Judgment**, filed on the CM/ECF system on May 21, 2021, shall be served, via First Class U.S. Mail, on Defendant, at the below address.

Gables Residential
8300 Greensboro Dr.
Suite 650
McLean, VA 22102

Dated: May 21, 2021                                      Respectfully submitted,

/s/ Amy J. Eldridge
Amy J. Eldridge (D.C. Bar No. 1000291)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:     202-778-9000
Fax:    202-778-9100
E-mail: amy.eldridge@klgates.com

*Counsel for Plaintiff*

3