IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dasha Long, M.L., and L.L.**,<br>4201 Massachusetts Ave., N.W.<br>Washington, DC 20016<br>   *Plaintiffs,*<br><br>v.<br><br>**Gables Residential Services, Inc.,**<br>c/o Corporation Service Company<br>1090 Vermont Ave. NW<br>Washington, DC 2005<br><br>   and<br><br>**Berkshires Apartments, LLC,**<br>c/o GYSB, INC.<br>1200 New Hampshire Ave., Suite 5555<br>Washington, DC 20036<br><br>*Defendants.* | Case No.  1:21-cv-00881-EGS |

## **NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please note the appearance of the undersigned, Eric J. Pelletier and Anders T. Sleight, and the law firm of Offit Kurman, P.A. on behalf of Defendant Gables Residential Services, Inc. in the above captioned matter.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted, |

/s/ Anders T. Sleight
Eric J. Pelletier (D.C. Bar No. 454794)
Anders T. Sleight (D.C. Bar No. 1019232)
**Offit Kurman, P.A.**
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone: 240-507-1700
Fax: 240-507-1735
Email: epelletier@offitkurman.com
anders.sleight@offitkurman.com
*Counsel for Defendant Gables Residential Services, Inc.*

## Certificate of Service

I hereby certify that on June 17, 2021, a true copy of the foregoing Notice of Appearance was electronically filed through the Court's CM/ECF system, and served via First Class U.S. Mail, with a courtesy copy via email on counsel of record, who are reflected below.

Catherine Cone (catherine_cone@washlaw.org)
Brook Hill (brook_hill@washlaw.org)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
*Counsel for Plaintiffs*

Brian D. Koosed brian.koosed@klgates.com
Amy J. Eldridge amy.eldridge@klgates.com
**K&L Gates LLP**
*Counsel for Plaintiffs*

Berkshire Apartments, LLC
c/o GYSB Inc.
1200 New Hampshire Avenue, Suite 5555
Washington, DC 20036
*Defendant, pro se*

/s/ Anders T. Sleight
Anders T. Sleight (D.C. Bar No. 1019232)

4832-3141-3999, v. 1