AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Dasha Long,
M.L., a minor child, and
L.L., a minor child

*Plaintiff(s)*

v.

Gables Residential Services, Inc.
and
Berkshire Apartments, LLC

*Defendant(s)*

Civil Action No. 1:21-cv-00881-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Berkshire Apartments, LLC
c/o GYSB Inc.
1200 New Hampshire Ave, Ste. 5555
Washington, DC 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine Cone
Brook Hill
Washington Lawyer's Committee
700 14th Street NW, Ste. 400
Washington, DC 20005
202-319-1000

Brian Koosed
Amy J. Eldridge
K&L Gates LLP
1601 K Street NW
Washington, DC 20006
202-778-9000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 06/17/2021



/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Dasha Long, individually and on behalf of her minor children, M.L. and L.L., as mother and general guardian**

**Plaintiff(s)**

Case No.: 1:21-cv-00881-EGS

*vs.*

**Gables Residential Services, Inc., et al.**

**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Amended Complaint and Jury Demand with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/21/2021 at 2:27 PM, I served Berkshire Apartments, LLC c/o GYSB Inc. at 1200 New Hampshire Avenue, NW, Suite 555, Washington, DC 20036 with the Summons and Amended Complaint and Jury Demand with Exhibit A by serving Michael Ravitch, Partner, authorized to accept service.

Michael Ravitch is described herein as:

Gender: Male   Race/Skin: White   Age: 59   Weight: 180   Height: 6'2"   Hair: Black/Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

6/23/21
Executed On

Ambiko Wallace

Client Ref Number: 0908893.00001
Job #: 1590952

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050