IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DASHA LONG, Individuallly and on behalf
of her minor children, M.L., and L.L.,
as mother and general guardian

    *Plaintiffs*

v.

GABLES RESIDENTIAL SERVICES, INC.

and

BERKSHIRE APARTMENTS, LLC

    *Defendants.*

Case No. 1:21-cv~00881

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please note that D. Stephenson Schwinn and JORDAN COYNE LLP hereby enter their appearance as counsel for Defendant, Berkshire Apartments, LLC.

Respectfully submitted,

JORDAN COYNE LLP

D. Stephenson Schwinn, DC #358825
10201 Fairfax Boulevard, Suite 520
Fairfax, Virginia 22030
(703) 246-0900
Fax: (703) 591-3673
s.schwinn@jocs-law.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed and served through the Court's CM/ECF system and via email this 8th day of July, 2021 upon:

>Catherine Cone, Esquire
>Brook Hill, Esqurie
>Washington Lawyers' Committee for Civil Rights and Urban Affairs
>700 14th Street, NW, Suite 400
>Washington, DC 20005
>Catherine_cone@wash law.org
>Brook_hill@washlaw.org
>*Counsel for Plaintiffs*
>
>Brian D. Koosed, Esquire
>Amy J. Eldridge, Esquire
>K&L Gates, LP
>1601 K Street NW
>Washington, D.C. 20006
>brian.koosed@klgates.com
>amy.eldridge@klgates.com
>*Counsel for Plaintiffs*
>
>Eric J. Pelletier, Esquire
>Anders T. Sleight, Esquire
>Offit Korman, P.A.
>7501 Wisconsin Avenue, Suite 1000W
>Bethesda, Maryland 20814
>Telephone: 240-507-1700
>epelletier@oflitkurman.com
>anders.sleight@offitkunnan.com
>*Counsel for Defendant Gables Residential Services, Inc.*

_____
D. Stephenson Schwinn