IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dasha Long, M.L., and L.L.**, ) | | |
| 4201 Massachusetts Ave., N.W. ) | | |
| Washington, DC 20016 ) | | |
| *Plaintiffs*, ) | | |
| ) | | |
| v. ) | Case No. 1:21-cv-00881-EGS | |
| ) | | |
| **Gables Residential Services, Inc.**, ) | | |
| c/o Corporation Service Company ) | | |
| 1090 Vermont Ave. NW ) | | |
| Washington, DC 2005 ) | | |
| ) | | |
| and ) | | |
| ) | | |
| **Berkshires Apartments, LLC**, ) | | |
| c/o GYSB, INC. ) | | |
| 1200 New Hampshire Ave., Suite 5555 ) | | |
| Washington, DC 20036 ) | | |
| ) | | |
| *Defendants*. ) | | |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please note the appearance of the undersigned, Eric J. Pelletier, and the law firm of Offit Kurman, P.A. on behalf of Defendant Gables Residential Services, Inc. in the above captioned matter.

| | |
|---|---|
| Dated: July 8, 2021 | Respectfully submitted,<br><br>/s/ Eric J. Pelletier<br>Eric J. Pelletier (D.C. Bar No. 454794)<br>Anders T. Sleight (D.C. Bar No. 1019232)<br>**Offit Kurman, P.A.**<br>7501 Wisconsin Avenue, Suite 1000W<br>Bethesda, Maryland 20814<br>Telephone: 240-507-1739<br>Fax: 240-507-1735<br>Email: epelletier@offitkurman.com<br>           anders.sleight@offitkurman.com<br>*Counsel for Defendant Gables Residential Services, Inc.* |

## Certificate of Service

I hereby certify that on July 8, 2021, a true copy of the foregoing Notice of Appearance was electronically filed through the Court's CM/ECF system, and served via First Class U.S. Mail, with a courtesy copy via email on counsel of record, who are reflected below.

Catherine Cone (catherine_cone@washlaw.org)
Brook Hill (brook_hill@washlaw.org)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
*Counsel for Plaintiffs*

Brian D. Koosed brian.koosed@klgates.com
Amy J. Eldridge amy.eldridge@klgates.com
**K&L Gates LLP**
*Counsel for Plaintiffs*

Berkshire Apartments, LLC
c/o GYSB Inc.
1200 New Hampshire Avenue, Suite 5555
Washington, DC 20036
*Defendant, pro se*

/s/ Eric J. Pelletier
Eric J. Pelletier (D.C. Bar No. 454794)