# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Dasha Long, M.L., and L.L.**, <br>     *Plaintiffs,* <br><br> v. <br><br> **Gables Residential Services, Inc., et al.** <br><br>     *Defendants.* | Case No. 1:21-cv-00881-EGS |

## RULE 7.1 DISCLOSURE STATEMENT

I certify, as counsel for Defendant Gables Residential Services, Inc, pursuant to Fed. R. Civ. P. 7.1, that Defendant Gables Residential Services, Inc. has the following parent corporation: Lion Gables Realty, L.P.  There is no publicly held corporation owning 10% or more of the stock of Gables Residential Services, Inc.


Dated: July 23, 2021                                Respectfully submitted,

                                                       /s/ Anders T. Sleight
                                                       Eric J. Pelletier (D.C. Bar No. 454794)
                                                       Anders T. Sleight (D.C. Bar No. 1019232)
                                                       **Offit Kurman, P.A.**
                                                       7501 Wisconsin Avenue, Suite 1000W
                                                       Bethesda, Maryland 20814
                                                       Telephone: 240-507-1700
                                                       Fax: 240-507-1735
                                                       Email: epelletier@offitkurman.com
                                                                                 anders.sleight@offitkurman.com
                                                       *Counsel for Defendant Gables Residential Services, Inc.*

## Certificate of Service

I hereby certify that on July 23, 2021, a true copy of the foregoing Rule 7.1 Disclosure Statement was electronically filed through the Court's CM/ECF system, with a courtesy copy delivered via email to counsel of record, who are reflected below.

Catherine Cone (catherine_cone@washlaw.org)
Brook Hill (brook_hill@washlaw.org)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
*Counsel for Plaintiffs*

Brian D. Koosed (brian.koosed@klgates.com)
Amy J. Eldridge (amy.eldridge@klgates.com)
**K&L Gates LLP**
*Counsel for Plaintiffs*

Stephenson Schwinn (s.schwinn@jocs-law.com)
Maeghan M. Buckley (m.buckley@jocs-law.com)
**Jordan Coyne LLP**
*Counsel for Defendant Berkshire Apartments, LLC*

/s/ Anders T. Sleight
Anders T. Sleight (D.C. Bar No. 1019232)
4811-9751-6531, v. 1