IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DASHA LONG, Individually and on behalf
of her minor children, M.L., and L.L.,
as mother and general guardian

    *Plaintiffs*

v.

GABLES RESIDENTIAL SERVICES, INC.

and

BERKSHIRE APARTMENTS, LLC

    *Defendants.*

Case No. 1:21-cv~00881

## CERTIFCATE REQUIRED BY LCvR 103

I, the undersigned, counsel of record for Defendant, Berkshire Apartments, LLC, certify that to the best of my knowledge and belief, defendant Berkshire Apartments, LLC has no subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Philadelphia Insurance Companies, a Member of the Tokio Marine Group and a subsidiary of Philadelphia Consolidated Holding Corp., One Bala Plaza, Suite 100, Bala Cynwyd, Pennsylvania 19004, issued a commercial general liability insurance policy that was in effect at the time of the injury alleged in the Complaint.

These representations are made in order that judges of this Court may determine the need for recusal.

                Respectfully submitted,

                JORDAN COYNE LLP

_[signature]_
D. Stephenson Schwinn, DC #358825
10201 Fairfax Boulevard, Suite 520
Fairfax, Virginia 22030
(703) 246-0900
Fax: (703) 591-3673
s.schwinn@jocs-law.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2021, a copy of the foregoing was filed and served through the Court's CM/ECF system and via email upon:

Catherine Cone, Esquire
Brook Hill, Esquire
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
Catherine_cone@wash law.org
Brook_hill@washlaw.org
*Counsel for Plaintiffs*

Brian D. Koosed, Esquire
Amy J. Eldridge, Esquire
K&L Gates, LLP
1601 K Street NW
Washington, D.C. 20006
brian.koosed@klgates.com
amy.eldridge@klgates.com
*Counsel for Plaintiffs*

Eric J. Pelletier, Esquire
Anders T. Sleight, Esquire
Offit Korman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone: 240-507-1700
epelletier@oflitkurman.com
anders.sleight@offitkunnan.com
*Counsel for Defendant Gables Residential Services, Inc.*

2

/s/ D. Stephenson Schwinn
D. Stephenson Schwinn