IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dasha Long, M.L., and L.L.**, | ) |
| *Plaintiffs* | ) |
| v. | ) Case No. 1:21-cv-00881 |
| | ) **JURY TRIAL DEMANDED** |
| **Gables Residential Services, Inc.** | ) |
| and | ) |
| **Berkshires Apartments, LLC** | ) |
| *Defendants.* | ) |

## JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER

Plaintiffs Dasha Long and her minor children, M.L. and L.L. (collectively, "Plaintiffs" or "Long family"), defendant Gables Residential Services, Inc. ("Gables" or "Defendant Gables"), and defendant Berkshires Apartments, LLC (the "Berkshire Defendant"), collectively, the "Parties" respectfully submit the below proposed schedule in response to the Court's December 3, 2021, Minute Order.

Given that the Parties currently have motions pending before the Court which may dramatically alter the scope of discovery (ECF Nos. 21, 31), the Parties respectfully submit the below proposed deadlines, which are triggered by the Court's decisions on the pending motions.

| Event | Deadline |
|---|---|
| Deadline to amend pleadings or join additional parties | 21 days after the Court issues an order on Gables' pending motion to dismiss and Berkshires' pending motion for summary judgment |
| Deadline to respond to amended pleadings (if any) | 30 days after service of any amendment |
| Initial disclosures | 45 days after the Court issues an order on Gables' pending motion to dismiss and Berkshires' pending motion for summary judgment |
| Fact discovery closes | 275 days after the Court issues an order on Gables' pending motion to dismiss and Berkshires' pending motion for summary judgment. |
| Affirmative expert disclosures and reports due | 30 days after the close of fact discovery |
| Opponent expert disclosures and reports due | 45 days after exchange of affirmative expert reports |
| Rebuttal expert disclosures and reports due | 30 days after exchange of opponent expert reports |
| Expert discovery closes | 30 days after exchange of rebuttal expert reports |
| Dispositive motions | 45 days after the close of expert discovery |
| Opposition to dispositive motions | 30 days after dispositive motions |
| Replies in support of dispositive motions | 14 days after oppositions to dispositive motions |

December 15, 2021                                       Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 /s/ Catherine Cone
　　　　　　　　　　　　　　　　　　　　　　Catherine Cone (D.C. Bar No. 1032267)
　　　　　　　　　　　　　　　　　　　　　　Brook Hill (D.C. Bar No. 1044120)
　　　　　　　　　　　　　　　　　　　　　　**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
　　　　　　　　　　　　　　　　　　　　　　700 14th Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　　　Tel:    (202) 319-1000
　　　　　　　　　　　　　　　　　　　　　　Fax:   (202) 319-1010

Email: catherine_cone@washlaw.org
brook_hill@washlaw.org

/s/ Amy J. Eldridge
Brian D. Koosed (D.C. Bar No. 1034733)
Amy J. Eldridge (D.C. Bar No. 1000291)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:   202-778-9000
Fax:   202-778-9100
E-mail: brian.koosed@klgates.com
amy.eldridge@klgates.com

*Counsel for Plaintiffs*

/s/ Eric Pelletier
Eric Pelletier (D.C. Bar No. 454794)
Anders T. Sleight (D.C. Bar No. 1019232)
**Offit Kurman, P.A.**
7501 Wisconsin Ave, Suite 1000W
Bethesda, Maryland 20814
Tel:   (240) 507-1700
Fax:   (240) 507-1735
Email: epelletier@offitkurman.com
anders.sleight@offitkurman.com

*Counsel for Gables Residential Services, Inc.*

/s/ D. Stephenson Schwinn
D. Stephenson Schwinn (D.C. Bar No. 358825)
**Jordan Coyne LLP**
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
Tel:   (703) 246-0900
Fax:   (703) 591-3673
Email: s.schwinn@jocs-law.com

*Counsel for Berkshire Apartments, LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2021, a true copy of the foregoing and following was electronically filed through the Court's CM/ECF system, which served it on counsel of record identified on the below service list.

| | |
|---|---|
| Eric J. Pelletier<br>Anders T. Sleight<br>**Offit Kurman, P.A.**<br>7501 Wisconsin Avenue, Suite 1000W<br>Bethesda, MD 20814<br>Email: epelletier@offitkurman.com<br>        anders.sleight@offitkurman.com | D. Stephenson Schwinn<br>**Jordan Coyne LLP**<br>10201 Fairfax Boulevard, Suite 520<br>Fairfax, Virginia 22030<br>Email: s.schwinn@jocs-law.com |

/s/ Amy J. Eldridge_____
Amy J. Eldridge (D.C. Bar No. 1000291)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:    202-778-9400
Fax:    202-778-9100
E-mail: amy.eldridge@klgates.com

*Counsel for Plaintiffs*