IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASHA LONG, Individually and on behalf of her minor children, M.L., and L.L., as mother and general guardian | : : : : |
| *Plaintiffs* | : : |
| v. | : Case No. 1:21-cv-00881 : |
| GABLES RESIDENTIAL SERVICES, INC. | : : |
| and | : : |
| BERKSHIRE APARTMENTS, LLC | : : |
| *Defendants.* | : |

## NOTICE OF OF APPEARANCE

THE CLERK OF THE COURT will please note the appearance of the undersigned, Brian D. Koosed, with the law firm of K&L Gates LLP, on behalf of Plaintiff Dasha Long and her minor children, M.L. and L.L., in the above captioned matter.

March 24, 2022     Respectfully submitted,

  /s/ Brian D. Koosed
Brian D. Koosed (D.C. Bar No. 1034733)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:    202-778-9000
Fax:   202-778-9100
E-mail: brian.koosed@klgates.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2022, a copy of the foregoing Notice of Appearance was filed electronically using the ECF system and served on all parties of record through ECF.

                                                                    /s/ Brian D. Koosed  
                                                                     Brian D. Koosed