IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASHA LONG, Individually and on behalf of her minor children, M.L., and L.L., as mother and general guardian | : : : : |
| *Plaintiffs* | : : |
| v. | : Case No. 1:21-cv-00881 : |
| GABLES RESIDENTIAL SERVICES, INC. | : : |
| and | : : |
| BERKSHIRE APARTMENTS, LLC | : : |
| *Defendants.* | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), please take notice that attorney Amy J. Eldridge formerly of K&L Gates LLP is withdrawing her appearance on behalf of Plaintiffs Dasha Long and her minor children, M.L. and L.L.  Brian D. Koosed of K&L Gates LLP has entered his appearance on behalf of Plaintiffs (ECF No. 36) and Catherine Cone of the Washington Lawyers' Committee for Civil Rights and Urban Affairs remains counsel to Plaintiffs.

April 5, 2022

Respectfully submitted,

　/s/ Brian D. Koosed
Brian D. Koosed (D.C. Bar No. 1034733)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:　202-778-9000
Fax:　202-778-9100
E-mail: brian.koosed@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, a copy of the foregoing Withdrawal of Appearance was filed electronically using the ECF system and served on all parties of record through ECF.

                                                     /s/ Brian D. Koosed
                                                     Brian D. Koosed