IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dasha Long, M.L., and L.L.**, | ) |
| *Plaintiffs* | ) |
| v. | ) Case No. 1:21-cv-00881-ACR |
| **Gables Residential Services, Inc.** | ) |
| and | ) |
| **Berkshires Apartments, LLC** | ) |
| *Defendants.* | ) |

## JOINT STATUS REPORT

COME NOW the Plaintiffs and Defendants, by the undersigned counsel, and pursuant to the Court's Minute Order dated April 7, 2023, submit the instant Joint Status Report and proposal to the Court. In support thereof, the parties represent as follows:

1. There have been no material developments in this case since the initial filing of the Defendants' dispositive motions.

2. There have been no material settlement discussions between the parties since the initial filing of the Defendants' dispositive motions.

3. Defendants Gables Residential Services, Inc. and Berkshires Apartments, LLC wish to re-file their Motion to Dismiss (ECF 21) and Motion to Dismiss or for Summary Judgment (ECF 31), respectively. Because Defendants' Motions have been filed once previously, the parties request the Court's approval to dispense with the Pre-Motion Conference and the Pre-Motion Conference notice required by Section 7(f) of the Court's Standing Order.

4. Regarding Defendants' intent to re-file the Motion to Dismiss (ECF 21) and Motion to Dismiss or for Summary Judgment (ECF 31), the parties have agreed to and propose the following briefing schedule:

    a. Defendants' re-filed motions and initial memoranda due May 8, 2023;

    b. Plaintiffs' opposition memoranda due June 9, 2023; and

    c. Defendants' reply memoranda, if any, due June 30, 2023.

In light of this status report, Defendants Gables Residential Services, Inc. and Berkshires Apartments, LLC respectfully request that the Court stay the deadline for Defendants to respond to the Plaintiffs' Amended Complaint until such time as the Court rules on the Defendants' refiled dispositive motions.

Plaintiffs and Defendants respectfully request the Court enter an order confirming the same and establishing a briefing schedule for the Defendants' re-filed motions. A proposed draft order is submitted herewith.

Dated: April 21, 2023                Respectfully submitted,

/s/Catherine Cone
Catherine Cone (D.C. Bar No. 1032267)
(catherine_cone@washlaw.org)
Brook Hill (D.C. Bar No. 1044120)
(brook_hill@washlaw.org)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
700 14th Street, NW, Suite 400
Washington, DC 20005
Telephone: 202-319-1000
Fax: 202-319-1010

/s/ Brian D. Koosed
Brian D. Koosed (D.C. Bar No. 1034733)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006

Tel:     202-778-9000
Fax:    202-778-9100
E-mail: brian.koosed@klgates.com
*Counsel for Plaintiffs*

*/s/ Anders T. Sleight*
Eric J. Pelletier (D.C. Bar No. 454794)
Anders T. Sleight (D.C. Bar No. 1019232)
**Offit Kurman, P.A.**
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone: 240-507-1700
Fax: 240-507-1735
Email: epelletier@offitkurman.com
          anders.sleight@offitkurman.com
*Counsel for Defendant Gables Residential Services, Inc.*


*/s/ D. Stephenson Schwinn*
D. Stephenson Schwinn (D.C. Bar No. 358825)
**Jordan Coyne LLP**
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
Tel: (703) 246-0900
Fax: (703) 591-3673
Email: s.schwinn@jocs-law.com
Counsel for Berkshire Apartments, LLC

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2023, a true copy of the foregoing was electronically filed through the Court's CM/ECF system.

*/s/ Anders T. Sleight*
Eric J. Pelletier (D.C. Bar No. 454794)
Anders T. Sleight (D.C. Bar No. 1019232)
**Offit Kurman, P.A.**
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone: 240-507-1700
Fax: 240-507-1735
Email: epelletier@offitkurman.com
       anders.sleight@offitkurman.com
*Counsel for Defendant Gables Residential Services, Inc.*

4882-8408-6622, v. 2