IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASHA LONG, Individually and on behalf of her minor children, M.L., and L.L., as mother and general guardian : : : : *Plaintiffs* : : v. : : GABLES RESIDENTIAL SERVICES, INC. : : and : : BERKSHIRE APARTMENTS, LLC : : *Defendants.* : | Case No. 1:21-cv-00881 (ACR) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF CATHERINE CONE ON BEHALF OF PLAINTIFFS**

Pursuant to LCvR 83.6(b), please take notice that attorney Catherine Cone, hereby submits her Withdrawal of Appearance as counsel for Plaintiffs Dasha Long and her minor children, M.L. and L.L. in the above captioned matter. K&L Gates LLP attorney Brian Koosed will remain as counsel of record for Plaintiffs, and an additional attorney from the Washington Lawyers' Committee will shortly join the case as counsel of record for Plaintiffs.

There is good cause for this motion. As of August 28, 2023, Catherine Cone will no longer employed by the Washington Lawyers' Committee.

Dated: August 25, 2023

Respectfully submitted:

                                                                                 /s/ Catherine Cone
                                                             Catherine Cone (D.C. Bar No 1032267)
                                                             (catherine_cone@washlaw.org)
                                                             **Washington Lawyers' Committee for Civil Rights and Urban Affairs**

700 14th Street, NW, Suite 400
Washington, DC 20005
Telephone: 202-319-1000
Fax: 202-319-1010

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August 2023, a copy of the foregoing Notice of Entry of Appearance was filed electronically using the ECF system and served on all parties of record through ECF.

/s/ Catherine Cone
Catherine Cone

.