# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DASHA LONG, Individually and on behalf of her minor children, M.L., and L.L., as mother and general guardian<br><br>*Plaintiffs*<br><br>v.<br><br>GABLES RESIDENTIAL SERVICES, INC.<br><br>and<br><br>BERKSHIRE APARTMENTS, LLC<br><br>*Defendants.* | Case No. 1:21-cv-00881 (ACR) |

## NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please note the appearance of the undersigned, Mirela Missova, with the Washington Lawyers' Committee for Civil Rights and Urban Affairs, on behalf of Plaintiff Dasha Long and her minor children, M.L. and L.L., in the above captioned matter.

Dated: August 30, 2023

Respectfully submitted,

*/s/ Mirela Missova*
Mirela Missova (D.C. Bar No. 1024571)
(mirela_missova@washlaw.org)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
700 14th Street NW, Suite 400
Washington, DC 20005
Telephone: 202-319-1000
Facsimile: 202-319-1010

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August 2023, a copy of the foregoing Notice of Entry of Appearance was filed electronically using the ECF system and served on all parties of record through ECF.

/s/ Mirela Missova_____
Mirela Missova
