IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASHA LONG, Individually and on behalf of her minor children, M.L., and L.L., as mother and general guardian : : : : *Plaintiffs* : : v. : : GABLES RESIDENTIAL SERVICES, INC. : : and : : BERKSHIRE APARTMENTS, LLC : : *Defendants.* : | Case No. 1:21-cv-00881 (ACR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BROOK HILL ON BEHALF OF PLAINTIFFS

Pursuant to LCvR 83.6(b), please take notice that attorney Brook Hill, formerly of the Washington Lawyers' Committee for Civil Rights and Urban Affairs ("Washington Lawyers' Committee"), is withdrawing his appearance as counsel for Plaintiffs Dasha Long and her minor children, M.L. and L.L., in the above captioned matter because Brook Hill is no longer employed by the Washington Lawyers' Committee. Washington Lawyers' Committee attorney Mirela Missova and K&L Gates attorney Brian Koosed will remain as counsel of record for the Plaintiffs.

Dated: September 18, 2023

Respectfully submitted:

*/s/ Mirela Missova*
Mirela Missova (D.C. Bar No. 1024571)
(mirela_missova@washlaw.org)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street NW, Suite 400

Washington, DC 20005
Telephone: 202-319-1000
Facsimile: 202-319-1010

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September 2023, a copy of the foregoing Notice was filed electronically using the ECF system and served on all parties of record through ECF.

/s/ Mirela Missova_____
Mirela Missova

.