## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONDON LEWIS, M.L., and L.L., <br><br> *Plaintiffs*, <br><br> v. <br><br> GABLES RESIDENTIAL SERVICES, INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:21-cv-00881 (ACR) |

## ORDER

As stated by the Court at the December 11, 2023 hearing, it is **ORDERED** that Defendant Berkshire Apartments, LLC's motion to dismiss, Dkt. 39, is **GRANTED** because Plaintiffs have not brought any claims against Berkshire. It is further **ORDERED** that Berkshire's request in the alternative for summary judgment is **DENIED** as moot.

It is further **ORDERED** that the Court **DEFERS RULING** on Defendant Gables Residential Services, Inc.'s motion to dismiss, Dkt. 40, and this case is **REFERRED** to a Magistrate Judge, to be assigned at random by the Clerk's Office, for mediation. The mediation shall occur within 60 days. It is further **ORDERED** that this case is **STAYED** pending the outcome of the mediation. After the mediation concludes, the parties shall file a joint status report updating the Court on the status of the case.

**SO ORDERED.**

Date: December 11, 2023                                   ANA C. REYES
                                                          United States District Judge