IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.**, | ) |
| *Plaintiffs* | ) |
| v. | ) Case No. 1:21-cv-00881 |
| **Gables Residential Services, Inc., et al.;** | ) |
| *Defendants.* | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Chelsie D. Rimel, Esq., as co-counsel for Plaintiffs in the above-captioned matter.

Dated: May 16, 2024        Respectfully submitted,

/s/ Chelsie D. Rimel
_____
Chelsie D. Rimel (DC Bar No. 1708457)
K&L GATES LLP
1601 K Street NW
Washington, D.C. 20006
T: (202) 778-9157
F: (202) 778-9100

Chelsie.Rimel@klgates.com

*Attorney for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed on the Court's ECF system on May 17, 2024 and served accordingly under that system.

      /s/ Chelsie D. Rimel
      _____
      Chelsie D. Rimel

- 2 -