IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.,** | )<br>)<br>) |
| *Plaintiffs* | )<br>) |
| v. | )   Case No. 1:21-cv-00881<br>) |
| **Gables Residential Services, Inc., et al.;** | )<br>) |
| *Defendants.* | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Sara T. Hall, Esq., as co-counsel for Plaintiffs in the above-captioned matter.

Dated: May 19, 2024                               Respectfully submitted,


                                                  /s/ Sara T. Hall
                                                  Sara T. Hall (DC Bar No. 90008681)
                                                  K&L Gates LLP
                                                  1601 K Street NW
                                                  Washington, D.C. 20006
                                                  T: (202) 778-9113
                                                  F: (202) 778-9100
                                                  Sara.Hall@klgates.com

                                                  *Attorney for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was filed on the Court's ECF system on May 19, 2024 and served accordingly under that system.

                /s/ Sara T. Hall
                Sara T. Hall