# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.**, | ) |
| *Plaintiffs* | ) |
| v. | ) Case No. 1:21-cv-00881 |
| **Gables Residential Services, Inc., et al.;** | ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew N. Cook, Esq., as co-counsel for Plaintiffs in the above-captioned matter.

Dated: May 20, 2024

Respectfully submitted,
K&L GATES LLP

/s/ Andrew N. Cook

_____

Andrew N. Cook (Bar No.416199)
1601 K Street NW
Washington, D.C. 20006
(202) 778-9000
(202) 778-9100

Chelsie.Rimel@KLGates.com

Attorneys for Plaintiffs

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed on the Court's ECF system on May 20, 2024 and served accordingly under that system.

/s/ Andrew N. Cook
_____
Andrew N. Cook