IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.,** *Plaintiffs* v. **Gables Residential Services, Inc., et al.;** *Defendants.* | Case No. 1:21-cv-00881 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), please take notice that attorney Brian D. Koosed formerly of K&L Gates LLP is withdrawing his appearance on behalf of Plaintiffs London Lewis and her minor children, M.L. and L.L.

Dated: June 3, 2024

Respectfully submitted,

/s/ Brian D. Koosed
_____
Brian D. Koosed (DC Bar No. 1034733)
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001

*Attorney for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed on the Court's ECF system on June 3, 2024 and served accordingly under that system.

      /s/ Brian D. Koosed

      _____

      Brian D. Koosed