IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.,** ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00881 |
| ) | |
| **Gables Residential Services, Inc., et al.;** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), please take notice that attorney Chelsie Rimel of K&L Gates LLP is withdrawing her appearance on behalf of Plaintiffs London Lewis and her minor children, M.L. and L.L. There is good cause for this notice as Ms. Rimel will no longer be employed with K&L Gates after June 7, 2024.

Dated: June 7, 2024                              Respectfully submitted,

/s/ Chelsie D. Rimel
_____
Chelsie D. Rimel (DC Bar No. 1708457)
K&L GATES LLP
1601 K Street NW
Washington, D.C. 20006
T: (202) 778-9157
F: (202) 778-9100

Chelsie.Rimel@klgates.com

*Attorney for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed on the Court's ECF system on June 7, 2024 and served accordingly under that system.

/s/ Chelsie D. Rimel

_____

Chelsie D. Rimel