IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **London Lewis, M.L., and L.L.,** <br><br> *Plaintiffs* <br><br> v. <br><br> **Gables Residential Services, Inc., et al.;** <br><br> *Defendant.* | Case No. 1:21-cv-00881-ACR |

## JOINT STATUS REPORT

The Plaintiffs, London Lewis, M.L., and L.L., and Defendant Gables Residential Services, Inc. ("Gables") (Plaintiffs and Gables are collectively the Parties herein), by the undersigned counsel, and pursuant to the Court's Order dated December 11, 2023 (Dkt. 51), submit this Joint Status Report to the Court. The parties represent the status of this case as follows:

1. The parties appeared for mediation before Magistrate Judge Robin M. Meriweather on May 20, 2024. The mediation concluded without resolution.

2. Nonetheless, following mediation the Parties continued their discussions regarding possible resolution of this case.

3. Given the Parties' continuing discussions, the Parties request that they be provided another 30 days for further settlement discussions.

Dated: June 25, 2024                     Respectfully submitted,

*/s/Mirela Missova*
Mirela Missova (D.C. Bar No. 1024571)
(Mirela_Missova@washlaw.org
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**

700 14th Street, NW, Suite 400
Washington, DC  20005
Telephone:  202-813-1290 (direct)
Fax:  202-319-1010

*/s/ Andrew N. Cook*
Andrew N. Cook (D.C. Bar No. 416199)
Sara T. Hall (D.C. Bar No. 90008681)
**K&L Gates LLP**
1601 K Street NW
Washington, D.C. 20006
Tel:     202-778-9000
Fax:    202-778-9100
E-mail:Andrew.Cook@KLGates.com
Sara.Hall@KLGates.com
*Counsel for Plaintiffs*

*/s/ Anders T. Sleight*
Eric J. Pelletier (D.C. Bar No. 454794)
Anders T. Sleight (D.C. Bar No. 1019232)
**Offit Kurman, P.A.**
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone: 240-507-1700
Fax: 240-507-1735
Email:  epelletier@offitkurman.com
            anders.sleight@offitkurman.com
*Counsel for Defendant Gables Residential Services, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2024, a true copy of the foregoing was electronically filed through the Court's CM/ECF system.

>                    */s/ Anders T. Sleight*
>                    Anders T. Sleight (D.C. Bar No. 1019232)

4878-8260-8075, v. 1