IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **London Lewis, M.L., and L.L.,** | ) ) ) |
| *Plaintiffs* | ) ) |
| v. | ) ) Case No. 1:21-cv-00881-ACR |
| **Gables Residential Services, Inc.** | ) ) ) |
| *Defendant.* | ) ) |

## JOINT STATUS REPORT

The Plaintiffs, London Lewis, M.L., and L.L., and Defendant Gables Residential Services, Inc. ("Gables") (Plaintiffs and Gables are collectively the Parties herein), by the undersigned counsel, and pursuant to the Court's Minute Order dated June 25, 2024, submit this Joint Status Report to the Court. The parties represent the status of this case as follows:

1. The parties appeared for mediation before Magistrate Judge Robin M. Meriweather on May 20, 2024. The mediation concluded without resolution.

2. Nonetheless, following mediation the Parties continued their discussions regarding possible resolution of this case.

3. On July 23, 2024, the Parties reached a tentative agreement in principle to resolve this case in full. However, the Parties have not yet completed or executed a formal settlement agreement.

4. Given the Parties' pending agreement, the Parties request that they be provided another 30 days to complete and execute a settlement agreement.

Dated: July 25, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Mirela Missova*
　　　　　　　　　　　　　　　　　　Mirela Missova (D.C. Bar No. 1024571)
　　　　　　　　　　　　　　　　　　(Mirela_Missova@washlaw.org
　　　　　　　　　　　　　　　　　　**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
　　　　　　　　　　　　　　　　　　700 14th Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　Telephone:  202-813-1290 (direct)
　　　　　　　　　　　　　　　　　　Fax:  202-319-1010

　　　　　　　　　　　　　　　　　　*/s/ Andrew N. Cook*
　　　　　　　　　　　　　　　　　　Andrew N. Cook (D.C. Bar No. 416199)
　　　　　　　　　　　　　　　　　　Sara T. Hall (D.C. Bar No. 90008681)
　　　　　　　　　　　　　　　　　　**K&L Gates LLP**
　　　　　　　　　　　　　　　　　　1601 K Street NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　Tel:     202-778-9000
　　　　　　　　　　　　　　　　　　Fax:    202-778-9100
　　　　　　　　　　　　　　　　　　E-mail: Andrew.Cook@KLGates.com
　　　　　　　　　　　　　　　　　　Sara.Hall@KLGates.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　*/s/ Anders T. Sleight*
　　　　　　　　　　　　　　　　　　Eric J. Pelletier (D.C. Bar No. 454794)
　　　　　　　　　　　　　　　　　　Anders T. Sleight (D.C. Bar No. 1019232)
　　　　　　　　　　　　　　　　　　**Offit Kurman, P.A.**
　　　　　　　　　　　　　　　　　　7501 Wisconsin Avenue, Suite 1000W
　　　　　　　　　　　　　　　　　　Bethesda, Maryland 20814
　　　　　　　　　　　　　　　　　　Telephone: 240-507-1700
　　　　　　　　　　　　　　　　　　Fax: 240-507-1735
　　　　　　　　　　　　　　　　　　Email:  epelletier@offitkurman.com
　　　　　　　　　　　　　　　　　　　　　　anders.sleight@offitkurman.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendant Gables Residential Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2024, a true copy of the foregoing was electronically filed through the Court's CM/ECF system.

*/s/ Anders T. Sleight*
Anders T. Sleight (D.C. Bar No. 1019232)

4855-5382-6003, v. 1